1  Cheryl D. Orr, SBN 143196
   Alison L. Tsao, SBN 198250
2  Kent J. Sprinkle, SBN 226971
   CARLTON DiSANTE & FREUDENBERGER LLP
3  260 California Street
   Suite 500
4  San Francisco, California 94111
   Telephone: (415) 981-3233
5  Facsimile: (415) 981-3246
   E-Mail: corr@cdflaborlaw.com
6
   Attorneys for Defendant
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 TRISHA WREN,                    )  Case No. C06-05778 - JCS
                                   )
12         Plaintiff,               )  STIPULATION AND ORDER RE
                                   )  EXTENSION TO FILE RESPONSIVE
13     vs.                          )  PLEADING
                                   )
14 RGIS INVENTORY SPECIALISTS,     )
                                   )
15         Defendant.               )
                                   )
16 _____)

17     Pursuant to agreement of the parties, through their respective counsel, on October 4, 2006,

18 Plaintiff Trisha Wren has granted Defendant RGIS Inventory Specialists an extension to file its

19 responsive pleading to Plaintiff's complaint up to November 1, 2006.

20     So stipulated.

21 Dated: October 9, 2006          CARLTON DiSANTE & FREUDENBERGER LLP
                                   Cheryl D. Orr
22

23                                 /S/ Kent J. Sprinkle

24

25                                 By: _____
                                        Kent J. Sprinkle
26                                 Attorneys for Defendant
                                   RGIS Inventory Specialists
27

28

CARLTON DiSANTE &
FREUDENBERGER LLP

241872.1

                                    1    STIPULATION AND ORDER RE EXTENSION
                                         TO FILE RESPONSIVE PLEADING
                                         #C06-05778-JCS

1
2      BAILEY PINNEY PC
3
       By: _____
4           Bonnie Ray Mac Farlane
       Attorneys for Plaintiff, Trisha Wren
5
6      So ordered.
7   Dated: October         , 2006
8
9
10  Dated: October 10, 2006
                                    _____
11                                  Judge Joseph C. Spero
                                    U.S. District Court
12                                  Northern District of California
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

241872.1

2   STIPULATION AND ORDER RE EXTENSION
    TO FILE RESPONSIVE PLEADING
    #C06-05778-JCS