**A.E. "Bud" Bailey,** Pro Hac Vice (pending), OSB # 87157, WSB # 33917
**J. Dana Pinney,** Pro Hac Vice (pending), OSB # 75308, WSB # 33919
**Members of Bailey, Pinney PC**
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551, Fax: (360) 567-3331
BBailey@wagelawyer.com
JDPinney@wagelawyer.com

**Bonnie Mac Farlane,** Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528, Fax: (800) 230-5866
BMacFarlane@wagelawyer.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Trisha Wren fka Trisha Johnson, Kevin Barnes, and Brent Whitman, individually and on behalf of all others, and similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**RGIS Inventory Specialists, dba in California as RGIS Inventory Specialist, LLC, and DOES 1-25 Inclusive,**<br><br>Defendants. | Case No. C 06 55778 JCS<br><br>(~~PROPOSED~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

    A.E. Bud Bailey, an active member in good standing of the bars of Oregon, and Washington, whose business address and telephone number is; 1498 SE Tech Center Place, Vancouver, WA 98683, (360) 567-2551, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Barry Smith and Michael Wiggins, individually and on behalf of all others similarly situated,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

Case No. C 06 55778 JCS

1    ~~PROPOSED~~ ORDER RE: PRO HAC VICE

1  Service of papers upon and communication with co-counsel designated in the application will
2  constitute notice to the party.  All future filings in this action are subject to the requirements contained
3  in General Order No. 45, Electronic Case Filing.

Dated: October 18, 2006



_____
Judge Joseph Spero

## PROOF OF SERVICE

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| | )ss |
| COUNTY OF CLARK | ) |

    I hereby certify that I am employed in the County of Clark, State of Washington. I am over the age of 18 and not a party to the withing action; my business address is 1498 SE Tech Center Place., Ste. 290, Vancouver WA 98683. That on October 11, 2006, I served a copy of the foregoing documents, described as: **Proposed Order Granting Application for Admission of Attorney Pro Hac Vice (A.E. Bud Bailey)** Thereof upon the following named individuals at the addresses as follows by sending a true and correct copy thereof addressed to:

Cheryl Orr
Carlton, DiSante & Fruedenberger LLP
260 California St., Ste. 500
San Francisco CA 94111
cor@cdflaborlaw.com

by the following indicated method or methods:

[X] by electronic mailing through the CM/ECF system, in accordance with Fed. R. Civ. P. 5(d), on the date set forth below.

    I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

    I hereby declare that the above statements are true to the best of my knowledge and belief and I understand it is made for use as evidence and is subject to penalty for perjury under the laws of the United States of America.

DATED: October 11, 2006

    s/ Elisabeth Wickham
Elisabeth Wickham, Legal Assistant
Signed at Vancouver, Washington