A.E. "Bud" Bailey, Pro Hac Vice, OSB# 87157, WSB# 33917
J. Dana Pinney, Pro Hac Vice, OSB # 75308, WSB # 33919, D.C. No. 473833
**Members of Bailey Pinney PC**
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
bbailey@wagelawyer.com
jdpinney@wagelawyer.com
Telephone: (360) 567-2551,Fax: (360) 567-3331

Bonnie Mac Farlane, Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528
Fax: (800) 230-5866
BMacFarlane@wagelawyer.com

Attorney for Plaintiffs Trisha Wren fka Trisha Johnson
Kevin Barnes, and Brent Whitman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trisha Wren fka Trisha Johnson, Kevin Barnes, and Brent Whitman, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RGIS Inventory Specialists, dba in California as RGIS Inventory Specialist, LLC, Does 1-25 Inclusive,<br><br>Defendant. | Case No. C 06-05778 JCS<br><br>[~~Proposed~~] ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME |

Plaintiffs, Trisha Wren fka Trisha Johnson, Kevin Barnes, and Brian Whitman filed a Motion to Enlarge Time. Plaintiffs request that the hearing date for Defendant's Motion to Dismiss Action Pursuant to FRCP 12(b)(6) and Transfer Venue Pursuant to 28 U.S.C. § 1404(a) be changed from December 15, 2006 to January 12, 2006. Further Plaintiffs request that the day to file Plaintiffs'

1  Opposition to Defendant's Motion be twenty-one (21) days before the new hearing date of January 12,
2  2006.
3        Having considered all of the papers filed by the parties, the court GRANTS Plaintiffs' motion.
4  The hearing date for Defendant's Motion to Dismiss Action Pursuant to FRCP 12(b)(6) and Transfer
5  Venue Pursuant to 28 U.S.C. § 1404(a) is January 12, ~~2006~~ 2007. ~~Further, the Court orders that the day for~~
6  ~~Plaintiffs to file their Opposition to Defendant's Motion is at least twenty-one (21) days before January~~
7  ~~12, 2006 which is on or before December 22, 2006.~~   *No change in briefing schedule.* JS
8        IT IS SO ORDERED.
9  
10        Dated: _____Nov. 13_____, 2006.   By _____
                                                          Honorable
                                                          United St...

## PROOF OF SERVICE

I am employed in Clark County, Washington. I am over the age of eighteen years and not a party to the withing action; my business address is 1498 SE Tech Center Place., Ste. 290, Vancouver WA 98683. On November 9, 2006, I served upon the following document:

**Proposed Order Granting Plaintiff's Motion for Extension of Time**

Upon the following named individuals at the addresses as follows by sending a true and correct copy thereof addressed to:

**Cheryl D. Orr**
**Carlton, DiSante & Freudenberger LLP**
**260 California St. Ste. 500**
**San Francisco, CA 94111**
**corr@cdflaborlaw.com**

by the following indicated method:

Electronic mailing through the CM/ECF system, in accordance with Fed. R. Civ. P. 5(d), on the date set forth below.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2006, at Vancouver, Washington.


s/Charity Shindle
Charity Shindle, Legal Assistant