Cheryl D. Orr, (State Bar No. 143196)
Heather M. Sager, (State Bar No. 186566)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
RGIS INVENTORY SPECIALISTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trisha Wren, fka Trisha Johnson, Kevin Barnes, and Brent Whitman, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RGIS Inventory Specialists, dba in California as RGIS Inventory Specialists, LLC, Does 1-25 Inclusive,<br><br>Defendants. | Case No. C06 5778 JCS<br><br>**DEFENDANT RGIS INVENTORY SPECIALISTS' NOTICE OF SUBSTITUTION OF COUNSEL** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Drinker Biddle & Reath LLP is hereby substituted in as counsel of record for Defendant RGIS Inventory Specialists LLC in place of Carlton DiSante & Freudenberger LLP. Please amend all service lists to reflect counsel of record as follows:

    Cheryl D. Orr
    Heather M. Sager
    Drinker Biddle & Reath LLP
    50 Fremont Street, 20th Floor
    San Francisco, CA 94105
    Telephone: (415) 591-7500
    Facsimile: (415) 591-7510

1  E-mail: Cheryl.Orr@dbr.com

2  A true and correct copy of the Stipulation Regarding Substitution of Counsel is

3  attached hereto as Exhibit A.

4

5  Dated: January 17, 2007                           DRINKER BIDDLE & REATH, LLP

6

7                                                            CHERYL D. ORR

8

9

10  Dated:  January 19, 2007



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# EXHIBIT A

Cheryl D. Orr, (State Bar No. 143196)
Heather M. Sager, (State Bar No. 186566)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
RGIS INVENTORY SPECIALISTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trisha Wren, fka Trisha Johnson, Kevin Barnes, and Brent Whitman, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RGIS Inventory Specialists, dba in California as RGIS Inventory Specialists, LLC, Does 1-25 Inclusive,<br><br>Defendants. | Case No. C06 5778 JCS<br><br>**STIPULATION REGARDING SUBSTITUTION OF COUNSEL** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

CARLTON DiSANTE & FREUDENBERGER LLP is hereby relieved as counsel of record in the above-referenced matter for Defendant RGIS INVENTORY SPECIALISTS LLC. DRINKER BIDDLE & REATH LLP is hereby substituted in as counsel of record. Consent to the substitution is hereby given.

/ / /

/ / /

/ / /

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

NS

1
STIPULATION REGARDING SUBSTITUTION OF COUNSEL

Dated: January 17, 2007

RGIS INVENTORY SPECIALISTS LLC

By: _____
THOMAS H. FINNERTY

Dated: January 17, 2007

CARLTON DiSANTE & FREUDENBERGER

By: _____

Dated: January 17, 2007

DRINKER BIDDLE & REATH, LLP

By: _____
CHERYL D. ORR