**BAILEY PINNEY P.C.**
**Attorneys at Law**
**1498 SE TECH CENTER PLACE, SUITE 290**
**VANCOUVER, WA 98683**

---

BONNIE MAC FARLANE
  TELEPHONE  (360) 567-2551
  FACSIMILE   (360) 567-3331
  E-MAIL: Bmacfarlane@wagelawyer.com

\* California License 161526

January 22, 2007

Joseph C. Spero
U.S. Magistrate Judge
450 Golden Gate Ave.
San Francisco, CA 94101

    ***Re:***    ***Wren et al v. RGIS Inventory Specialists***
            ***U.S. District Court Case No. C06-05778 JCS***

Dear Judge Spero:

    Pursuant to the January 12, 2007, Civil Minute Order, Plaintiffs contact information for the next case management conference of January 26, 2007 at 1:30 p.m. is the following:

        J.Dana Pinney, Pro Hac Vice
        Bonnie Mac Farlane
        1-360-567-2551

        Sincerely yours,

        _____/s/_____
        Bonnie Mac Farlane
        Attorney for Plaintiffs Trisha Wren,
        Kevin Barnes, and Brent Whitman

BMF:brm    Dated:  Jan. 22, 2007



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA