UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN, ET AL., | No. C-06-5778 JCS |
| Plaintiff, | **ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION [Docket No. 62]** |
| v. | |
| RGIS INVENTORY SPECIALISTS, | |
| Defendant. | |
| _____/ | |

On February 8, 2007, Plaintiffs filed a Motion for Leave to File Motion for Reconsideration ("the Motion"), arguing that the Court should reconsider its January 30, 2007 Order in light of a decision issued on January 25, 2007 by an Oregon court in *McPherson v. BHGAH Airport, LLC*, Ore. Sup. Ct., Multnomah County No. 0609-10238.  Plaintiffs assert that that decision constitutes a material change in the law under Civil Local Rule 7-9(b)(2) regarding Plaintiffs' rest and meal break claims and therefore, they should be permitted to file a motion for reconsideration.  Having reviewed the decision of the Oregon court, the Court concludes that it does not constitute a material change in the law that requires reconsideration of its January 30, 2007 Order.   Accordingly, the Motion is DENIED.

IT IS SO ORDERED.

Dated: February 12, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge