1  Todd M. Schneider, State Bar No. 158253
2  Guy B. Wallace, State Bar No. 176151
   Camilla Roberson, State Bar No. 248296
3  Christian Schreiber, State Bar No. 245597
   SCHNEIDER & WALLACE
4  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
5  Telephone: (415) 421-7100
6  Facsimile: (415) 421-7015
   TTY: (415) 421-1655
7
8  A.E. "Bud" Bailey, Pro Hac Vice
   J. Dana Pinney, Pro Hac Vice
9  Shelby L. Clark, State Bar No. 203606
   BAILEY PINNEY PC
10 1498 SE Tech Center Place, Suite 290
   Vancouver, WA  98683
11 Telephone: (800) 882-8351
12 Facsimile:  (360) 567-3331

13
14 Attorneys for Plaintiffs and the proposed
   Classes
15

Peter B. Schneider, Pro Hac Vice
William T. Jones, Pro Hac Vice
GRADY, SCHNEIDER & NEWMAN, LLP
801 Congress Street, Suite 400
Houston, TX 77002
Telephone: (713) 228-2200
Facsimile: (713) 228-2210

Bonnie MacFarlane, State Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528
Facsimile: (800) 230-5866

16

17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19

20 TRISHA WREN and CYNTHIA PIPER, et al.,
   on behalf of themselves and all others similarly
21 situated,

22          Plaintiffs,

23     vs.

24 RGIS INVENTORY SPECIALISTS, INC.,
25 RGIS, LLC, et al.,

26          Defendants.

27

28

No. C-06-05778 JCS; C-07-0032 JCS

**CLASS AND COLLECTIVE ACTION**

~~CORRECTED [PROPOSED]~~ ORDER
GRANTING PLAINTIFFS' MOTION FOR
ADMINISTRATIVE RELIEF PURSUANT TO
LOCAL RULE 7-11 REGARDING PLAINTIFFS'
MOTION TO FACILITATE NOTICE

SCHNEIDER
& WALLACE

~~Corrected [proposed]~~ Order Granting P.'s Mot. For Admin. Relief Pursuant To Local Rule 7-11
*Wren & Piper, et al. v. RGIS, et al.*, Case Nos. C-06-05778 JCS; C-07-0032 JCS

## ORDER

Having considered Plaintiffs' motion and the papers submitted in support thereof, and good cause appearing, the Court hereby GRANTS Plaintiffs' Motion for Administrative Relief.  The Motion To Facilitate Notice will proceed on the following schedule:

| | | |
|---|---|---|
| Plaintiffs' opening papers | July 20, 2007 | |
| Defendants' opposition papers | ~~August 15, 2007~~ | August 3, 2007 |
| Plaintiffs' reply papers | ~~August 22, 2007~~ | August 10, 2007 |

The hearing on this matter will take place on September ___14___, 2007 at __9:30 a.m__.

**IT IS SO ORDERED.**

Dated: July _16_, 2007

IT IS SO ORDERED
AS MODIFIED

Judge Joseph C. Spero
HO_____ SPERO
United States Magistrate Judge

---

-1-

Corrected [proposed] Order Granting P.'s Mot. For Admin. Relief Pursuant To Local Rule 7-11
*Wren & Piper, et al. v. RGIS, et al.*, Case Nos. C-06-05778 JCS; C-07-0032 JCS