1  CHERYL D. ORR (State Bar No. 143196)
   HEATHER M. SAGER (State Bar No. 186566)
2  CHERYL A. SABNIS (State Bar No. 224323)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California  94105-2235
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5  E-mail: cheryl.orr@dbr.com
           heather.sager@dbr.com
6          cheryl.sabnis@dbr.com

7

8  Attorneys for Defendant
   RGIS LLC, formerly known as
9  RGIS INVENTORY SPECIALISTS

                  UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13  TRISHA WREN, et al.,                Case Nos. C06 5778 JCS and
                                        C07-0032 JCS
14              Plaintiffs,
                                        STIPULATION AND [PROPOSED]
15       v.                             ORDER TO EXTENSION OF TIME TO
                                        PERMIT DEPOSITIONS IN ADVANCE
16  RGIS INVENTORY SPECIALISTS,         OF OPPOSITION AND REPLY
                                        BRIEFING REGARDING
17              Defendant.              PLAINTIFFS' MOTION TO
                                        FACILITATE NOTICE
18
                                        [Civ. L.R. 6-1(b), 6-2 and 7-12]
19

20

21       Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties file this Stipulation

22  and [Proposed] Order continuing the opposition and reply deadlines and the hearing date

23  on Plaintiffs' Motion to Facilitate Notice Pursuant to 29 U.S.C. § 216(b) ("Motion").

24       Following receipt and review of Plaintiffs' Motion and the declarations Plaintiffs

25  filed in support of it, Defendant noticed the depositions of five (5) of the declarants.

26  Defendant intended to take these depositions in time to timely file its opposition to the

27  Motion by August 15, 2007 (the current deadline).  Plaintiffs have agreed to make the

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\387648\1

1    declarants available for deposition, but are unable to do so before the August 15 deadline

2    for Defendant's opposition. As such, the parties have met and conferred regarding a

3    further extension of the briefing schedule on this Motion so that Defendant may take the

4    noticed depositions before the deadline for its Opposition.

5          Because Plaintiffs have indicated a desire to depose individuals providing

6    declarations that Defendant may submit with its opposition, the parties have built into this

7    extended briefing schedule time for Plaintiffs to take some such depositions before the

8    deadline for their reply. Defendant hereby agrees to produce a reasonable number (to be

9    agreed to by the parties) of current employees for deposition if they are noticed by

10   Plaintiffs and if said deponents wish to be represented by RGIS' counsel or are otherwise

11   a PMK or agent of RGIS. RGIS further agrees to free the work schedules of a

12   reasonable number of employees who are scheduled for deposition whether said

13   employees are represented by RGIS' counsel or not.

14         Accordingly, the parties hereby stipulate to the following deadlines relative to

15   Plaintiffs' Motion:

16         Defendant's opposition filed by August 29, 2007, with a stipulated page limit not

17         to exceed 28 total pages in the points and authorities, matching the pages in

18         Plaintiff's moving papers; and

19         Plaintiffs' reply filed by September 21, 2007

                                                    NOVEMBER 9, 2007
20         The hearing on the Motion will take place on ~~October 19, 2007~~ at 9:30 a.m., or at

21   such other date and time ordered by the Court. (The parties had intended to set the

22   hearing for October 5, 2007, but the Court is unavailable on that day. Defense counsel is

23   unavailable on the next hearing date, October 12, 2007.)

24         **IT IS SO STIPULATED.**

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI-387648-1

2
STIPULATION TO EXTENSION OF TIME TO PERMIT DEPOSITIONS IN ADVANCE OF OPPOSITION AND
REPLY BRIEFING REGARDING PLAINTIFFS' MOTION TO FACILITATE NOTICE
CASE NOS. C06 5778 JCS AND C07-0032 JCS

1    Dated: August 7 , 2007            SCHNEIDER & WALLACE

2

3                                       _____
                                        GUY B. WALLACE
4

5                                       Attorneys for Plaintiffs
                                        CYNTHIA PIPER, *et al.*
6

7    Dated: August 7, 2007            DRINKER BIDDLE & REATH LLP

8

9                                       _____
                                        CHERYL D. ORR
10

11                                      Attorneys for Defendant
                                        RGIS LLC, formerly known as
                                        RGIS INVENTORY SPECIALISTS
12

13                       **CERTIFICATION**

14       I attest that Guy B. Wallace has concurred in the filing of this document.

15   Dated:  August 7, 2007            DRINKER BIDDLE & REATH LLP

16

17                                      _____
                                        CHERYL D. ORR
18

19

20       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21   Dated:   August 8        , 2007

22

23                                      THE HONORABLE JC
                                        United States
24

25

26                                          IT IS SO ORDERED
                                            AS MODIFIED
27                                          Judge Joseph C. Spero

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI 387648 1

STIPULATION TO EXTENSION OF TIME TO PERMIT DEPOSITIONS IN ADVANCE OF OPPOSITION AND
REPLY BRIEFING REGARDING PLAINTIFFS' MOTION TO FACILITATE NOTICE
CASE NOS. C06 5778 JCS AND C07-0032 JCS