Todd M. Schneider, Cal Bar No. 158253
Guy B. Wallace, Cal Bar No. 176151
Christian Schreiber, Cal Bar No. 245597
Andrew P. Lee, Cal Bar No. 245903
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Fax: (415) 421-7105

Peter B. Schneider, TX Bar No. 00791615, Pro Hac Vice (application pending)
William T. Jones, TX Bar No. 24032601, Pro Hac Vice
GRADY, SCHNEIDER & NEWMAN, LLP
801 Congress Street, Suite 400
Houston, TX 77002
Telephone: (713) 228-2200
Fax: (713) 228-2210

A.E. "Bud" Bailey, Pro Hac Vice, OSB No. 87157, WSB No. 33917
J. Dana Pinney, Pro Hac Vice, OSB No. 75308, WSB No. 33919
Shelby L. Clark, Cal. Bar No. 203606
BAILEY PINNEY PC
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (800) 882-8351
Fax: (360) 567-3331

Bonnie Mac Farlane, Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528
Fax: (800) 230-5866

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, and Does 1-25 Inclusive,<br><br>Defendants. | Case No. 3:06-cv-05778 JCS<br>Case No. 3:07-cv-00032 JCS<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**STIULATION AND [~~proposed~~] ORDER RE EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY PAPERS RE MOTION TO FACILITATE NOTICE**<br><br>Date: November 9, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom A, 15th Floor<br>The Honorable Magistrate Judge Spero |

SCHNEIDER & WALLACE

STIPULATION & PROPOSED ORDER RE EXTENSION OF TIME RE REPLY PAPERS ON MOTION TO FACILITATE NOTICE
Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS

1     IT IS HEREBY STIPULATED by and between the parties through their counsel of record

2  that the briefing schedule on Plaintiffs' pending Motion to Facilitate Notice be extended. The

3  parties hereby stipulate that the date by which Plaintiffs will file their reply papers be extended by

4  two weeks. Plaintiffs' reply papers are presently due to be filed on September 21, 2007. Under

5  the new schedule Plaintiffs' reply papers would be due to be filed by no later than October 5, 2007.

6     Good cause exists for this change in the briefing schedule because of the illness of lead

7  Plaintiffs' counsel Guy Wallace, which will prevent him from working on this matter during the

8  coming two week period. The hearing date on this motion would not be impacted by this proposed

9  change in the schedule, and the Court would have over one month to review the parties' filings.

10    IT IS SO STIPULATED.

11

12  September 12, 2007           SCHNEIDER & WALLACE

13

14             By:     /s/

                    Guy B. Wallace

15                    Counsel for Plaintiffs

16

17  September 12, 2007           DRINKER, BIDDLE & REATH LLP

18             By:

19                    Heather M. Sager

                    Counsel for Defendants

20

21

22

23

24

25

26

27

28

STIPULATION & ~~PROPOSED~~ ORDER RE EXTENSION OF TIME RE REPLY PAPERS ON MOTION TO FACILITATE NOTICE  1
Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS

1

## <u>ORDER</u>

2      Pursuant to stipulation, and good cause appearing, Plaintiffs are granted a two-week

3  extension of time in which to file their reply papers related to Plaintiffs' Motion to Facilitate

4  Notice.  Said reply will now be due to be filed and served on or before October 5, 2007.  The

5  hearing date shall remain unchanged.  IT IS SO ORDERED.

6

7  Dated: September __13__, 2007

8



9

JOSE
United

10

JOSEPH C. SPERO
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHNEIDER
& WALLACE