UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RGIS INVENTORY SPECIALISTS, <br><br> Defendant. <br> _____/ | Case No. C-06-05778 JCS <br> Case No. C-07-00032 JCS <br><br> **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL DISCOVERY [Docket No. 133 in C-07-00032]** |

The parties filed a letter brief dated October 5, 2007, which the Court interprets as a motion to compel (the "Motion"). The Court held a hearing on the Motion on October 19, 2007. All parties were represented by counsel. Good cause appearing, and for the reasons stated on the record, IT IS HEREBY ORDERED as follows:

1. **Not later than Monday, October 22, 2007**, Defendant shall provide the contact information to Plaintiffs of the three (3) deponents, Mike Bacca, Kory Johnson, and Robert Hayes. Plaintiffs may then diligently pursue efforts to subpoena these witnesses for deposition. With respect to Mr. Johnson, in lieu of providing contact information, Defendant may withdraw his declaration.

2. **Not later than Monday, October 22, 2007**, Plaintiffs will identify twenty (20) of the remaining 128 declarants for whom they request contact information. **Not later than Tuesday, October 23, 2007**, Defendant shall provide such information to Plaintiffs' counsel pursuant to a Protective Order.

IT IS SO ORDERED.

Dated:   October 22, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge