Todd M. Schneider, Cal Bar No. 158253
Guy B. Wallace, Cal Bar No. 176151
Christian Schreiber, Cal Bar No. 245597
Andrew P. Lee, Cal Bar No. 245903
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Fax: (415) 421-7105

Peter B. Schneider, TX Bar No. 00791615, Pro Hac Vice (application pending)
William T. Jones, TX Bar No. 24032601, Pro Hac Vice
GRADY, SCHNEIDER & NEWMAN, LLP
801 Congress Street, Suite 400
Houston, TX 77002
Telephone: (713) 228-2200
Fax: (713) 228-2210

A.E. "Bud" Bailey, Pro Hac Vice, OSB No. 87157, WSB No. 33917
J. Dana Pinney, Pro Hac Vice, OSB No. 75308, WSB No. 33919
Shelby L. Clark, Cal. Bar No. 203606
BAILEY PINNEY PC
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (800) 882-8351
Fax: (360) 567-3331

Bonnie Mac Farlane, Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA  95825
Telephone:  (800) 230-5528
Fax:  (800) 230-5866

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, and Does 1-25 Inclusive,<br><br>Defendants. | Case No. 3:06-cv-05778 JCS<br>Case No. 3:07-cv-00032 JCS<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**STIPULATION AND [proposed] ORDER RE BRIEFING AND HEARING SCHEDULE ON MOTION TO FACILITATE NOTICE**<br><br>Date: November 9, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom A, 15th Floor<br>The Honorable Magistrate Judge Spero |

STIPULATION & PROPOSED ORDER RE SCHEDULE ON MOTION TO FACILITATE NOTICE
Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS

SCHNEIDER
& WALLACE

On October 19, 2007 the Court held a hearing concerning the parties joint submission regarding discovery issues filed on October 4, 2007 relating to the contact information and depositions of the employee declarants submitted by Defendant in connection with its opposition to Plaintiffs' Motion to Facilitate Notice.  In view of the Court's order granting Plaintiffs the right to contact and conduct discovery regarding an additional sample of twenty of these declarants, it is hereby stipulated by and between the parties through their counsel of record that the briefing and hearing schedule on the pending motion be modified as follows:

1.) The Court has ordered Plaintiffs to provide Defendant with a selection of twenty employees from the group of declarants by no later than Monday, October 22, 2007. The Court has ordered Defendant to provide Plaintiffs with the most recent contact information of the sample of twenty employee declarants by Tuesday, October 23, 2007.  Plaintiffs shall conduct discovery regarding these witnesses during the period between October 23, 2007 and November 6, 2007.  The parties shall meet and confer to determine a reasonable number of depositions of this group of witnesses.

2.) Defendant shall provide Plaintiffs with the most recent contact information for Mike Baca, Robert Hayes and Kory Johnson by no later than October 22.  Plaintiffs shall serve subpoenas upon these individuals promptly.  If RGIS decides not to produce the contact information of Mr. Johnson it can, in the alternative, inform Plaintiffs that it is withdrawing his declaration.

3.) Plaintiffs shall file their reply papers by no later than November 6, 2007.

4.) Defendants may file a sur-reply of no more than ten pages in length by no later than November 13, 2007 to address new evidence presented by Plaintiffs.

SCHNEIDER & WALLACE

STIPULATION & [PROPOSED] ORDER RE SCHEDULE ON MOTION TO FACILITATE NOTICE   1
Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS

1  5.) The hearing on the Motion to Facilitate Notice is re-set for ~~November 30, 2007 at~~
2  ~~9:30 a.m., or~~ the Court's first available hearing date thereafter, December 14
3  at 9:30 am, 2007.

4

5  IT IS SO STIPULATED.

6
Dated: October 19, 2007
7

8  SCHNEIDER & WALLACE                              DRINKER, BIDDLE & REATH LLP

9  By:       /s/                                    By:       /s/
   Guy B. Wallace                                      Cheryl D. Orr
10 Counsel for Plaintiffs                              Counsel for RGIS, LLC

SCHNEIDER & WALLACE

STIPULATION & [~~PROPOSED~~] ORDER RE SCHEDULE ON MOTION TO FACILITATE NOTICE           2
Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS

1

**ORDER**

2

3  Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED.

4  Dated: October 22, 2007

5  _____
HON. JOSEPH C. SPERO
6  United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED* — Judge Joseph C. Spero

STIPULATION & [PROPOSED] ORDER RE SCHEDULE ON MOTION TO FACILITATE NOTICE
Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS

SCHNEIDER & WALLACE

3