CHERYL D. ORR (State Bar No. 143196)
E-mail: cheryl.orr@dbr.com
HEATHER M. SAGER (State Bar No. 186566)
E-mail: heather.sager@dbr.com
CHERYL A. SABNIS (State Bar No. 224323)
E-mail: cheryl.sabnis@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
RGIS, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TRISHA WREN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RGIS INVENTORY SPECIALISTS,<br><br>Defendant. | Case Nos. C06 5778 JCS and C07-0032 JCS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' AND DEFENDANT'S REQUEST TO EXCEED THE PAGE LIMITS RELATIVE TO THEIR REPLY AND SUR-REPLY, RESPECTIVELY**<br><br>[Civil L.R. 7-11]<br><br>The Honorable Joseph C. Spero |

[PROPOSED] ORDER GRANTING DEFENDANT RGIS, LLC'S MOTION TO
EXTEND TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO FACILITATE NOTICE
CASE NOS. C06 5778 JCS AND C07-0032 JCS

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\391554\1

# ORDER

Having considered Plaintiffs' administrative motion for leave to exceed the page limit for the reply in support of their motion to facilitate notice and RGIS' conditional opposition to the same (hereinafter "Motion"), and good cause appearing, the Court hereby **GRANTS** the Motion. Plaintiffs shall be permitted to file a 32-page reply brief in support of their motion to facilitate notice and RGIS shall be permitted to file a sur-reply of up to 20 pages in length.

**IT IS SO ORDERED.**

Dated: 11/08/07



Hon. Joseph C. Spero
United States Magistrate Judge

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\391554\1

2
[PROPOSED] ORDER GRANTING DEFENDANT RGIS, LLC'S MOTION TO
EXTEND TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO FACILITATE NOTICE
CASE NOS. C06 5778 JCS AND C07-0032 JCS