Guy B. Wallace, Cal. Bar No. 176151
Christian Schreiber, Cal. Bar No. 245597
Andrew P. Lee, Cal. Bar No. 245903
Nancy J. Park, Cal. Bar No. 236750
Naomi Sunshine, Cal. Bar No. 244094
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Fax: (415) 421-7105

A.E. "Bud" Bailey, Pro Hac Vice, OSB No. 87157, WSB No. 33917
J. Dana Pinney, Pro Hac Vice, OSB No. 75308, WSB No. 33919
BAILEY PINNEY PC
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (800) 882-8351
Fax: (360) 567-3331

Bonnie Mac Farlane, Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528
Fax: (800) 230-5866

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, and Does 1-25 Inclusive,<br><br>Defendants. | Case Nos. 3:06-cv-05778 JCS; 3:07-cv-00032 JCS<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE ON CLASS CERTIFICATION**<br><br>Honorable Magistrate Judge Joseph C. Spero |

SCHNEIDER & WALLACE

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR CLASS CERTIFICATION
Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS

1   IT IS HEREBY STIPULATED by and between the parties through their counsel of record
2   as follows:
3   The deadline for Plaintiffs' Rule 23 Motion for Class Certification is presently set for
4   December 7, 2007. Plaintiffs would like the benefit of the Court's ruling on conditional
5   certification of the FLSA matter (scheduled for hearing on December 14, 2007) prior to filing
6   their Rule 23 Motion.
7   Plaintiffs believe that previous alterations to the schedule, combined with the efficiencies in
8   awaiting adjudication on Plaintiffs Motion for Conditional Certification under 29 U.S.C. §216(b)
9   before framing the Rule 23 pleadings for adjudication, provide good cause to continue the filing
10  date for the Rule 23 Motion until after the Court's decision on the FLSA conditional certification
11  motion.
12  The parties accordingly hereby request that the briefing schedule on the Rule 23 motion be
13  vacated, and that a status conference be set for a date convenient to the Court and the parties after
14  December 14 (and after the Court has issued its Order regarding conditional certification) to
15  revisit the schedule for the consolidated action.
16
17  IT IS SO STIPULATED.
18
19  December 5, 2007                    SCHNEIDER & WALLACE
20
                                        By: *Guy B. Wallace*
21                                          Guy B. Wallace
                                            Counsel for Plaintiffs
22
23
24  December 5, 2007                    DRINKER, BIDDLE & REATH LLP
25
                                        By: *Cheryl D. Orr*
26                                          Cheryl D. Orr
                                            Counsel for RGIS, LLC
27
28

SCHNEIDER & WALLACE

STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION SCHEDULE
Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS                                    1

**ORDER**

The Court having reviewed the parties' stipulation, and GOOD CAUSE APPEARING THEREFORE, the parties' request to vacate the deadline for Plaintiffs' Rule 23 Motion, and the parties' request for a status conference regarding the schedule for this case is GRANTED.

IT IS SO ORDERED.

Dated: December __6__, 2007



HON.
United

STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION SCHEDULE
Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS

2

SCHNEIDER & WALLACE