| | |
|---|---|
| 1 | Todd M. Schneider, Cal Bar No. 158253 |
| | Guy B. Wallace, Cal Bar No. 17651 |
| 2 | Camilla Roberson, Cal Bar No. 248296 |
| | Christen Schreiber, Cal Bar No. 245597 |
| 3 | Andrew P. Lee, Cal Bar No. 245903 |
| | Nancy J. Park, Cal Bar No. 236750 |
| 4 | Naomi B. Sunshine. Cal Bar No. 244094 |
| | SCHNEIDER & WALLACE |
| 5 | 180 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94104 |
| 6 | Telephone: (415) 421-7100 |
| | Fax: (415) 421-7105 |
| 7 | Peter B. Schneider, TX Bar No. 00791615, Pro Hac Vice (application pending) |
| | William T. Jones, TX Bar No. 24032601, Pro Hac Vice |
| 8 | GRADY, SCHNEIDER & NEWMAN, LLP |
| | 801 Congress Street, Suite 400 |
| 9 | Houston, TX 77002 |
| | Telephone: (713) 228-2200 |
| 10 | Fax: (713) 228-2210 |
| | Jose R. Mata, Cal Bar No. 83724, OSB 80305 |
| 11 | A.E. Bud Bailey, Pro Hac Vice, OSB No. 87157, WSB No. 33917 |
| | BAILEY PINNEY PC |
| 12 | 1498 SE Tech Center Place, Suite 290 |
| | Vancouver, Washington 98683 |
| 13 | Telephone: (360) 567-2551 |
| | Fax: (360) 567-3331 |
| 14 | SUSAN SIMMONS SEEMILLER Cal Bar No. 150546 |
| | E-Mail: SSeemiller@wagelawyer.com |
| 15 | Of Counsel |
| | BAILEY PINNEY, PC |
| 16 | 840 County Square Drive |
| | Ventura, CA 93003 |
| 17 | Telephone: (805) 339-9090 |
| | Fax: (805) 339-0090 |
| 18 | |
| 19 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Trisha Wren and Cynthia Piper and et al., individually and behalf of others similarly situated, | ) ) ) | Case No. C06-05778 JCS Case No. C07-00032 JCS |
| Plaintiffs, | ) ) | **NOTICE OF WITHDRAWAL OF ATTORNEY A.E. BUD BAILEY AS PRO HAC VICE COUNSEL** |
| vs. | ) ) | |
| RGIS Inventory Specialists, dba in California as RGIS Inventory Specialists, LLC, Does 1-25 Inclusive | ) ) ) ) | |
| Defendant. | ) | |

---

Notice of Withdrawal of Attorney - Case No. C06-05778 JCS
Case No. C07-00032 JCS
1

TO:   Clerk of the Court, and Attorneys for Defendant

**NOTICE IS HEREBY GIVEN** that **A.E. Bud Bailey** withdraws as *Pro Hoc Vice* counsel for Plaintiff's Trisha Wren, Kevin Barnes and Brent Whitman, Individually and on Behalf of All Others Similarly Situated.  This withdrawal is in recognition of and response to, but not an admission of, considerations raised by the "Order Disqualifying Bailey Pinney Firm," *Moreno et. al., v. Autozone Inc.,* U.S. District Court No. C05-04432 (Document 212) (December 6, 2007), which is    Jose R. Mata and Susan Simmons Seemiller and the firm of Bailey Pinney PC and Todd M. Schneider , Guy B. Wallace, Camilla Roberson, Christen Schreiber, Andrew P. Lee, Nancy J. Park, Naomi B. Sunshine and the firm of Schneider & Wallace and Peter B. Schneider, William T. Jones and the firm of Grady Schneider & Newman, LLP shall remain as Plaintiff's attorneys of record and no change shall be made thereto.

All notices, papers and pleadings, exclusive of process, should be served upon Jose R. Mata at the offices of Bailey Pinney PC, at 1498 SE Tech Center Place, Suite 290, Vancouver WA 98683, and upon Susan Simmons Seemiller, Bailey Pinney PC at 840 County Square Drive, Ventura, CA 93003. Also upon Todd M. Schneider, Guy B. Wallace, Camilla Roberson, Christen Schreiber, Andrew P. Lee, Nancy J. Park, Naomi B. Sunshine at the office of Schneider & Wallace, at 180 Montgomery Street, Suite 2000, San Francisco, CA 94104, and upon Peter B. Schneider, William T. Jones at the office of Grady, Schneider & Newman, LLP at 801 Congress Street, Suite 400, Houston, TX 77002.

Said withdrawal shall be effective as of December 12, 2007

DATED: December 12, 2007

Dated: Dec. 13, 2007

*IT IS SO ORDERED*
Judge Joseph C. Spero

A.E. Bud Bailey, *Pro Hoc Vice*
Bailey Pinney, PC
Attorney for Plaintiff