Todd M. Schneider, Cal Bar No. 158253
Guy B. Wallace, Cal Bar No. 17651
Camilla Roberson, Cal Bar No. 248296
Christen Schreiber, Cal Bar No. 245597
Andrew P. Lee, Cal Bar No. 245903
Nancy J. Park, Cal Bar No. 236750
Naomi B. Sunshine. Cal Bar No. 244094
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Fax: (415) 421-7105
Peter B. Schneider, TX Bar No. 00791615, Pro Hac Vice (application pending)
William T. Jones, TX Bar No. 24032601, Pro Hac Vice
GRADY, SCHNEIDER & NEWMAN, LLP
801 Congress Street, Suite 400
Houston, TX 77002
Telephone: (713) 228-2200
Fax: (713) 228-2210
Jose R. Mata, Cal Bar No. 83724, OSB 80305
James D. Pinney, Pro Hac Vice, OSB No. 75308, WSB No. 33919
BAILEY PINNEY PC
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551
Fax: (360) 567-3331
SUSAN SIMMONS SEEMILLER Cal Bar No. 150546
E-Mail: SSeemiller@wagelawyer.com
Of Counsel
BAILEY PINNEY, PC
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090
Fax: (805) 339-0090

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trisha Wren and Cynthia Piper and et al., individually and behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>RGIS Inventory Specialists, dba in California as RGIS Inventory Specialists, LLC, Does 1-25 Inclusive<br><br>Defendant. | Case No. C06-05778 JCS<br>Case No. C07-00032 JCS<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY JAMES D. PINNEY AS PRO HAC VICE COUNSEL** |

**TO:** Clerk of the Court, and Attorneys for Defendant

**NOTICE IS HEREBY GIVEN** that **James D. Pinney** withdraws as *Pro Hoc Vice* counsel for Plaintiff's Trisha Wren, Kevin Barnes and Brent Whitman, Individually and on Behalf of All Others Similarly Situated. This withdrawal is in recognition of and response to, but not an admission of, considerations raised by the "Order Disqualifying Bailey Pinney Firm," *Moreno et. al., v. Autozone Inc.*, U.S. District Court No. C05-04432 (Document 212) (December 6, 2007), which is attached as Exhibit A hereto.

Jose R. Mata and Susan Simmons Seemiller and the firm of Bailey Pinney PC and Todd M. Schneider , Guy B. Wallace, Camilla Roberson, Christen Schreiber, Andrew P. Lee, Nancy J. Park, Naomi B. Sunshine and the firm of Schneider & Wallace and Peter B. Schneider, William T. Jones and the firm of Grady Schneider & Newman, LLP shall remain as Plaintiff's attorneys of record and no change shall be made thereto.

All notices, papers and pleadings, exclusive of process, should be served upon Jose R. Mata at the offices of Bailey Pinney PC, at 1498 SE Tech Center Place, Suite 290, Vancouver WA 98683, and upon Susan Simmons Seemiller, Bailey Pinney PC at 840 County Square Drive, Ventura, CA 93003. Also upon Todd M. Schneider, Guy B. Wallace, Camilla Roberson, Christen Schreiber, Andrew P. Lee, Nancy J. Park, Naomi B. Sunshine at the office of Schneider & Wallace, at 180 Montgomery Street, Suite 2000, San Francisco, CA 94104, and upon Peter B. Schneider, William T. Jones at the office of Grady, Schneider & Newman, LLP at 801 Congress Street, Suite 400, Houston, TX 77002.

Said withdrawal shall be effective as of December 13, 2007

DATED: December 13, 2007

_____
James D. Pinney, *Pro Hoc Vice*
Bailey Pinney, PC
Attorney for Plaintiff

Dated: Dec. 17, 2007

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA