# SCHNEIDER & WALLACE
ATTORNEYS AT LAW

Todd M. Schneider
Guy B. Wallace
Carolyn H. Cottrell
Clint J. Brayton
Joshua Konecky

W.H. Willson, IV
Camilla L. Roberson
Patrick J. Suter
Rachel E. Brill
Nancy Park
Christian Schreiber
Monica Quivey
Megan M. Lewis
Andrew P. Lee

Paula Hagan Bennett, of Counsel

March 20, 2008

VIA E-FILE

Magistrate Judge Joseph C. Spero
United States District Court - Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *Wren, et al., v RGIS Inventory Specialists LLC*, Case No. 3:06-cv-05778
      *Piper, et al v RGIS Inventory Specialists, LLC*, Case No. 3:07-cv-00032

Dear Judge Spero:

Pursuant to the Court's Order of March 17, 2008, we met and conferred with Defendants counsel, Ms. Orr and Ms. Sager, in person yesterday regarding the outstanding discovery issues. Unfortunately, even after the meet and confer, significant discovery disputes remain. The parties will submit joint letter briefs on these issues tomorrow per your Order.

However, given that the disputes both impact Plaintiffs' ability to properly brief class certification under FRCP 23 and that Plaintiffs' current deadline for filing class certification briefing is April 4, 2008, Plaintiffs write to request that the Court set an immediate Case Management Conference for the purpose of resetting the dates for class certification briefing to a time after the Court has had an opportunity to rule on the existing discovery disputes.

We have raised this issue with Defendant and they do not oppose the immediate setting of a Case Management Conference. Should the Court not be available for a formal Case Management Conference, Plaintiffs request a telephone call with the Court to address the issue of the current schedule.

Dated 3/20/8

[STAMP: DENIED — Judge Joseph C. Spero — United States District Court, Northern District of California]

Very truly yours,
SCHNEIDER & WALLACE

TODD SCHNEIDER
Attorney at Law