CHERYL D. ORR (State Bar No. 143196)
HEATHER M. SAGER (State Bar No. 186566)
CHERYL A. SABNIS (State Bar No. 224323)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: cheryl.orr@dbr.com
         heather.sager@dbr.com
         cheryl.sabnis@dbr.com

Attorneys for Defendant
RGIS LLC, formerly known as
RGIS INVENTORY SPECIALISTS

TODD M. SCHNEIDER (State Bar No. 158253)
GUY B. WALLACE (State Bar No. 176151)
CHRISTIAN SCHREIBER (State Bar No. 245597)
NANCY J. PARK (State Bar No. 236750)
ANDREW P. LEE (State Bar No. 245903)
NAOMI SUNSHINE (State Bar No. 242094)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRISHA WREN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RGIS INVENTORY SPECIALISTS, <br><br> Defendant. | Case No. 3:06-cv-5778 JCS <br><br> [PROPOSED] PRE-TRIAL SCHEDULING ORDER AND JOINT DISCOVERY PLAN PURSUANT TO COURT'S MARCH 31, 2008 ORDER |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387648\1

[PROPOSED] PRE-TRIAL SCHEDULING ORDER AND JOINT DISCOVERY PLAN PURSUANT TO
COURT'S MARCH 31, 2008 ORDER
CASE NO. 3:06-CV-5778 JCS

# PROPOSED PRE-TRIAL SCHEDULING ORDER AND JOINT DISCOVERY PLAN

Plaintiffs Trisha Wren, et al. ("Plaintiffs") and Defendant RGIS, LLC ("RGIS") (collectively, "Parties"), having met and conferred pursuant to the Court's March 31, 2008 Order for the purpose of developing a proposed schedule to move the current discovery and pre-trial deadlines by 90 days. The Parties hereby submit a Proposed Pre-Trial Scheduling Order and Joint Discovery Plan as follows:

**Discovery Plan**

1. Deadline for non-expert discovery, including fact discovery, shall be **September 18, 2008**.

2. Parties shall identify experts and provide expert reports by **September 18, 2008**.

3. Deadline for completion of expert discovery, including expert depositions, shall be **October 27, 2008**.

**Pre-Trial Schedule**

4. Plaintiffs shall file their Rule 23 motion by **July 3, 2008**. RGIS shall file its opposition by **July 31, 2008**. Plaintiffs shall file their reply in support of Rule 23 motion by **August 14, 2008**.

5. The hearing on Plaintiffs' Rule 23 motion shall be ~~September 4, 2008~~ September 12, 2008 at 9:30 a.m.

6. RGIS shall file its motion to decertify the FLSA class by **September 18, 2008**. Plaintiffs shall file their opposition by **October 16, 2008**. RGIS shall file its reply in support of decertification by **October 30, 2008**.

7. The hearing on RGIS' motion to decertify the FLSA class shall be **November 21, 2008** at 9:30 a.m.

8. Deadline for filing summary judgment motions shall be **October 31, 2008**.

9. Deadline for filing opposition papers to summary judgment motions shall be **November 19, 2008**.

10. Deadline for filing reply papers to summary judgment motions shall be **December 2, 2008**.

11. The hearing on motions for summary judgment shall be **December 19, 2008** at 9:30 a.m.

12. The Final Pre-Trial Conference shall be held on ~~March 19, 2009~~ March 20, 2009 at 1:30 p.m.

13. The Trial shall commence on **April 13, 2009** at 8:30 a.m. Trial is presently estimated to last for 11 days.

Respectfully submitted,

Dated: April __, 2008

SCHNEIDER & WALLACE

_____
GUY B. WALLACE

Attorneys for Plaintiffs
TRISHA WREN, et al.

Dated: April 4, 2008

DRINKER BIDDLE & REATH LLP

_____
CHERYL D. ORR

Attorneys for Defendant
RGIS LLC, formerly known as
RGIS INVENTORY SPECIALISTS

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387648\1

3
[PROPOSED] PRE-TRIAL SCHEDULING ORDER AND JOINT DISCOVERY PLAN PURSUANT TO
COURT'S MARCH 31, 2008 ORDER
CASE NO. CIV 3:06-CV-5778 JCS

8. Deadline for filing summary judgment motions shall be **October 31, 2008**.

9. Deadline for filing opposition papers to summary judgment motions shall be **November 19, 2008**.

10. Deadline for filing reply papers to summary judgment motions shall be **December 2, 2008**.

11. The hearing on motions for summary judgment shall be **December 19, 2008** at 9:30 a.m.

12. The Final Pre-Trial Conference shall be held on ~~March 19, 2009~~ March 20, 2009 at 1:30 p.m.

13. The Trial shall commence on **April 13, 2009** at 8:30 a.m. Trial is presently estimated to last for 11 days.

Respectfully submitted,

Dated: April __, 2008

SCHNEIDER & WALLACE

_____
GUY B. WALLACE

Attorneys for Plaintiffs
TRISHA WREN, *et al.*

Dated: April __, 2008

DRINKER BIDDLE & REATH LLP

_____
CHERYL D. ORR

Attorneys for Defendant
RGIS LLC, formerly known as
RGIS INVENTORY SPECIALISTS

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI 387648.1

3
[~~PROPOSED~~] PRE-TRIAL SCHEDULING ORDER AND JOINT DISCOVERY PLAN PURSUANT TO
COURT'S MARCH 31, 2008 ORDER
CASE NO. CIV 3:06-CV-5778 JCS

## CERTIFICATION

I attest that Guy B. Wallace has concurred in the filing of this document.

Dated: April 4, 2008

DRINKER BIDDLE & REATH LLP

_/s/ Cheryl D. Orr_
CHERYL D. ORR

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387648\1

4
[PROPOSED] PRE-TRIAL SCHEDULING ORDER AND JOINT DISCOVERY PLAN PURSUANT TO COURT'S MARCH 31, 2008 ORDER
CASE NO. CIV 3:06-CV-5778 JCS

**IT IS SO ORDERED.**

Dated: _____April 15_____, 2008



THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387648\1

5

[PROPOSED] PRE-TRIAL SCHEDULING ORDER AND JOINT DISCOVERY PLAN PURSUANT TO
COURT'S MARCH 31, 2008 ORDER
CASE NO. CIV 3:06-CV-5778 JCS