Guy B. Wallace, Cal. Bar No. 176151
Nancy Park, Cal. Bar No. 236750
Christian Schreiber, Cal. Bar No. 245597
Andrew P. Lee, Cal. Bar No. 245903
Naomi B. Sunshine, Cal. Bar No. 244094
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Fax: (415) 421-7105

William T. Jones, TX Bar No. 24032601, *pro hac vice*
GRADY, SCHNEIDER & NEWMAN, LLP
801 Congress Street, Suite 400
Houston, TX 77002
Telephone: (713) 228-2200
Fax: (713) 228-2210

Susan S. Seemiller, Cal. Bar No. 150546
BAILEY PINNEY, PC
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090
Fax: (805) 339-0090

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, and Does 1-25 Inclusive,<br><br>Defendants. | Case Nos. 3:06-cv-05778 JCS; 3:07-cv-00032 JCS<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: OPT-IN PROCESS**<br><br>Honorable Joseph C. Spero |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record:

1. Opt-in notices were mailed to putative class members on February 29, 2008, March 17, 2008, and April 4, 2008. Each mailing was for a distinct group of putative class members.

2. The opt-in period for the putative class members whose notice was mailed on February 29, 2008 shall close on May 29, 2008.

3. The opt-in period for the putative class members whose notice was mailed on March 17, 2008 shall close on June 15, 2008.

4. The opt-in period for the putative class members whose notice was mailed on April 4, 2008 shall close on July 3, 2008.

5. Should Defendant produce any further additions to the list of putative class members, the opt-in period for these putative class members shall be 90 days after their notices are mailed.

6. The statute of limitations period for each opt-in class member whose notice was mailed on March 17, 2008 shall be extended by 17 days.

7. The statute of limitations period for each opt-in class member whose notice was mailed on April 4, 2008 shall be extended by 35 days.

8. Should Defendant produce any further additions to the list of putative class members, the statute of limitations period for any of these class members who opt-in shall be extended by the number of days after February 29, 2008 that their notices were mailed.

9. Plaintiffs shall file with the court all opt-in consent forms received by RG/2 by July 31, 2008, or, in the event that Defendant produces any further additions to the list of putative class members, a later date commensurate with the date of production of the additional names.

10. The statute of limitations shall toll for each class member the day RG/2 receives that class member's opt-in form.

11. Once every two weeks during the opt-in period, RG/2 shall send Plaintiffs all original opt-in forms and shall, at the same time, send Defendant copies of all original opt-in

SCHNEIDER
& WALLACE

STIPULATION AND [PROPOSED] ORDER RE OPT-IN PROCESS
Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS

1

forms. Any opt-in forms not previously forwarded shall be provided to all counsel within two (2) business days of the end of the applicable opt-in period(s).

12. RG/2 shall continue to provide Plaintiffs and Defendant with daily reports of opt-ins received.

IT IS SO STIPULATED.

April __, 2008           SCHNEIDER & WALLACE

By: _____
Guy B. Wallace
Counsel for Plaintiffs

April 16, 2008           DRINKER, BIDDLE & REATH LLP

By: _____
Heather M. Sager
Counsel for RGIS, LLC

# ORDER

The Court having reviewed the parties' stipulation, and GOOD CAUSE APPEARING THEREFORE, ORDERS that:

1. The opt-in period for the putative class members whose notice was mailed on February 29, 2008 shall close on May 29, 2008.

2. The opt-in period for the putative class members whose notice was mailed on March 17, 2008 shall close on June 15, 2008.

3. The opt-in period for the putative class members whose notice was mailed on April 4, 2008 shall close on July 3, 2008.

4. Should Defendant produce any further additions to the list of putative class members, the opt-in period for these putative class members shall be 90 days after their notices are mailed.

5. The statute of limitations period for each opt-in class member whose notice was mailed on March 17, 2008 shall be extended by 17 days.

6. The statute of limitations period for each opt-in class member whose notice was mailed on April 4, 2008 shall be extended by 35 days.

7. In the event that Defendant produces any further additions to the list of putative class members, the statute of limitations period for any of these class members who opt-in shall be extended by the number of days after February 29, 2008 that their notices were mailed.

8. Plaintiffs shall file with the court all opt-in consent forms received by RG/2 by July 31, 2008, or, in the event that Defendant produces any further additions to the list of putative class members, a later date commensurate with the date of production of the additional names.

9. The statute of limitations shall toll for each class member the day RG/2 receives that class member's opt-in form.

10. After the opt-in period closes, RG/2 shall send Plaintiffs all original opt-in forms and shall, at the same time, send Defendant copies of all original opt-in forms.

11. RG/2 shall continue to provide Plaintiffs and Defendant with daily reports of opt-ins received.

IT IS SO ORDERED.

Dated: April __17__, 2008.



HON.
United ~~~~~~~~~~~ Judge Joseph C. Spero
~~~~~~~~~~~ Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER RE OPT-IN PROCESS
Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS

4

04/15/2008 TUE 16:24 [TX/RX NO 5801] ☒006