1  Guy B. Wallace, Cal. Bar No. 176151
   Nancy Park, Cal. Bar No. 236750
2  Christian Schreiber, Cal. Bar No. 245597
   Andrew P. Lee, Cal. Bar No. 245903
3  Naomi B. Sunshine, Cal. Bar No. 244094
   SCHNEIDER WALLACE
4  COTTRELL BRAYTON KONECKY LLP
   180 Montgomery Street, Suite 2000
5  San Francisco, CA 94104
   Telephone: (415) 421-7100
6  Fax: (415) 421-7105

7  William T. Jones, TX Bar No. 24032601, *pro hac vice*
   GRADY, SCHNEIDER & NEWMAN, LLP
8  801 Congress Street, Suite 400
   Houston, TX 77002
9  Telephone: (713) 228-2200
   Fax: (713) 228-2210

10
   Susan S. Seemiller, Cal. Bar No. 150546
11 BAILEY PINNEY, PC
   840 County Square Drive
12 Ventura, CA 93003
   Telephone: (805) 339-9090
13 Fax: (805) 339-0090

14
   Attorneys for Plaintiffs
15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17 TRISHA WREN and CYNTHIA PIPER, et      Case No. 3:06-cv-05778 JCS,
   al., individually and on behalf of others   Case No. 3:07-cv-00032 JCS
18 similarly situated,

19                                              CLASS AND COLLECTIVE ACTION
20            Plaintiffs,

21       vs.                                    STIPULATION AND [PROPOSED] ORDER
                                                RE BRIEFING SCHEDULE FOR
22 RGIS Inventory Specialists, LLC, RGIS,       PLAINTIFFS' MOTION FOR CLASS
   LLC, and Does 1-25 Inclusive,                CERTIFICATION PURSUANT TO F.R.C.P.
23                                              23
            Defendants.
24

25                                              The Honorable Joseph C. Spero

26

27

28

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
PURSUANT TO F.R.C.P. 23
*WREN & PIPER, ET AL., V. RGIS,* CASE NOS. 3:06-CV-06778 JCS, 3:07-CV-0032 JCS

**STIPULATION**

1
2   Having met and conferred, the parties hereby stipulate that the current briefing schedule

3 with respect to Plaintiffs' Motion for Class Certification Pursuant to F.R.C.P. 23 shall be extended

4 by one week:

5   1.  Plaintiffs shall file their Rule 23 motion by July 10, 2008.

6   2.  Defendant shall file its opposition by August 7, 2008.

7   3.  Plaintiffs shall file their reply in support of Rule 23 Motion by August 21, 2008.

8   4.  The hearing on Plaintiffs' Motion shall be on September ~~15~~ 26, 2008 at ~~9:00~~ 9:30 a.m.

9

10

11 Dated: June 26, 2008      SCHNEIDER WALLACE
              COTTRELL BRAYTON
12              KONECKY LLP

13

14          By: _____

15              GUY B. WALLACE
              Attorneys for Plaintiffs

16

17 Dated: June 26, 2008      DRINKER BIDDLE & REATH

18

19          By: _____

20              CHERYL D. ORR
              Attorneys for Defendant RGIS, LLC

21

22

23

24

25

26

27

28

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
PURSUANT TO F.R.C.P. 23
*WREN & PIPER, ET AL., V. RGIS, LLC,* CASE NOS. 3:06-CV-06778 JCS, 3:07-CV-0032 JCS

1

## ORDER

Pursuant to this stipulation, and good cause appearing, IT IS SO ORDERED AS AMENDED.

Dated: June ___30___, 2008.

HON. J. _____
United _____ Judge

IT IS SO ORDERED
AS MODIFIED

Judge Joseph C. Spero

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP