Todd M. Schneider, Cal. Bar No. 158253
Guy B. Wallace, Cal. Bar No. 176151
Joshua G. Konecky, Cal, Bar No. 182897
Nancy J. Park, Cal. Bar No. 236750
Christian Schreiber, Cal. Bar No. 245597
Andrew P. Lee, Cal. Bar No. 245903
Naomi B. Sunshine, Cal. Bar No. 244094
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Fax: (415) 421-7105

Attorneys for Plaintiffs

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, and Does 1-25 Inclusive,<br><br>Defendants. | Case Nos. 3:06-cv-05778 JCS, 3:07-cv-00032 JCS<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: OPT-IN DEADLINE**<br><br>Honorable Joseph C. Spero |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record:

1. At the June 10, 2008 hearing, the Court ordered Defendant to produce to RG/2 (Claims Administrator) social security numbers for the putative class members whose notice packets had been returned as undeliverable ("SSN putative class members"). The Court also ordered that the opt-in deadline for the SSN putative class members be 30 days after Defendant produced the SSNs.

2. On June 17, Defendant produced social security numbers to RG/2 for the SSN putative class members.

3. RG/2 performed address searches for the SSN putative class members, and found updated addresses for 24,847 of these SSN class members.

4. RG/2 mailed notice packets to these 24,847 SSN putative class members. These packets contained only opt-in forms; they did not contain notices. On July 3, RG/2 informed all counsel of the defective mailing.

5. Notice packets, with notices and opt-in forms, were re-sent on June 9, 2008. Neither party shall be responsible for the cost of this mailing. All costs of this mailing have been covered by RG/2's printer.

6. The parties have agreed that the opt-in period for the SSN putative class members shall be extended from July 17 to July 28 to allow for an adequate notice period for the SSN class members.

IT IS SO STIPULATED.

July 23, 2008

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

By: _____
Guy B. Wallace
Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER RE: OPT-IN DEADLINE
Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS

1

July 23, 2008            DRINKER, BIDDLE & REATH LLP

By: *Cheryl D. Orr* (signature)
Cheryl D. Orr
Counsel for RGIS, LLC

## ORDER

The Court having reviewed the parties' stipulation, and GOOD CAUSE APPEARING THEREFORE, ORDERS that:

1. The opt-in period for the SSN putative class members shall close on July 28, 2008.
2. Neither party shall be responsible for the cost of this mailing, as RG/2's printer has covered the cost of the mailing.

IT IS SO ORDERED.

Dated: July 24, 2008

_____
HON. Judge Joseph C. Spero
United States Magistrate Judge

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

STIPULATION AND [PROPOSED] ORDER RE: OPT-IN DEADLINE
Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS

2

Additional counsel:

Peter Schneider, *pro hac vice*
William T. Jones, Jr., *pro hac vice*
GRADY, SCHNEIDER & NEWMAN, L.L.P.
801 Congress, Suite 400
Houston, TX 77002
Telephone: (713)
Fax: (713) 228-2210

Susan S. Seemiller, Cal. Bar No. 150546
Bailey Pinney PC
840 Country Square Dr
Ventura, CA 93003
Telephone: (805) 339-9090
Fax: (805) 339-0090

Jacqui Koch
BAILEY PINNEY PC
1498 SE Tech Center Pl Suite 290
Vancouver, WA 98683
Telephone: (360) 567-2551
Fax: (360) 567-3331

David Borgen, Cal. Bar No. 99354
James Kan, Cal. Bar No. 240709
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN
300 Lakeside Dr, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Fax: (510) 835-1417