UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN, ET AL., | Case No. C06-5778 JCS (CONSOLIDATED) |
| Plaintiff(s), | **ORDER GRANTING IN PART, DENYING IN PART JOINT LETTER BRIEF RE: PRODUCTION OF ALTERED TIME RECORDS [Docket No. 396] AND GRANTING JOINT LETTER BRIEF RE: ELECTRONIC SCHEDULE INFORMATION [Docket No. 397]** |
| v. | |
| RGIS INVENTORY SPECIALISTS, | |
| Defendant(s). | |

This Order Relates to:

ALL CASES
_____/

On July 3, 2008, the parties filed a Joint Letter Brief Re: Production of Altered Time Records (the "Edit Logs Motion") [Docket No. 396], and a Joint Letter Brief Re: Electronic Schedule Information (the "Electronic Information Motion") [Docket No. 397].

On July 25, 2008, a telephonic discovery hearing was held. Guy Wallace, and Andrew Lee, counsel for Plaintiffs, appeared. Cheryl Orr, and Heather Sager, counsel for Defendant, appeared.

For reasons stated on the record,

IT IS HEREBY ORDERED that the Edit Logs Motion is GRANTED IN PART, DENIED IN PART. Defendant shall produce the electronic edit logs for the Rule 23 states. The remainder of the Edit Logs Motion is DENIED without prejudice to renewal after class certification. The Electronic Information Motion is GRANTED. All documents shall be produced by **August 1, 2008.**

IT IS SO ORDERED.

Dated: July 29, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge