CHERYL D. ORR (State Bar No. 143196)
HEATHER M. SAGER (State Bar No. 186566)
SUSAN B. BURR (State Bar No. 104269)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: cheryl.orr@dbr.com
　　　　heather.sager@dbr.com
　　　　cheryl.sabnis@dbr.com

Attorneys for Defendant
RGIS LLC, formerly known as
RGIS INVENTORY SPECIALISTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRISHA WREN, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RGIS INVENTORY SPECIALISTS,<br><br>　　　　Defendant. | Case Nos. C06 5778 JCS and<br>C07-0032 JCS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE REQUEST TO EXCEED PAGE LIMITATIONS GOVERNING RGIS, LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION PURSUANT TO F.R.C.P. RULE 23**<br><br>[Civ. L.R. 7-4 and 7-12] |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

STIPULATION AND [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE
REQUEST TO EXCEED PAGE LIMITATIONS GOVERNING RGIS, LLC'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION PURSUANT TO F.R.C.P. RULE 23
CASE NOS. C06 5778 JCS AND C07-0032 JCS

1   The Court, having considered the Stipulation for Administrative Relief permitting
2   Defendant RGIS, LLC (formerly known as "RGIS Inventory Specialists") ("RGIS") to
3   file a Memorandum in Opposition to Plaintiffs' Motion for Class Certification Pursuant
4   to F.R.C.P. Rule 23 in excess of applicable page limitations, grants the following:

5   In accordance with Northern District of California Civil Local Rules 7-4(b), Civil
6   Local Rule 7-4(b) provides that briefs may not exceed 25 pages of text, unless the Court
7   orders otherwise pursuant to a party's request made prior to the due date;

8   RGIS anticipates filing a brief in support of its opposition to Plaintiffs' motion for
9   class certification pursuant to F.R.C.P. Rule 23 that is no more than 44 pages in length
10  and formatted in conformance with Civil Local Rule 3-4(c);

11  Counsel for Lead Plaintiffs has agreed to allow RGIS to file a brief in support of
12  its opposition to motion for class certification pursuant to F.R.C.P. Rule 23 that is 44
13  pages in length and formatted in conformance with Civil Local Rule 3-4(c);

14  IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, by and
15  between the undersigned that:

16  Defendant RGIS may file a brief in support of its opposition to Plaintiffs' motion
17  for class certification pursuant to F.R.C.P. Rule 23 that is no more than 44 pages in length
18  and formatted in conformance with Civil Local Rule 3-4(c).

19  **IT IS SO STIPULATED.**

20  Dated: August 6, 2008         SCHNEIDER & WALLACE

                                  _____
                                  GUY B. WALLACE
                                  Attorneys for Plaintiffs
                                  TRISHA WREN, et al.

SF01/:
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2
STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE
REQUEST TO EXCEED PAGE LIMITATIONS GOVERNING RGIS, LLC'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION PURSUANT TO F.R.C.P. RULE 23
CASE NOS. C06 5778 JCS AND C07-0032 JCS

| | |
|---|---|
| 1  Dated: August 6, 2008 | DRINKER BIDDLE & REATH LLP |
| 2 | |
| 3 | *Cheryl D. Orr* |
|   | CHERYL D. ORR |
|   | Attorneys for Defendant |
| 4 | RGIS LLC, formerly known as |
|   | RGIS INVENTORY SPECIALISTS |
| 5 | |

### CERTIFICATION

I attest that Guy B. Wallace has concurred in the filing of this document.

Dated: August 6, 2008            DRINKER BIDDLE & REATH LLP

*Cheryl D. Orr*
CHERYL D. ORR

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:     August 6    , 2008

THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

SF01/

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

3
STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE
REQUEST TO EXCEED PAGE LIMITATIONS GOVERNING RGIS, LLC'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION PURSUANT TO F.R.C.P. RULE 23
CASE NOS. C06 5778 JCS AND C07-0032 JCS