UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN, ET AL., | No. C-06-5778 JCS |
| Plaintiffs, | **ORDER RE LETTER BRIEFS**<br>**[Docket Nos. 443, 444, 445, 446, 447]** |
| v. | |
| RGIS INVENTORY SPECIALISTS, | |
| Defendant. | |

The parties have filed various letters regarding compliance with this Court's July 29, 2008 order. (*See* Docket numbers 443–446, the "Compliance Motion"). The parties also filed a joint letter regarding record retention. (*See* Docket number 447, the "Record Retention Motion").

The Court held a hearing on the matter on August 7, 2008. All parties appeared through counsel. For the reasons stated on the record and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The Compliance Motion is DENIED as moot.
2. The Record Retention Motion is GRANTED IN PART and DENIED IN PART. Not later than August 14, 2008, Defendant shall file an affidavit of an RGIS representative describing under oath why RGIS waited from March 25, 2008, to June 12, 2008, to stop routine destruction of computerized edit logs. Upon receipt of the affidavit, the Court will determine whether any further discovery in this area is warranted.

3. Plaintiffs, having reached the deposition limit previously set by the Court, may not take any further depositions in this matter, other than expert depositions, without leave of Court.

IT IS SO ORDERED.

Dated: August 8, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge