UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN, ET AL., | Case No. C-06-5778 JCS (CONSOLIDATED) |
| Plaintiff(s), | **ORDER RE BRIEFING AND HEARING DATES FOR RULE 23 CLASS CERTIFICATION MOTION, MOTION TO STRIKE AND MOTION FOR DECERTIFICATION** |
| v. | |
| RGIS INVENTORY SPECIALISTS, | |
| Defendant(s). | |

This Order Relates to:

ALL CASES
_____/

The parties have submitted proposed schedules regarding briefing and hearing dates on Plaintiff's Rule 23 Motion and Defendants' sur-reply on the Rule 23 Motion, decertification motion and a proposed motion to strike. Good cause appearing, the Court adopts the following dates:

September 8, 2008: Last day for RGIS to File Motion to Strike Rule 23 Reply

September 18, 2008: Last day for Plaintiffs to file Opposition to Motion to Strike Rule 23 Reply; Last day for RGIS to file a Sur-Reply in Opposition to Plaintiffs' Rule 23 Certification Motion

September 25, 2008: Last day for RGIS to file Reply re Motion to Strike Rule 23 Reply

October 9, 2008: Last day for RGIS to file FLSA decertification motion

November 6, 2008: Last day for Plaintiffs to file Opposition to FLSA decertification motion

November 14, 2008: Hearing on Rule 23 Motion for Certification/Motion to Bifurcate/Motion to Strike and RGIS Motion to Strike Rule 23 Reply

November 20, 2008: Last day for RGIS to file Reply in support of FLSA decertification motion

December 12, 2008: Hearing on FLSA decertification motion

1  The Court will issue a further order rescheduling the summary judgment briefing and hearing
2 dates.
3  IT IS SO ORDERED.

5 Dated: September 3, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

2