# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, and Does 1-25 Inclusive,<br><br>Defendants. | Case No. 3:06-cv-05778 JCS<br>Case No. 3:07-cv-00032 JCS<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**ORDER TO SHOW CAUSE FOR FAILING TO RESPOND TO COURT-ORDERED DISCOVERY**<br><br><br>The Honorable Joseph C. Spero |

To the Plaintiffs identified on Exhibit A to this Order: you are an Opt-in Plaintiff in this action, currently pending in the United States District Court for the Northern District.

As part of the lawsuit, Defendant RGIS, LLC has served you with "Special Interrogatories" and "Requests for Production of Documents." These documents require you to answer questions and produce documents relevant to this case. This process is referred to as "written discovery." Because you opted into this lawsuit, you must answer this discovery or explain why you are unable to do so.

The Court originally ordered your discovery to be completed by June 6, 2008. Your attorneys have made multiple attempts to contact you since the discovery was first served on April 4, 2008. You have not cooperated in responding to this discovery. If you wish to remain an Opt-in Plaintiff in this case, you must immediately contact one of the attorneys listed below at the bottom of this Order.

1    Your attorneys will assist you in answering these questions, will explain the process, and
2 provide legal counsel to you regarding your rights and remedies in this matter.
3    The Court hereby Orders you to respond to the written discovery by October 4, 2008 or to
4 show good cause why you cannot. If you do not respond to this Court-ordered discovery by
5 October 4, 2008, or show good cause why you are unable to do so by October 4, 2008, this Court
6 may dismiss your wage and hour claims in this action with prejudice.
7    Plaintiffs are represented by the following attorneys:

**Schneider Wallace**
**Cottrell Brayton Konecky LLP**
Guy B. Wallace, Todd M. Schneider,
Andrew P. Lee, Christian Schreiber,
Nancy Park, and Naomi Sunshine
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel:  (415) 421-7100
Tel:  (800) 689-0024
Fax:  (415) 421-7105
TTY: (415) 421-1665

**Grady, Schneider & Newman, L.L.P.**
Peter B. Schneider and Bill Jones
801 Congress Street, 4th Floor
Houston, Texas 77002
Tel:  (713) 228-2200
Fax:  (713) 228-2210

**Bailey Pinney PC**
Susan Seemiller
840 County Sq. Drive
Ventura, CA 93003
Tel: (805) 339-9090
Fax: (805) 339-9090

IT IS SO ORDERED.

September 4, 2008



ORDER TO SHOW CAUSE FOR FAILING TO RESPOND TO COURT-ORDERED DISCOVERY
*Wren & Piper v. RGIS,* Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS

# EXHIBIT A

| No. | Last Name | First Name | State |
|---|---|---|---|
| 1 | ADAMS | APRIL | TX |
| 2 | ALEXANDER | FELIX | AL |
| 3 | ALEXANDER | MIYO M. | AZ |
| 4 | ALLEN | TERESA ANN | GA |
| 5 | ANDERSON | MARIE | NH |
| 6 | ASHLEY | SARAH | GA |
| 7 | AUSTIN | MICHELLE L. | IL |
| 8 | BARTON | DARYL S. | TN |
| 9 | BATTLEY | DENICA L. | LA |
| 10 | BELL | VIRGI | IL |
| 11 | BEVENS | AMBER N. | AR |
| 12 | BISCHOF | GREGORY J. | NE |
| 13 | BOICE | PAUL C. | CA |
| 14 | BOOKER | EVELYN F. | TN |
| 15 | BRENES | JENNIFER M. | NC |
| 16 | Withdrawal of consent | | |
| 17 | BROWN | SHIRLEY MADRIGAL | CA |
| 18 | BROWN | ANTHONY | AL |
| 19 | CARTER | JAMES | MI |
| 20 | CARY | RICHARD | AK |
| 21 | CATHCART | TRAC | NJ |
| 22 | CHAPMAN | ROBERT | CT |
| 23 | CHOICE | VIVIAN | SC |

| | | | |
|---|---|---|---|
| 24 | CHURCHILL | CHRISTY L. | MO |
| 25 | CLEMENT | RANDY J. | CT |
| 26 | COLEMAN | CHRISTOPHER | IL |
| 27 | CORPREW | TANEKA R. | VA |
| 28 | DAVIS | NANCY M. | IL |
| 29 | DAVIS | ILEEA | IN |
| 30 | DEPEW | MICHELLE | MI |
| 31 | DIEDRICH | DEBRA A. | WI |
| 32 | DOUGHERTY | SHERILYN ELYSE | OH |
| 33 | DUKE | TAMARA | CA |
| 34 | EBANKS | JESSICA | AL |
| 35 | EISENHARDT | LEIGHMON V. | PA |
| 36 | ESPOSITO | MARY ANN | PA |
| 37 | EWING | DARRELL S. | IL |
| 38 | FEASTER | KENYONA | MI |
| 39 | FETTERSON | ANGELA | NC |
| 40 | FILLINGIM | VERNON T. | IN |
| 41 | FITTRO | LISA L. | KS |
| 42 | FLOWERS | JASON | AL |
| 43 | FREEMAN | ODESSA J. | NJ |
| 44 | FRY | LANNY A. | MT |
| 45 | GAMER | DARRIN | WI |
| 46 | GILLEY | ERICA R. | MS |
| 47 | GLAZE | CHARLES AARON | OH |
| 48 | GOEDDERZ | MICHAEL D. | WI |

| | | | |
|---|---|---|---|
| 49 | GOLDBAUM | LETICIA | WA |
| 50 | GONZALES | MIGUEL A. | MA |
| 51 | GREEN | LAQUANA | LA |
| 52 | HEARN | JOHN E. | MO |
| 53 | HEWKO | HOLLY | PA |
| 54 | HOBELMAN | TERESA | NC |
| 55 | HUDSON | GEORGIANNA | GA |
| 56 | HUMBLE-KIKER | TAMMY KIM | NY |
| 57 | HURON | ANDREW S. | VA |
| 58 | ISON | JAMARICA SADE | GA |
| 59 | JACKSON | CRYSTAL | NC |
| 60 | JACKSON | MONIQUE Y. | TN |
| 61 | JOHN | BRANDI | LA |
| 62 | JOHNSON | QUO'VADIS | AL |
| 63 | JONES | LETICIA MARIA | IL |
| 64 | JONES | QORNELL A. | MS |
| 65 | JORDAN | EDWARD | OH |
| 66 | JUMAN | MICHELLE M. | FL |
| 67 | KIENAST-PRICE | NANCY L. | WI |
| 68 | LAZARSKI | JENNIFER L. | WI |
| 69 | LESTER | GEORGE EDWARD III (EDDIE) | WV |
| 70 | LOVE | ASHLEY | WI |
| 71 | LUCIER | CHERYL | RI |
| 72 | LYDIA | DAMARCUIS | TX |
| 73 | MARTIN | MANDY | NH |

| 74 | MCBRIDE | MALLORY LYNN | AL |
|---|---|---|---|
| 75 | MCGINITY | DENIS C. | KY |
| 76 | MIDDLETON | DEVIN D. | FL |
| 77 | MINOR | DEBORAH MAUREEN | FL |
| 78 | MOORE | DENA L. | MO |
| 79 | MORRIS | KATIE | WA |
| 80 | MOSES-SIMS | IRISHA K. | GA |
| 81 | MURPHY | MARLENE R. | OH |
| 82 | MYERS | CANDACE LATRICE | MS |
| 83 | NEFF | CASANDRA KAY | FL |
| 84 | NEWTON | O'DELL | FL |
| 85 | NISONGER | PEGGY | UT |
| 86 | OSBORNE | HEATHER NICHOLE | OH |
| 87 | OWENS | TEQUISHA N. | WV |
| 88 | PANNELL | TAMMY L. | PA |
| 89 | PARTRIDGE | WENDY | MI |
| 90 | PATTERSON | KENYAN | NY |
| 91 | PENA | CARLOS | NY |
| 92 | PEREZ | JOSE | IL |
| 93 | PERROTT | RICHARD T. | FL |
| 94 | PHILAPY | BROOKE | MI |
| 95 | PILGRIM | RYAN | FL |
| 96 | POWELL | OCTAVIA N. | AL |
| 97 | RASCOE | ALEISHA SHAMIKA | NC |
| 98 | REYES | PAHOLA | NV |

| 99 | RICHARDSON | SANAYE | NY |
|---|---|---|---|
| 100 | ROBERTSON | JULIA | CT |
| 101 | ROBINSON | RAMON | IL |
| 102 | ROYCE | PHILLIP | TX |
| 103 | SANDERFER | JENNIFER | CA |
| 104 | SANFORD | NONI B. | CA |
| 105 | SCOTT | DESIREE | AL |
| 106 | SECREST | ANGIE | IN |
| 107 | SELTO | ANTHONY | CA |
| 108 | SERPAS | DESIREE A. | FL |
| 109 | SHEELEY | CHRISTOPHER ROMA | NC |
| 110 | SILMON | PAULA R. | TN |
| 111 | SIMON | ALETHEA | TX |
| 112 | SIVAK | LISA | PA |
| 113 | SMITH | MONICA MICHELLE | MI |
| 114 | SMOOT | SHEILA | NC |
| 115 | SPENCER | JACQUELINE YVONNE | FL |
| 116 | STANFORD | GENEVA | NY |
| 117 | STANLEY WEEKS | REGINA | VA |
| 118 | STEWART | SHONTE S. | IL |
| 119 | TIMMS | CATHEY | NC |
| 120 | TOOMEY | MARK | NJ |
| 121 | TRUDGEON | MELISSA | MI |
| 122 | TURNER | LARETHA M. | MO |
| 123 | VAN SICKLE | DIANA (DEE) | CO |

| 124 | WAKEFIELD | BRIAN D. | MN |
|---|---|---|---|
| 125 | WATKINS | CANDACE SHANTELE | AL |
| 126 | WHITE | CRYSTAL | NC |
| 127 | WILLIAMS | LARVELLE | MD |
| 128 | WILLIAMS | TIFFANY | MD |
| 129 | WILLIAMS | LATOYA | NY |
| 130 | WRIGHT | JACINDA LOUISE | SD |
| 131 | ZALESKI | MARIE A. | PA |
| 132 | ZIMMERMAN | MICHAEL | MO |