CHERYL D. ORR (State Bar No. 143196)
HEATHER M. SAGER (State Bar No. 186566)
SUSAN B. BURR (State Bar No. 104269)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: cheryl.orr@dbr.com
　　　　heather.sager@dbr.com
　　　　susan.burr@dbr.com
　　　　sfepling@dbr.com

Attorneys for Defendant
RGIS, LLC (erroneously sued as RGIS
INVENTORY SPECIALISTS and RGIS
INVENTORY SPECIALIST)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRISHA WREN, ET. AL., | Case No. C06-5778 (JCS) |
| Plaintiffs, | **STIPULATION OF THE PARTIES TO ALLOW FILING OF RESPECTIVE EXPERT REPORTS ON FLSA MATTERS TO OCCUR CONCURRENTLY WITH DECERTIFICATION BRIEFING SCHEDULE AND [PROPOSED] ORDER REGARDING SAME** |
| v. | |
| RGIS INVENTORY SPECIALISTS, INC., | |
| Defendant. | |
| | Honorable Joseph C. Spero |

The parties have met and conferred and present the following stipulation for the Court's consideration:

Per this court's April 8, 2008 Order, September 18 is the deadline for the parties' respective expert disclosures and reports. Since the time of that scheduling order, briefing dates have changed. The original scheduling order contemplated the exchange of expert information concurrently with the briefing of FLSA decertification issues. To that end, the parties have stipulated to the following:

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

STIPULATION OF THE PARTIES REQUESTING LEAVE TO FILE EXPERT DECLARATION ON FLSA MATTERS CONCURRENTLY WITH DECERTIFICATION BRIEFING SCHEDULE AND [PROPOSED] ORDER REGARDING SAME

1. RGIS will file/exchange Dr. Slottje's expert report addressing FLSA decertification on October 9, concurrently with its filing of the motion seeking to decertify the FLSA action;

2. Plaintiffs will file/exchange Dr. Drogin's expert report addressing FLSA decertification on November 6, concurrently with its filing of any opposition to RGIS' motion to decertify the FLSA action.

3. In all other respects, the parties will proceed with expert disclosures and exchanges on September 18, as contemplated by the April 8 Order and pursuant to Fed. R. Civ. P. 26.

SO STIPULATED.

Dated: September 12, 2008

Respectfully submitted,
DRINKER BIDDLE & REATH LLP

CHERYL D. ORR
Attorneys for Defendant
RGIS LLC, formerly known as
RGIS INVENTORY SPECIALISTS

Dated: September 12, 2008

Respectfully submitted,
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP

GUY B. WALLACE
Attorneys for Plaintiffs
TRICIA WREN, ET. AL.

HAVING CONSIDERED THE ABOVE STIPULATION AND FINDING GOOD CAUSE, IT IS SO ORDERED.

Dated: September 15, 2008

IT IS SO ORDERED
Judge Joseph C. Spero

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

DECLARATION OF STATISTICAL EXPERT IN SUPPORT OF RGIS' JOINT LETTER REQUESTING LEAVE TO FILE EXPERT DECLARATION ON FLSA MATTERS CONCURRENTLY WITH DECERTIFICATION BRIEFING SCHEDULE
CASE NO. 3:07-CV-0032-JCS