UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN, ET AL., | Case No. C-06-5778 JCS (CONSOLIDATED) |
| Plaintiff(s), | **ORDER GRANTING DEFENDANT'S MOTION TO QUASH [DOCKET # 536]** |
| v. | |
| RGIS INVENTORY SPECIALISTS, | |
| Defendant(s). | |

This Order Relates to:

ALL CASES
_____/

    The parties have filed a joint letter dated September 15, 2008, which the court interprets as a motion to quash (the "motion"). Defendant seeks an order quashing the deposition notices for Paul Street, CEO of defendant, and for Cynthia Myers in her individual capacity. The motion is GRANTED. Plaintiff has not demonstrated that Mr. Street possesses any personal knowledge that is not available from the lower-level employees. See, Celerity, Inc. v. Ultra Clean Holding, Inc., 2007 WL 205057 at *3 (N.D. Cal. Jan. 25, 2007). Moreover, Ms. Myers has already been deposed twice in this case. The bare fact that certain information and documents were produced later in this case does not justify a third session of Ms. Myers deposition.

    IT IS SO ORDERED.

Dated: September 18, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge