Todd M. Schneider, Cal Bar No. 158253
Guy B. Wallace, Cal. Bar No. 176151
Nancy J. Park, Cal. Bar No. 236750
Naomi B. Sunshine, Cal. Bar No. 244094
Christian Schreiber, Cal. Bar No. 245597
Andrew P. Lee, Cal. Bar No. 245903
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Fax: (415) 421-7105

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, and Does 1-25 Inclusive,<br><br>Defendants. | Case No. 3:06-cv-05778 JCS<br>Case No. 3:07-cv-00032 JCS<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**STIPULATION RE PERSONNEL FILES**<br><br>Honorable Joseph C. Spero |

1     IT IS HEREBY STIPULATED by and between the parties through their counsel of record:

2.  1. This Court has ordered 390 Opt-in Plaintiffs to respond to discovery propounded by Defendant (Docket No. 311) and RGIS to produce the personnel files of those Opt-in Plaintiffs (Docket No. 352).

    2. The Court issued an Order to Show Cause regarding the 131 opt-ins who haven't responded to discovery. Those responses are due on October 4, 2008. (Docket No. 522).

    3. The parties agree that RGIS will subsequently produce the personnel files of only those opt-ins out of the 131 who serve verified discovery by October 4, 2008 and will do so no later than 14 days following service of the responses by Plaintiffs, but in no event prior to October 9, 2008.

IT IS SO STIPULATED.

Dated: September 30, 2008

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

/s/
_____
By: Guy B. Wallace
Counsel for Plaintiffs

Dated: September 30, 2008

DRINKER BIDDLE & REATH LLP

/s/
_____
By: Cheryl D. Orr
Counsel for RGIS, LLC

Dated: 10/1/08

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION RE PERSONNEL FILES - 1 -
SF01/ 605558.1

CASE NO. 3:06-CV-05778 JCS & CASE NO. 3:07-CV-00032 JCS