Todd M. Schneider, Cal Bar No. 158253
Guy B. Wallace, Cal. Bar No. 176151
Nancy J. Park, Cal. Bar No. 236750
Naomi B. Sunshine, Cal. Bar No. 244094
Christian Schreiber, Cal. Bar No. 245597
Andrew P. Lee, Cal. Bar No. 245903
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Fax: (415) 421-7105

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, and Does 1-25 Inclusive,<br><br>Defendants. | Case Nos. 3:06-cv-05778 JCS, 3:07-cv-00032 JCS<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**STIPULATION AND [proposed] ORDER RE DEPOSITION OF DR. SLOTTJE**<br><br>Honorable Joseph C. Spero |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that:

1. The deposition of Defendant's designated expert statistician Dr. Slottje was originally scheduled for October 15, 2008. The current cut-off for expert discovery is October 27, 2008.

2. Plaintiffs' counsel are not available to take the deposition of Dr. Slottje this week. Guy Wallace is not available because he will be out of the office so that he can be present during and after his mother's chemotherapy treatment for her leukemia.

3. Defendant has agreed to reschedule the deposition of Dr. Slottje. Plaintiffs' counsel appreciate the extension of this courtesy.

4. The next available date for Plaintiffs' counsel, Defendant's counsel, and Dr. Slottje is on October 30, 2008. That date is three days after the present cut-off for expert discovery. Accordingly, Plaintiffs file this proposed Stipulation and Order regarding the Slottje deposition, and seek this Court's approval to take his deposition on October 30.

5. This proposed stipulation regarding the schedule would only apply to this deposition. Plaintiffs' counsel do not believe it would have any impact on any other aspect of the case schedule.

IT IS SO STIPULATED.

October 13, 2008                                         SCHNEIDER WALLACE
                                                         COTTRELL BRAYTON
                                                         KONECKY LLP

                                              By:    _____/s/_____
                                                     Guy B. Wallace
                                                     Counsel for Plaintiffs


October 13, 2008                                         DRINKER, BIDDLE & REATH LLP

                                              By:    _____/s/_____
                                                     Cheryl D. Orr
                                                     Counsel for RGIS, LLC

**ORDER**

Good cause appearing, the parties' stipulation is hereby approved.

IT IS SO ORDERED.

Dated: October __15__, 2008



_____
United States Magistrate Judge