UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRISHA WREN                                                         No. C-06-05778

        Plaintiff(s),

   v.

RGIS INVENTORY

        Defendant(s).
_____/

ORDER SETTING DEADLINES

1. Deadline for filing summary judgment motions shall be **November 21, 2008**.

2. Deadline for filing opposition papers to summary judgment motions shall be **December 12, 2008**.

3. Deadline for filing reply papers to summary judgment motions shall be **December 30, 2008**.

4. The hearing on motions for summary judgment shall be **February 6, 2009** at 9:30 a.m.

5. The Final Pre-Trial Conference shall be held on **March 20, 2009** at 1:30 p.m.

6. The Trial shall commence on **April 13, 2009** at 8:30 a.m.  Trial is presently estimated to last for 11 days.

IT IS SO ORDERED.

Dated: October 21, 2008

JOSEPH C. SPERO

United States Magistrate Judge