Todd M. Schneider, Cal Bar No. 158253
Guy B. Wallace, Cal. Bar No. 176151
Nancy J. Park, Cal. Bar No. 236750
Naomi B. Sunshine, Cal. Bar No. 244094
Christian Schreiber, Cal. Bar No. 245597
Andrew P. Lee, Cal. Bar No. 245903
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Fax: (415) 421-7105

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, and Does 1-25 Inclusive,<br><br>Defendants. | Case Nos. 3:06-cv-05778 JCS, 3:07-cv-00032 JCS<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**STIPULATION AND [proposed] ORDER RE PAGE LIMITATIONS FOR PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DECERTIFY COLLECTIVE ACTION AND DEFENDANT'S REPLY REGARDING SAME**<br><br>Honorable Joseph C. Spero |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that:

1. Plaintiffs may file a Memorandum of Points and Authorities in Opposition to Defendant's Motion to Decertify Plaintiffs' FLSA Collective Action that is no more than 35 pages in length and formatted in conformance with Civil Local Rule 3-4(c).

IT IS SO STIPULATED.

November 3, 2008                                          SCHNEIDER WALLACE
                                                          COTTRELL BRAYTON
                                                          KONECKY LLP

                                            By:   _____/s/_____
                                                  Guy B. Wallace
                                                  Counsel for Plaintiffs


November 3, 2008                                          DRINKER, BIDDLE & REATH LLP

                                            By:   _____/s/_____
                                                  Cheryl D. Orr
                                                  Counsel for RGIS, LLC

**ORDER**

Good cause appearing, the parties' Stipulation is hereby approved.

IT IS SO ORDERED.

Dated: November __4__, 2008

*[Signature and seal: IT IS SO ORDERED / Judge Joseph C. Spero / United States District Court, Northern District of California]*