UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN, ET AL., | Case No. C-06-05778 JCS (CONSOLIDATED) |
| Plaintiff(s), | ORDER RESETTING HEARING ON RULE 23 CLASS CERTIFICATION MOTION AND RELATED MOTIONS |
| v. | |
| RGIS INVENTORY SPECIALISTS, | |
| Defendant(s). | |

This Order Relates to:

ALL CASES
_____/

The parties have fully briefed Plaintiffs' motion for class certification (including a sur-reply). In support of their briefs on the class certification motion, the parties have submitted scores of declarations, including over a thousand pages of attached exhibits. In addition, both parties have filed motions to strike and extensive evidentiary objections in connection with the class certification motion. These related motions have resulted in the filing of approximately 16 briefs and declarations relating to evidentiary disputes between the parties. In light of the extraordinary level of briefing the parties have filed, the previously agreed-upon hearing date of November 14, 2008 is no longer realistic. Accordingly, the Court moves the hearing on the motion for class certification, as well as the two related motions to strike and the motion to bifurcate, to December 12, 2008 at 9:30 a.m., to be heard at the same time as Defendant's motion to decertify the opt-in class.

1   The Court has not yet decided whether to move the summary judgment hearing that is
2   currently set for February 6, 2008 to a later date.  Nor has it decided whether the pretrial conference
3   and/or trial dates will need to be moved.  The Court will make that determination after receiving the
4   papers on the summary judgment motion.

6   IT IS SO ORDERED.

8   Dated: November 5, 2008

    _____
9   JOSEPH C. SPERO
    United States Magistrate Judge

**United States District Court**
For the Northern District of California