Todd M. Schneider, Cal Bar No. 158253
Guy B. Wallace, Cal. Bar No. 176151
Nancy J. Park, Cal. Bar No. 236750
Naomi B. Sunshine, Cal. Bar No. 244094
Christian Schreiber, Cal. Bar No. 245597
Andrew P. Lee, Cal. Bar No. 245903
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Fax: (415) 421-7105

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> RGIS Inventory Specialists, LLC, RGIS, LLC, and Does 1-25 Inclusive, <br><br> Defendants. | Case Nos. 3:06-cv-05778 JCS, 3:07-cv-00032 JCS <br><br> **CLASS AND COLLECTIVE ACTION** <br><br> **STIPULATION AND [proposed] ORDER RE PAGE LIMITATIONS FOR PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DECERTIFY COLLECTIVE ACTION** <br><br> Honorable Joseph C. Spero |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that:

1. Plaintiffs may file a Memorandum of Points and Authorities in Opposition to Defendant's Motion to Decertify Plaintiffs' FLSA Collective Action that is no more than 38 pages in length and formatted in conformance with Civil Local Rule 3-4(c).

2. Plaintiffs' counsel represent that they have made diligent efforts to reduce the length of their opposition brief, but require three additional pages beyond the 35 page limit previously approved by the Court.

IT IS SO STIPULATED.

November 6, 2008                               SCHNEIDER WALLACE
                                               COTTRELL BRAYTON
                                               KONECKY LLP

                                       By:    _____/s/_____
                                               Guy B. Wallace
                                               Counsel for Plaintiffs


November 6, 2008                               DRINKER, BIDDLE & REATH LLP

                                       By:    _____/s/_____
                                               Cheryl D. Orr
                                               Counsel for RGIS, LLC

**ORDER**

Good cause appearing, the parties' Stipulation is hereby approved.

IT IS SO ORDERED.

Dated: November __7__, 2008

                                               HON.
                                               United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
*United States District Court, Northern District of California*