| | |
|---|---|
| 1 | CHERYL D. ORR (State Bar No. 143196) |
| 2 | HEATHER M. SAGER (State Bar No. 186566)<br>SUSAN B. BURR (State Bar No. 104269) |
| 3 | S. FEY EPLING (State Bar No. 190025)<br>DRINKER BIDDLE & REATH LLP |
| 4 | 50 Fremont Street, 20th Floor<br>San Francisco, California 94105-2235 |
| 5 | Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510 |
| 6 | E-mail: cheryl.orr@dbr.com<br>        heather.sager@dbr.com |
| 7 |         susan.burr@dbr.com |
| 8 | Attorneys for Defendant |
| 9 | RGIS, LLC, erroneously sued herein as RGIS INVENTORY SPECIALISTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRISHA WREN, ET AL.,<br><br>       Plaintiffs,<br><br>   v.<br><br>RGIS INVENTORY SPECIALISTS, INC.,<br><br>       Defendant. | Case No. 3:06-CV-5778 (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO EXCEED PAGE LIMITATIONS GOVERNING RGIS, LLC'S REPLY IN SUPPORT OF MOTION TO DECERTIFY COLLECTIVE ACTION**<br><br>[Civ. L.R. 7-11 and 7-12] |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE
REQUEST TO EXCEED PAGE LIMITATIONS GOVERNING RGIS, LLC'S REPLY IN SUPPORT OF
DECERTIFICATION MOTION
Case No. 3:06-CV-5778 (JCS)

1  IT IS HEREBY STIPULATED by and between the parties through their counsel of
2  record that:
3  The parties agree that RGIS may file a brief that exceeds the 15 page limit in L.R. 7-4(b),
4  but that is no more than 28 pages in length and formatted in conformance with Civil Local Rule
5  3-4(c). The 13 additional pages to be allotted to RGIS' Reply Memorandum in Support of its
6  Motion to Decertify Plaintiffs FLSA Collective Action ("Reply") is equivalent to those afforded
7  to Plaintiffs when they filed their Opposition to RGIS' Motion to Decertify Plaintiffs FLSA
8  Collective Action.

**IT IS SO STIPULATED.**

Dated: November 14, 2008                    SCHNEIDER & WALLACE

                                            /s/Guy B. Wallace/s/
                                            GUY B. WALLACE
                                            Attorneys for Plaintiffs
                                            TRISHA WREN, *et al.*


Dated: November 14, 2008                    DRINKER BIDDLE & REATH LLP

                                            /s/Cheryl D. Orr/s/
                                            CHERYL D. ORR
                                            Attorneys for Defendant
                                            RGIS LLC, formerly known as
                                            RGIS INVENTORY SPECIALISTS

Having considered the foregoing Stipulation and accompanying Administrative Request, and finding good cause to grant same, **IT IS SO ORDERED.**

Dated: November 18, 2008

                                            _____
                                            THE HONORABLE
                                            United States Magistrate

                                            [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

1

SF01/
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE
REQUEST TO EXCEED PAGE LIMITATIONS GOVERNING RGIS, LLC'S REPLY IN SUPPORT OF
DECERTIFICATION MOTION
Case No. 3:06-CV-5778 (JCS)