CHERYL D. ORR (State Bar No. 143196)
HEATHER M. SAGER (State Bar No. 186566)
SUSAN B. BURR (State Bar No. 104269)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: cheryl.orr@dbr.com
heather.sager@dbr.com
susan.burr@dbr.com

Attorneys for Defendant
RGIS, LLC, erroneously sued herein as RGIS INVENTORY SPECIALISTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRISHA WREN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RGIS INVENTORY SPECIALISTS, INC., <br><br> Defendant. | Case No. 3:06-CV-5778 (JCS) <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO EXCEED PAGE LIMITATIONS GOVERNING RGIS, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> [Civ. L.R. 7-11 and 7-12] |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE
REQUEST TO EXCEED PAGE LIMITATIONS GOVERNING RGIS, LLC'S MOTION FOR PARTIAL
SUMMARY JUDGMENT
Case No. 3:06-CV-5778 (JCS)

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that:

The parties agree that RGIS and Plaintiffs may each file briefs in support of and in opposition to RGIS' Motion for Partial Summary Judgment that exceed the 25 page limit in L.R. 7-4(b), but that are no more than 40 pages in length and formatted in conformance with Civil Local Rule 3-4.

**IT IS SO STIPULATED.**

Dated: November 19, 2008　　　　　　　　　SCHNEIDER & WALLACE

/s/ Guy B. Wallace
GUY B. WALLACE
Attorneys for Plaintiffs
TRISHA WREN, *et al.*

Dated: November 19, 2008　　　　　　　　　DRINKER BIDDLE & REATH LLP

/s/ Cheryl D. Orr
CHERYL D. ORR
Attorneys for Defendant
RGIS LLC, formerly known as
RGIS INVENTORY SPECIALISTS

Having considered the foregoing Stipulation and accompanying Administrative Request, and finding good cause to grant same, **IT IS SO ORDERED.**

Dated: November 20, 2008

THE HONORABLE
United States Magistrate Judge Joseph C. Spero

1

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE
REQUEST TO EXCEED PAGE LIMITATIONS GOVERNING RGIS, LLC'S MOTION FOR PARTIAL
SUMMARY JUDGMENT
Case No. 3:06-CV-5778 (JCS)