CHERYL D. ORR (State Bar No. 143196)
HEATHER M. SAGER (State Bar No. 186566)
SUSAN B. BURR (State Bar No. 104269)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: cheryl.orr@dbr.com
　　　　heather.sager@dbr.com
　　　　susan.burr@dbr.com

Attorneys for Defendant
RGIS, LLC, erroneously sued herein as RGIS INVENTORY SPECIALISTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRISHA WREN, ET AL.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RGIS INVENTORY SPECIALISTS, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:06-CV-5778 (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DECEMBER 19, 2008 HEARING DATE**<br><br>[Civ. L.R. 7-11 and 7-12] |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

Defendant has requested that the hearing presently set for December 19, 2008 be continued. IT IS HEREBY STIPULATED by and between the parties through their counsel of record that the date on which all pending motions presently set for December 19, 2008, will be heard and considered by this Court be continued to ~~January 8, 2009~~. January 9, 2009 at 9:30 AM

**IT IS SO STIPULATED.**

Dated: December 8, 2008              SCHNEIDER & WALLACE

/s/ Guy B. Wallace
GUY B. WALLACE
Attorneys for Plaintiffs
TRISHA WREN, *et al.*

Dated: December 8, 2008              DRINKER BIDDLE & REATH LLP

/s/ Cheryl D. Orr
CHERYL D. ORR
Attorneys for Defendant
RGIS LLC, formerly known as
RGIS INVENTORY SPECIALISTS

Having considered the foregoing Stipulation and finding good cause to grant same,

**IT IS SO ORDERED.**

Dated: December 9, 2008

IT IS SO ORDERED AS MODIFIED

Judge Joseph C. Spero

THE HON_____
United Sta_____

---

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105