CHERYL D. ORR (State Bar No. 143196)
HEATHER M. SAGER (State Bar No. 186566)
SUSAN B. BURR (State Bar No. 104269)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: cheryl.orr@dbr.com
        heather.sager@dbr.com
        susan.burr@dbr.com

Attorneys for Defendant
RGIS, LLC, erroneously sued herein as RGIS INVENTORY SPECIALISTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRISHA WREN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RGIS INVENTORY SPECIALISTS, INC., <br><br> Defendant. | Case No. 3:06-CV-5778 (JCS) <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO EXCEED PAGE LIMITATIONS GOVERNING RGIS, LLC'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> [Civ. L.R. 7-11 and 7-12] |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE
REQUEST TO EXCEED PAGE LIMITATIONS GOVERNING RGIS, LLC'S REPLY ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
Case No. 3:06-CV-5778 (JCS)

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that:

The parties agree that RGIS' reply brief in support of its Motion for Partial Summary Judgment may exceed the 15 page limit in L.R. 7-4(b), but may not exceed 25 pages in length, formatted in conformance with Civil Local Rule 3-4.

**IT IS SO STIPULATED.**

Dated: December 23, 2008                    SCHNEIDER & WALLACE

                                            /s/ Naomi B. Sunshine
                                            GUY B. WALLACE
                                            NAOMI SUNSHINE
                                            Attorneys for Plaintiffs
                                            TRISHA WREN, et al.

Dated: December 23, 2008                    DRINKER BIDDLE & REATH LLP

                                            /s/ S. Fey Epling
                                            CHERYL D. ORR
                                            S. FEY EPLING
                                            Attorneys for Defendant
                                            RGIS LLC, formerly known as
                                            RGIS INVENTORY SPECIALISTS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~December ___, 2008~~ January 5, 2009

THE HON. _____ SPERO
United States ...

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1

STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO EXCEED PAGE LIMITATIONS GOVERNING RGIS, LLC'S REPLY ISO MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 3:06-CV-5778 (JCS)