```
CHERYL D. ORR (State Bar No. 143196)
HEATHER M. SAGER (State Bar No. 186566)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California  94105-2235
Telephone: (415) 591-7500
Facsimile:  (415) 591-7510
E-mail: cheryl.orr@dbr.com
        heather.sager@dbr.com
        sfepling@dbr.com
```

Attorneys for Defendant
RGIS, LLC, erroneously sued herein as RGIS INVENTORY SPECIALISTS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Trisha Wren, et al., <br><br>  Plaintiffs, <br><br>  v. <br><br> RGIS Inventory Specialists, Inc., <br><br>  Defendant. | Case No.      3:06-cv-5778 (JCS) <br><br> STIPULATION AND [PROPOSED] ORDER SEEKING ONE-WEEK CONTINUANCE FOR SUBMISSION OF JOINT CASE MANAGEMENT PLAN, PER COURT'S FEBRUARY 6, 2009 ORDER <br><br> Honorable Joseph C. Spero |

Plaintiffs Trisha Wren, *et al.* ("Plaintiffs") and Defendant RGIS, LLC (erroneously sued as RGIS Inventory Specialists, Inc.) ("RGIS") (collectively, the "Parties") submit the following Stipulation and [Proposed] Order Regarding Timing of Joint Case Management Submission, pursuant to the Court's February 6, 2009 Order (the "Order"):

The Court's Order instructed the Parties to "meet and confer and submit to the Court within the next fourteen (14) days a proposed schedule for the remainder of the case, including dates for submitting to the Court a proposed notice to class members." *See* Order, Docket No. 694, at 54:19-21.  The fourteen day period contemplated by the Order will elapse this Friday, February 20.

STIPULATION AND [PROPOSED] ORDER SEEKING ONE-WEEK CONTINUANCE OF JOINT CASE MANAGEMENT SUBMISSION
CASE NO. 3:06-CV-5778 (JCS)

601378

On Monday, February 9 (the first business day following the issuance of the Order), counsel for Plaintiff reached out to counsel for RGIS to schedule the meet and confer session. Counsel for RGIS promptly responded, and the Parties agreed to meet on Tuesday, February 17, the first date all counsel were available to discuss these issues.  Early in the day on February 17, counsel for Plaintiff informed counsel for RGIS that they have a family medical issue they need to attend to, and asked whether the Parties could reschedule their discussion.  Counsel for RGIS informed Plaintiff's counsel that they would be out of town and/or in deposition the remainder of the week and, thus, today was their only available day to meet and confer.  Given the foregoing scheduling challenges, the Parties agreed to request the Court's permission for an additional week in which to meet and confer and prepare their submission.  The Parties have stipulated to complete this process and submit the requested statement to the Court by Friday, February 27, and by this submission ask the Court's permission for this one-week continuance.

IT IS SO STIPULATED.

February 17, 2009                                      SCHNEIDER WALLACE COTTRELL
                                                       BRAYTON KONECKY LLP


                                               By:     /s/Guy B. Wallace/s/
                                                       Guy B. Wallace
                                                       Counsel for Plaintiffs


February 17, 2009                                      DRINKER, BIDDLE & REATH LLP


                                               By:     /s/Cheryl D. Orr/s/
                                                       Cheryl D. Orr
                                                       Heather M. Sager
                                                       Counsel for RGIS, LLC

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

601378.1

2
STIPULATION AND [PROPOSED] ORDER SEEKING ONE-WEEK CONTINUANCE OF CASE MANAGEMENT SUBMISSION
CASE NO. 3:06-CV-5778 (JCS)

1  The Court has considered the grounds for the stipulation recorded herein and, finding
2  that all Parties are acting in good faith and that good cause exists for accepting the stipulation,
3  hereby endorses the Parties' request for a one-week continuance in which to submit the joint case
4  management plan ordered by the Court via its February 6, 2009 Order (Docket No. 694).
5  IT IS SO ORDERED.
6  Dated: February __23__, 2009



_____
HON.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

601378.1

3
STIPULATION AND [PROPOSED] ORDER SEEKING ONE-WEEK CONTINUANCE OF CASE MANAGEMENT SUBMISSION
CASE NO. 3:06-CV-5778 (JCS)