CHERYL D. ORR (State Bar No. 143196)
HEATHER M. SAGER (State Bar No. 186566)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: cheryl.orr@dbr.com
      heather.sager@dbr.com
      sfepling@dbr.com

Attorneys for Defendant
RGIS, LLC, erroneously sued herein as RGIS INVENTORY SPECIALISTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Trisha Wren, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RGIS Inventory Specialists, Inc., <br><br> Defendant. | Case No.     3:06-cv-5778 (JCS) <br><br> STIPULATION AND [PROPOSED] ORDER SEEKING CONTINUANCE FOR SUBMISSION OF PLAINTIFFS' LIST OF OPT-INS AND PARTIES' JOINT PROPOSAL <br><br> Honorable Joseph C. Spero |

      Plaintiffs Trisha Wren, *et al.* ("Plaintiffs") and Defendant RGIS, LLC (erroneously sued as RGIS Inventory Specialists, Inc.) ("RGIS") (collectively, the "Parties") submit the following Stipulation and [Proposed] Order Regarding Submission of Plaintiffs' List of Opt-Ins and Parties' Joint Proposal:

      The Parties agreed that Plaintiffs would submit their list of opt-ins by March 10, 2009. However, due to unforeseen events beyond counsel's control, Plaintiffs were unable to meet this deadline. Accordingly, the Parties have agreed to extend the time for Plaintiffs to submit their list of opt-ins to March 31, 2009. The Parties have also stipulated to submit their Joint Proposal

1

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

601378.1

STIPULATION AND [PROPOSED] ORDER SEEKING CONTINUANCE FOR
PLTFS' LIST OF OPT-INS AND JOINT PROPOSAL
CASE NO. 3:06-CV-5778 (JCS)

regarding the opt-ins to the Court by April 14, 2009.

IT IS SO STIPULATED.

March 23, 2009                           SCHNEIDER WALLACE COTTRELL
                                         BRAYTON KONECKY LLP


                                    By:  /s/Christian Schreiber/s/
                                         Christian Schreiber
                                         Counsel for Plaintiffs


March 23, 2009                           DRINKER, BIDDLE & REATH LLP



                                    By:  /s/Cheryl D. Orr/s/
                                         Cheryl D. Orr
                                         Heather M. Sager
                                         Counsel for RGIS, LLC


The Court has considered the grounds for the stipulation recorded herein and, finding that all Parties are acting in good faith and that good cause exists for accepting the stipulation, hereby endorses the Parties' request.

IT IS SO ORDERED.

Dated: March 23, 2009

HON. J. C. SPERO

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

2

STIPULATION AND [PROPOSED] ORDER SEEKING CONTINUANCE FOR
PLTFS' LIST OF OPT-INS AND JOINT PROPOSAL
CASE NO. 3:06-CV-5778 (JCS)

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

601378.1