1  Todd M. Schneider, Cal Bar No. 158253
   Guy B. Wallace, Cal Bar No. 17651
2  Christian Schreiber, Cal Bar No. 245597
   Andrew P. Lee, Cal Bar No. 245903
3  Nancy J. Park, Cal Bar No. 236750
   Naomi B. Sunshine. Cal Bar No. 244094
4  SCHNEIDER WALLACE
   COTTRELL BRAYTON KONECKY LLP
5  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
6  Telephone: (415) 421-7100; Fax: (415) 421-7105

7  William T. Jones, TX Bar No. 24032601, Pro Hac Vice
   GRADY, SCHNEIDER & NEWMAN, LLP
8  801 Congress Street, Suite 400
   Houston, TX 77002
9  Telephone: (713) 228-2200; Fax: (713) 228-2210

10 Susan Simmons Seemiller, Cal Bar No. 150546
   BAILEY PINNEY, PC
11 840 County Square Drive
   Ventura, CA 93003
12 Telephone: (805) 339-9090; Fax: (805) 339-0090

13 Jose R. Mata, Cal Bar No. 83724, OSB 803057
   Email: JMata@wagelawyer.com
14 BAILEY PINNEY, PC
   1498 SE Tech Center Place, Suite 290
15 Vancouver, WA 98683
   Telephone: (360)567-2551; Fax: (360)567-3331
16

17 Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RGIS INVENTORY SPECIALISTS, LLC; RGIS, LLC; and Does 1-25 Inclusive,<br><br>Defendants. | Case No. 3:06-cv-05778 JCS<br>Case No. 3:07-cv-00032 JCS<br><br>**NOTICE OF CLOSURE OF THE SACRAMENTO OFFICE OF BAILEY PINNEY, PC AND WITHDRAWAL OF ATTORNEY MAC FARLANE AS PLAINTIFFS' COUNSEL**<br><br>Honorable Joseph C. Spero |

Plaintiffs' Notice of Office Closure and of Withdrawal of Mac Farlane - Case No.
3:06-cv-05778 JCS
3:07-cv-00032 JCS

1

TO: CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD

**NOTICE IS HEREBY GIVEN** that effective immediately Bailey Pinney, PC has closed its offices in Sacramento, California.

**NOTICE IS FURTHER GIVEN** of the withdrawal of Bonnie Mac Farlane, Cal. Bar No. 161526, as one of the attorneys for Plaintiffs. Ms. Mac Farlane is no longer affiliated with the law firm of Bailey Pinney PC, and thus is no longer serving as one of Plaintiffs' attorneys.

Jose R. Mata, Susan Simmons Seemiller and the law firm of Bailey Pinney, PC shall remain as co-counsel of record for Plaintiffs. The law firms of Schneider Wallace Cottrell Brayton Konecky LLP and Grady, Schneider & Newman, LLP and their respective attorneys, also remain as attorneys of record for Plaintiffs.

All notices, papers and pleadings, exclusive of process, should continue to be served upon Jose R. Mata at the law offices of Bailey Pinney, PC, at 1498 SE Tech Center Place, Suite 290, Vancouver WA 98683, upon Susan Simmons Seemiller at the law offices of Bailey Pinney, PC., at 840 County Square Drive, Ventura, CA 93003 and upon all other counsel of record for Plaintiffs.

It is requested that said withdrawal be effective immediately.

DATED: April 2, 2009

                                                  BAILEY PINNY, PC

                                                  By   /s/
                                                        Jose R. Mata
                                                        Attorneys for Plaintiffs

Dated: April 3, 2009



Plaintiffs' Notice of Office Closure and of Withdrawal of Mac Farlane - Case No.
                                                             3:06-cv-05778 JCS
                                                             3:07-cv-00032 JCS