FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 01 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RGIS INVENTORY SPECIALISTS,
d.b.a. RGIS Inventory Specialist LLC; et
al.,

                    Petitioners,

        v.

TRISHA WREN, f.k.a. Trisha Johnson; et
al.,

                    Respondents.

No. 09-80042

D.C. No. 3:06-cv-05778-JCS
Northern District of California,
San Francisco

ORDER

Before:  LEAVY and CALLAHAN, Circuit Judges.

        The court, in its discretion, denies the petition for permission to appeal the

district court's February 6, 2009 order granting in part and denying in part class

action certification.  *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402

F.3d 952 (9th Cir. 2005) (per curiam).

cj/MOATT