UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN, ET AL., | No. C-06-05778 JCS |
|     Plaintiff, | **ORDER APPROVING RULE 23 NOTICE** [Docket No. 750] |
|     v. | |
| RGIS INVENTORY SPECIALISTS, | |
|     Defendant. | |

In accordance with the Court's June 17, 2009 Order, the parties have submitted a proposed Notice incorporating the Court's rulings with respect to the notice to be sent to Rule 23 class members ("Notice"). The Notice is APPROVED.

IT IS SO ORDERED.

Dated: July 8, 2009

                                                JOSEPH C. SPERO
                                              United States Magistrate Judge