

**SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY** LLP

October 7, 2009

**Via E-File**

Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court - Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

    Re:    *Wren & Piper, et al. v. RGIS Inventory Specialists, Inc., et al.*
              U.S.D.C. N.D. Cal. Case No. C-06-5778 JCS; C-07-00032 JCS

Dear Magistrate Judge Spero:

    The parties are currently due to file their proposed trial plans on Friday, October 9, 2009. The parties respectfully request that they be permitted to file their proposed trial plans on Wednesday, October 14, 2009.

                                        Respectfully submitted,

                                        SCHNEIDER WALLACE
                                        COTTRELL BRAYTON
                                        KONECKY LLP

                                        _____/s/_____
                                        Guy B. Wallace
                                        Attorneys for Plaintiffs

                                        DRINKER BIDDLE & REATH LLP

                                        _____/s/_____
                                        Cheryl D. Orr
                                        Attorneys for Defendant

Dated: 10/8/9

*[Court seal: IT IS SO ORDERED, Judge Joseph C. Spero]*

180 Montgomery Street, Suite 2000   San Francisco, California 94104   t. 415.421.7100   f. 415.421.7105   www.schneiderwallace.com