UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN, ET AL., | Case No. C06-5778 JCS (CONSOLIDATED) |
| Plaintiff(s), | **ORDER TO MEET AND CONFER IN PERSON AND FILE AMENDED JOINT CASE MANAGEMENT CONFERENCE STATEMENT REGARDING TRIAL PLAN** |
| v. | |
| RGIS INVENTORY SPECIALISTS, | |
| Defendant(s). | |

This Order Relates to:

ALL CASES

_____/

The parties filed a Joint Case Management Conference Statement Regarding Trial Plan on October 14, 2009 (the "Statement"). The parties failed to follow the Court's instructions.

Lead trial counsel are ordered to meet and confer in person, within seven calendar days from today. At that meeting, counsel shall discuss all of the issues raised by either side in the Statement, and attempt to resolve them. The parties shall then file a Revised Statement, which will set forth a detailed plan for the trial of the class issues in this case, including which legal and factual issues shall be tried, which issues shall be tried to the Court and which to the Jury, the general types of evidence that will be submitted in connection with such issues (e.g., expert testimony, class wide proof of various types such as proof of policies or by statistical evidence, anecdotal evidence, etc.), and any other issues that should be addressed in planning for the trial.

The parties shall also advise the Court of the plan for mediation, and whether the parties desire, if mediation fails, a reference to a Magistrate Judge for a Settlement Conference. The

Revised Statement shall be filed no later than October, 28, 2009. The October 23, 2009 Case Management Conference is continued to October 30, 2009 at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 20, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge