CHERYL D. ORR (State Bar No. 143196)
HEATHER M. SAGER (State Bar No. 186566)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: cheryl.orr@dbr.com
       heather.sager@dbr.com
       sfepling@dbr.com

Attorneys for Defendant
RGIS, LLC, erroneously sued herein as RGIS INVENTORY SPECIALISTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Trisha Wren, et al., | Case No. 3:06-cv-5778 (JCS) |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE HEARING DATE AND SUBMISSION OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT REGARDING TRIAL PLAN, PER COURT'S OCTOBER 20, 2009 ORDER |
| v. | |
| RGIS Inventory Specialists, Inc., | |
| Defendant. | |
| | Honorable Joseph C. Spero |

Plaintiffs Trisha Wren, *et al.* ("Plaintiffs") and Defendant RGIS, LLC (erroneously sued as RGIS Inventory Specialists, Inc.) ("RGIS") (collectively, the "Parties") submit the following Stipulation and [Proposed] Order Continuing Case Management Conference Hearing Date and Submission of Joint Case Management Conference Statement Regarding Trial Plan Per Court's October 29, 2009 Order:

WHEREAS the Court in its Order of October 20, 2009 ordered Lead Trial Counsel to meet and confer in person, file revised trial plans by October 28, 2009 and appear at the continued Case Management Conference on October 30, 2009;

1

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

601378.1

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE DATE HEARING AND SUBMISSION OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT REGARDING TRIAL PLAN, PER COURT'S OCTOBER 20, 2009 ORDER CASE NO. 3:06-CV-5778 (JCS)

WHEREAS RGIS is in the process of associating in new Lead Trial Counsel and anticipates doing so this week;

WHEREAS the Parties agree it is critical to have RGIS' new Lead Trial Counsel active in the meet and confer process and thereby wish to further continue the process by one week;

IT IS HEREBY STIPULATED by and between the Parties through their counsel of record:

The Parties respectfully request that the Court continue the date for the joint submission from October 28, 2009 to November 4, 2009 and the status conference from October 30, 2009 to November 6, 2009.

IT IS SO STIPULATED.

October 26, 2009                                        SCHNEIDER WALLACE COTTRELL
                                                        BRAYTON KONECKY LLP


                                              By:       /s/Guy B. Wallace/s/
                                                        Todd M. Schneider
                                                        Guy B. Wallace
                                                        Counsel for Plaintiffs


October 26, 2009                                        DRINKER, BIDDLE & REATH LLP


                                              By:       /s/Cheryl D. Orr/s/
                                                        Cheryl D. Orr
                                                        Heather M. Sager
                                                        Counsel for RGIS, LLC

2

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

601378.1

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE DATE HEARING AND SUBMISSION OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT REGARDING TRIAL PLAN, PER COURT'S OCTOBER 20, 2009 ORDER CASE NO. 3:06-CV-5778 (JCS)

1  The Court has considered the grounds for the stipulation recorded herein and, finding
2  that all Parties are acting in good faith and that good cause exists for accepting the stipulation,
3  hereby endorses the Parties' request.
4  IT IS SO ORDERED.
5  Dated: _____ 10/27 _____, 2009

HON. _____
Judge Joseph C. Spero

3

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE DATE HEARING AND SUBMISSION OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT REGARDING TRIAL PLAN, PER COURT'S OCTOBER 20, 2009 ORDER CASE NO. 3:06-CV-5778 (JCS)

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

601378.1