Todd M. Schneider, Cal Bar No. 158253
Guy B. Wallace, Cal. Bar No. 176151
Andrew P. Lee, Cal. Bar No. 245903
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Fax: (415) 421-7105
Email:  tschneider@schneiderwallace.com
        gwallace@schneiderwallace.com
        alee@schneiderwallace.com

Attorneys for Plaintiffs


Joel M. Cohn, Esq.
AKIN GUMP STRAUSS HAUER & FELD, LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
Telephone: (202) 887-4065
Fax: (202) 955-7644
Email:  jcohn@akingump.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br>    vs.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, and Does 1-25 Inclusive,<br><br>            Defendants. | Case Nos. 3:06-cv-05778 JCS, 3:07-cv-00032 JCS<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**STIPULATION AND [proposed] ORDER RE INITIAL PRETRIAL CONFERENCE**<br><br>Honorable Joseph C. Spero |

STIPULATION AND [PROPOSED] ORDER REGARDING APPOINTMENT OF ADMINISTRATOR FOR RULE 23 NOTICE
Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS

1     WHEREAS Plaintiffs' counsel conferred with Defendants' new trial counsel today;

2     WHEREAS Defendants' new counsel, Joel Cohn, Esq., has requested a short continuance of
3 the initial pretrial conference currently scheduled for November 6, 2009 at 1:30 p.m.; and,

4     WHEREAS Plaintiffs' counsel do not object to this request under the circumstances,

5     IT IS HEREBY STIPULATED by and between the parties through their counsel of record,
6 that the Initial Pretrial Conference currently scheduled for November 6, 2009 be rescheduled to
7 November 13, 2009 at __1:30__ p.m., subject to the availability of the Court. The parties will file
8 their revised initial proposed trial plan on November 11, 2009.

9     IT IS SO STIPULATED.

11 October 30, 2009                                SCHNEIDER WALLACE
                                               COTTRELL BRAYTON
                                               KONECKY LLP

By: ____/s/_____
    Guy B. Wallace
    Class Counsel

October 30, 2009                                AKIN GUMP STRAUSS HAUER & FELD, LLP

By: ____/s/_____
    Joel M. Cohn
    Counsel for RGIS, LLC

**ORDER**

The Court having reviewed the parties' stipulation, and good cause appearing, hereby reschedules the Initial Pretrial Conference in this matter to November __13__, 2009 at 1:30 p.m.

IT IS SO ORDERED.

Dated: Nov. 2, 2009

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER RE INITIAL PRETRIAL CONFERENCE
Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS            1