1  Todd M. Schneider, SBN 158253
   tschneider@schneiderwallace.com
2  Guy B. Wallace, SBN 176151
   gwallace@schneiderwallace.com
3  Andrew P. Lee, SBN 245903
4  alee@schneiderwallace.com
   SCHNEIDER WALLACE
5  COTTRELL BRAYTON KONECKY LLP
   180 Montgomery Street, Suite 2000
6  San Francisco, CA 94104
7  Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
8
   David Borgen, SBN 099354
9  dborgen@gdblegal.com
   James Kan, SBN 240749
10 jkan@gdblegal.com
11 GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
12 Oakland, CA 94612
   Telephone: (510) 763-9800
13 Facsimile: (510) 835-1417
14 Attorneys for Plaintiffs and Class
   [Additional counsel below]
15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18

19 TRISHA WREN and CYNTHIA PIPER, et al.,     ) Case Nos.: 3:06-cv-05778 JCS,
   individually and behalf of others similarly situated,) 3:07-cv-00032 JCS
20                                            )
              Plaintiffs,                     )
21                                            ) **CLASS AND COLLECTIVE ACTION**
   vs.                                        )
22                                            )
                                              ) **STIPULATION AND [PROPOSED] ORDER**
23 RGIS Inventory Specialists, LLC, RGIS, LLC,) **RE REVISED CASE MANAGEMENT AND**
   Does 1-25 Inclusive,                       ) **PRETRIAL ORDER**
24                                            )
              Defendants.                     )
25                                            ) Honorable Joseph C. Spero
                                              )
26                                            )
                                              )
27 _____     )

28

Additional Counsel for Plaintiffs

Peter Schneider, TX Bar No. 00791615, *pro hac vice*
pschneider@gsnlaw.com
Keith Grady, TX Bar No. 00786853, *pro hac vice*
kgrady@gsnlaw.com
GRADY SCHNEIDER, LLP
801 Congress, Suite 400
Houston, TX 77002
Telephone: (713) 228-2200
Fax: (713) 228-2210

Jose R. Mata, SBN 83724
jmata@wagelawyer.com
BAILEY PINNEY PC
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360) 567-2551
Fax: (360) 567-3331

STIPULATION AND [PROPOSED] ORDER RE REVISED CASE MANAGEMENT AND PRETRIAL ORDER
Case Nos.: 3:06-cv-05778 JCS, 3:07-cv-00032 JCS

WHEREAS the parties have met and conferred regarding modifications to several dates set by the Court in its November 23, 2009 Case Management and Pretrial Order (Dkt. 805).

WHEREAS the proposed modifications are needed to accommodate the schedules of the counsel and to account for the delay in receipt by Plaintiffs of supplemental data provided by Defendant.

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that the November 23, 2009 Case Management and Pretrial Order shall be modified as follows:

1. Filing deadline for the results of meet and confer process and briefs on disputed trial plan issues shall be moved from February 19 to February 26, 2010;

2. Filing deadline of Plaintiffs' expert witness Dr. Drogin's report shall be moved from February 15 to March 2, 2010;

3. Filing deadline of Defendant's expert witness Dr. Slottje's report shall be moved from March 15 to April 2, 2010;

4. Second Case Management and Trial Planning Conference shall be moved from March 19 to April 2, 2010;

5. Deadline for completion of expert witness depositions shall be moved from April 1 to April 16, 2010;

6. Filing deadline for the Proposed Final Pre-trial Order shall be moved from April 23 to April 30, 2010;

7. Deadline for depositions of seven trial witnesses per side as identified in the proposed pretrial order shall be set for June 11, 2010;

8. Filing deadline for deposition designations related to the seven trial witnesses per side identified in the proposed pretrial order shall be set for June 30, 2010;

9. Filing deadline for counter designations and objections to the deposition designations related to the seven trial witnesses per side identified in proposed pretrial order shall be set for July 9, 2010; and

10. The mediation scheduled for April 7, 2010, before Hon. Edward Infante (Ret.) (JAMS) shall be moved to April 22, 2010.

IT IS SO STIPULATED.

Dated: February 10, 2010  SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN


By: /s/
GUY B. WALLACE
Attorneys for Plaintiffs


Dated: February 10, 2010  AKIN GUMP STRAUSS HAUER & FELD, LLP


By: /s/
JOEL M. COHN
Attorneys for Defendants


## **ORDER**

The Court having reviewed the parties' stipulation, and good cause appearing, hereby modifies its Case Management and Pretrial Order consistent with the above referenced dates.

IT IS SO ORDERED.

Dated: Feb. 11, 2010

HON. JO[...]
United S[...] Judge Joseph C. Spero