CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:    (310) 229-1000
Facsimile:    (310) 229-1001
cconway@akingump.com
gknopp@akingump.com

JOEL M. COHN (*pro hac vice*)
WILLIAM F. ALLEN (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone:    (202) 887-4000
Facsimile:    (202) 887-4288
jcohn@akingump.com
ballen@akingump.com

Attorneys for RGIS, LLC (erroneously sued as
RGIS Inventory Specialists, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RGIS INVENTORY SPECIALISTS, LLC and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:06-cv-05778 JCS<br>Case No. 3:07-cv-00032 JCS<br><br>JOINT MEDIATION REPORT AND STIPULATION AND [~~PROPOSED~~] ORDER RE REVISED CASE MANAGEMENT AND PRETRIAL ORDER<br><br>Date:   May 7, 2010<br>Time:   1:30 a.m.<br>Judge:  Hon. Joseph C. Spero |

1

JOINT MEDIATION REPORT AND STIPULATION AND [~~PROPOSED~~] ORDER
RE REVISED CASE MANAGEMENT AND PRETRIAL ORDER
Case Nos. 3:06-cv-05778 JCS & 3:07-cv-00032 JCS

I.     MEDIATION REPORT

On April 22, 2010, the parties participated in a full day of mediation with the Honorable Edward Infante (Ret.). During the mediation, the parties narrowed their differences and agreed to reconvene on May 7, 2010, the next available date on Judge Infante's calendar. Given the progress made during the mediation and in the interest of conserving resources, the parties agreed to delay further the deposition of plaintiffs' expert Dr. Richard Martell until after the next mediation session.[1] As a result, the parties respectfully submit for the Court's consideration a new joint scheduling order.

II.    PROPOSED JOINT SCHEDULING ORDER

WHEREAS the parties have met and conferred regarding modifications to several dates set by the Court in its November 23, 2009 Case Management and Pretrial Order (Dkt. 805) and in the parties' February 10, 2010 stipulation entered by the Court (Dkt. 809);

WHEREAS the proposed modifications are needed to accommodate the progress the parties have made in mediation and the unforeseen circumstances regarding the availability of plaintiffs' expert Richard Martell;

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that the current scheduling order in effect shall be modified as follows:

---

[1] Dr. Martell's deposition was originally scheduled for April 16, but was postponed due to an injury suffered by Dr. Martell. The parties have agreed to reschedule Dr. Martell's deposition on June 14.

2

JOINT MEDIATION REPORT AND STIPULATION AND [PROPOSED] ORDER
RE REVISED CASE MANAGEMENT AND PRETRIAL ORDER
Case Nos. 3:06-cv-05778 JCS & 3:07-cv-00032 JCS

| Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline for completion of expert depositions | Apr. 16, 2010 | June 14, 2010 (Dr. Martell only) |
| Deadline for proposed final joint pre-trial order (exhibits and witness lists) | Apr. 30, 2010 | May 28, 2010 |
| Deadline for motions in limine and deposition designations | May 6, 2010 | June ~~11~~ 01, 2010 (except for possible *Daubert* motion related to Dr. Martell) |
| Further case management conference and hearing on motion for decertification of Cal. Lab. Code § 226 claim | May 7, 2010 | June 25, 2010 @ 9:30 AM |
| Deadline for jury instructions | May 21, 2010 | June ~~25~~ 18, 2010 |
| File trial briefs on any controlling issues of law, verdict forms (joint or separate), objections to exhibits, proposed voir dire, and objections to deposition designations | May 21, 2010 | July 2, 2010 |
| Deadline for oppositions to motions in limine | May 21, 2010 | ~~July 2, 2010~~ June 16, 2010 |

3

| Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline for depositions of seven trial witnesses per side identified in proposed pre-trial order | June 11, 2010 | July 2, 2010 |
| Deadline for *Daubert* motion related to Dr. Martell | N/A | July 2, 2010 |
| Deadline for amendments to final joint pre-trial order relating to Dr. Martell | N/A | July 2, 2010 |
| Deadline to provide official record exhibits and single bench binder set of exhibits | June 15, 2010 | July 6, 2010 |
| Pre-trial conference | June 25, 2010 | July 29, 2010 @ 9:30 AM ~~July 16, 2010~~ |
| Deadline for filing deposition designations for seven trial witnesses per side identified in the pre-trial order | June 30, 2010 | July 21, 2010 |
| Deadline for filing counter-designations and objections to the deposition designations related to the seven trial witnesses per side | July 9, 2010 | July 30, 2010 |
| Final date to arrange dailies or real-time transcript | Aug. 25, 2010 | Unchanged |
| Jury trial begins | Aug. 30, 2010 | Unchanged |

4

JOINT MEDIATION REPORT AND STIPULATION AND [PROPOSED] ORDER
re REVISED CASE MANAGEMENT AND PRETRIAL ORDER
Case Nos. 3:06-cv-05778 JCS & 3:07-cv-00032 JCS

Dated: April 28, 2010

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN

____/s/ David Borgen____
David Borgen
Counsel for Plaintiffs

Dated: April 28, 2010

AKIN GUMP STRAUSS
HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036

____/s/ Joel M. Cohn____
Joel M. Cohn
Catherine A. Conway
Gregory W. Knopp
Counsel for Defendants

## ORDER

The Court, having reviewed the parties' stipulation and good cause appearing, hereby modifies its Case Management and Pretrial Order consistent with the above referenced dates.

IT IS SO ORDERED.

Dated: April 30, 2010

[STAMP: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

**PROOF OF SERVICE**

WASHINGTON, DC

I am employed in Washington, D.C. I am over the age of 18 and not a party to the within action; my business address is: 1333 New Hampshire Avenue, NW, Washington, DC 20036. On February 19, 2010, I served the foregoing document described as: **JOINT MEDIATION REPORT AND STIPULATION AND [PROPOSED] ORDER RE REVISED CASE MANAGEMENT AND PRETRIAL ORDER**

on all interested parties listed on ECF service list

☐ BY PERSONAL SERVICE  I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Washington, DC.

☐ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY FAX *(C.C.P. § 1013(a),(e); CRC 2008)* by transmitting said document(s) by electronic facsimile at approximately     at 1333 New Hampshire Avenue, N.W., Washington, D.C. 20036 to the respective facsimile number(s) of the party(ies) as stated on the attached mailing list. The transmission was reported as complete without error. Attached is a true copy of the transmission report which was properly issued by the transmitting facsimile machine.

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 27, 2010, at Washington, DC.

Brittany Bremer
[Print Name of Person Executing Proof]        [Signature]

PROOF OF SERVICE