1  David Borgen, SBN 099354 (dborgen@gdblegal.com)
   James Kan, SBN 240749 (jkan@gdblegal.com)
2  GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
3  Oakland, CA 94612
   Telephone: (510) 763-9800
4  Facsimile: (510) 835-1417

5  Todd M. Schneider, SBN 158253 (tschneider@schneiderwallace.com)
   Guy B. Wallace, SBN 176151 (gwallace@schneiderwallace.com)
6  Andrew P. Lee, SBN 245903 (alee@schneiderwallace.com)
   SCHNEIDER, WALLACE, COTTRELL BRAYTON & KONECKY, LLP
7  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
8  Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
9
   Peter Schneider, TX Bar No. 00791615, pro hac vice
10 William T. Jones, Jr., TX Bar No. 24032601, pro hac vice
   GRADY, SCHNEIDER & NEWMAN, L.L.P.
11 801 Congress, Suite 400
   Houston, TX 77002
12 Telephone: (713) 228-2200; Fax: (713) 228-2210

13 ATTORNEYS FOR PLAINTIFFS

14             UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16

17 TRISHA WREN and CYNTHIA PIPER, et al.,         )  Case No.: 3:06-cv-05778 JCS, 3:07-cv-00032 JCS
   individually and behalf of others similarly situated, )
18                                                )  **CLASS AND COLLECTIVE ACTION**
                Plaintiffs,                       )
19                                                )  **STIPULATION AND [PROPOSED] ORDER
   vs.                                            )  RE EXTENSION OF MOTION FOR
20                                                )  PRELIMINARY APPROVAL BRIEFING
   RGIS Inventory Specialists, LLC, RGIS, LLC,    )  SCHEDULE**
21 Does 1-25 Inclusive,                           )
                                                  )  Honorable Joseph C. Spero
22              Defendants.                       )
                                                  )
23 _____ )

24

25

26

27

28

---
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF MOTION FOR PRELIMINARY APPROVAL BRIEFING
SCHEDULE - CASE NO.: 3:06-CV-05778 JCS, 3:07-CV-00032 JCS

135664-3

1  WHEREAS the parties have reached a settlement in principle in this matter and have provided the Court with notice of this settlement on May 19, 2010 (Dkt. 833).

WHEREAS the parties have not yet finalized their settlement agreement and need additional time to complete it.

WHEREAS the parties need additional time to prepare a motion for preliminary approval of said settlement.

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that a motion for Preliminary Approval of their settlement agreement shall be filed no later than July 2, 2010 with a Preliminary Approval hearing to be held before the Court on or after July 16, 2010.

IT IS SO STIPULATED.

Dated: June 16, 2010

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

By: /s/
JAMES KAN
Class Counsel

Dated: June 16, 2010

AKIN GUMP STRAUSS HAUER & FELD, LLP

By: _____
GREGORY KNOPP
Counsel for RGIS, LLC

**ORDER**

The Court having reviewed the parties' stipulation, and good cause appearing, hereby:

1. Orders that the parties file their motion for Preliminary Approval of their settlement agreement by no later than July 2, 2010;

2. Sets the hearing for the parties' motion for Preliminary Approval of settlement agreement for 7/29/10 (special setting), 2010 at 9:30 a.m./~~p.m.~~

IT IS SO ORDERED.

Dated: 06/17, 2010

HONORABLE Judge Joseph C. Spero
United States Magistrate Judge

---

STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION OF MOTION FOR PRELIMINARY APPROVAL BRIEFING SCHEDULE - CASE NO.: 3:06-CV-05778 JCS, 3:07-CV-00032 JCS

135664-3