David Borgen, SBN 099354 (dborgen@gdblegal.com)
James Kan, SBN 240749 (jkan@gdblegal.com)
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Todd M. Schneider, SBN 158253 (tschneider@schneiderwallace.com)
Guy B. Wallace, SBN 176151 (gwallace@schneiderwallace.com)
Andrew P. Lee, SBN 245903 (alee@schneiderwallace.com)
SCHNEIDER, WALLACE, COTTRELL BRAYTON & KONECKY, LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Peter Schneider, TX Bar No. 00791615, pro hac vice
William T. Jones, Jr., TX Bar No. 24032601, pro hac vice
GRADY, SCHNEIDER & NEWMAN, L.L.P.
801 Congress, Suite 400
Houston, TX 77002
Telephone: (713) 228-2200; Fax: (713) 228-2210

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, Does 1-25 Inclusive,<br><br>Defendants. | Case No.: 3:06-cv-05778 JCS, 3:07-cv-00032 JCS<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF MOTION FOR PRELIMINARY APPROVAL BRIEFING SCHEDULE**<br><br>Honorable Joseph C. Spero |

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF MOTION FOR PRELIMINARY APPROVAL BRIEFING SCHEDULE - CASE NO.: 3:06-CV-05778 JCS, 3:07-CV-00032 JCS

136807-2

WHEREAS the parties have reached a settlement in principle in this matter and have provided the Court with notice of this settlement on May 19, 2010 (Dkt. 833).

WHEREAS the parties have worked diligently to finalize their settlement agreement, but have not yet done so and need additional time to complete it.

WHEREAS the parties need additional time to prepare a motion for preliminary approval of said settlement once the settlement agreement is finalized.

WHEREAS the Court's scheduled hearing date of July 29, 2010 at 9:30 a.m. to hear the parties' motion for preliminary approval of settlement will not need to be disturbed by this brief extension.

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that a motion for Preliminary Approval of their settlement agreement shall be filed no later than July 9, 2010 with the Court's already scheduled Preliminary Approval hearing for July 29, 2010 at 9:30 a.m. to remain on calendar and undisturbed.

IT IS SO STIPULATED.

Dated: June 30, 2010             GOLDSTEIN, DEMCHAK, BALLER,
                                 BORGEN & DARDARIAN

                                 By: ___/s/_____
                                 JAMES KAN
                                 Class Counsel

Dated: June 30, 2010             AKIN GUMP STRAUSS HAUER & FELD, LLP

                                 By: _____
                                 JOEL COHN
                                 Counsel for RGIS, LLC

## ORDER

The Court having reviewed the parties' stipulation, and good cause appearing, hereby:

1. Orders that the parties file their motion for Preliminary Approval of their settlement agreement by no later than July 9, 2010;

2. The hearing for the parties' motion for Preliminary Approval of settlement agreement set for July 29, 2010 at 9:30 a.m. will remain on calendar as scheduled.

1  IT IS SO ORDERED.
2      Dated: ___July 6_____, 2010
   
   *[Seal: IT IS SO ORDERED / Judge Joseph C. Spero / United States District Court, Northern District of California]*
   
   HON. _____ C. SPERO
   United States Magistrate Judge

2

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF MOTION FOR PRELIMINARY APPROVAL BRIEFING
SCHEDULE - CASE NO.: 3:06-CV-05778 JCS, 3:07-CV-00032 JCS

136807-2