1         D.    Service Awards.  Plaintiffs will request Service Awards of not more

2    than $5,000 each.  Such Service Awards will be paid from the Settlement Amount as

3    described in this Agreement.  Defendant will not object to amounts sought for such

4    awards.  The parties recognize that the Court may decide that different amounts are

5    appropriate as Service Awards.  Any such alternative amounts will be acceptable to the

6    parties, provided that all such amounts must be paid solely from the Settlement Amount.

7    The Claims Administrator will pay the Service Awards directly to the persons referenced

8    in paragraph 2.1.R within 10 calendar days after receipt of the Settlement Amount from

9    Defendant.

10        E.    Payment of Settlement Expenses.  The charges and costs incurred by

11   the Claims Administrator in performing its duties under this Agreement, estimated to be

12   approximately $200,000, will be paid solely from the Settlement Amount.  The Claims

13   Administrator will receive payment for such costs no later than 10 calendar days after

14   receipt of the Settlement Amount from Defendant.  Disputes of any kind relating to the

15   Claims Administrator will be resolved pursuant to the dispute resolution procedures set

16   forth in section 2.13., if they cannot be resolved informally by the parties.  The Claims

17   Administrator will regularly report to the parties, in written form, the substance of the

18   work performed, including all amounts paid under this Agreement.

19        F.    Approval of fees and costs.  The recovery of Plaintiffs' Attorney's

20   Fees and Litigation Expenses and Service Awards for Named Plaintiffs will be decided

21   by the Court.  Any order relating to the award of Plaintiffs' Attorney's Fees, Litigation

22   Expenses, or Service Awards, or any appeal from any order relating thereto or reversal

23   or modification thereof, will not operate to nullify this Agreement or delay the finality

24   of the final order approving settlement.  To the extent that the Court does not approve

25   the full amount of Plaintiffs' Attorney's Fees, Litigation Expenses, or Service Awards,

26   the non-approved amounts will be distributed to all Authorized Claimants on a pro rata

27   basis.

28

1          G.    Any settlement check that is mailed to an Authorized Claimant, but

2   is not presented for payment within 180 calendar days of the mailing date of the check,

3   will be deposited, pursuant to section 384 of the California Code of Civil Procedure,

4   into Children's Miracle Network and National Employment Law Project, cy pres funds

5   that each party has selected.  Such unclaimed amounts will be divided equally between

6   the two cy pres funds.

7        2.13   Dispute Procedure

8        Except as otherwise set forth herein, all disputes concerning the interpretation,

9   implementation, calculation, or payment of the Settlement Amount or other disputes

10   regarding compliance with this Agreement will be resolved by retired United States

11   Magistrate Edward A. Infante, who will remain the mediator in the settlement of the

12   instant action and will have authority to resolve such disputes.

13        2.14   Notices

14        Unless otherwise specifically provided herein, all notices, demands, or other

15   communications given hereunder will be in writing and will be deemed to have been

16   duly given as of the fifth day after mailing by first class mail, addressed as follows:

17        To Class Counsel for Plaintiffs:
            Guy B. Wallace, Esq.
18        SCHNEIDER WALLACE COTTREL BRAYTON KONECKY LLP
            180 Montgomery Street, Suite 2000
19        San Francisco, CA 94104
20        Tel: (415) 421-7100/Fax: (415) 421-7105
            Email: gwallace@schneiderwallace.com
21

22        To Counsel for Defendant:
            Joel M. Cohn, Esq.
23        Michael S. McIntosh, Esq.
            AKIN GUMP STRAUSS HAUER & FELD LLP
24        1333 New Hampshire Avenue, N.W.
25        Washington, DC 20036-1564
            Tel.: (202) 887-4000 / Fax: (202) 887-4288
26        Email: jcohn@akingump.com; mmcintosh@akingump.com

27

28

STIPULATION OF SETTLEMENT
Case Nos. 3:06-cv-05778 JCS & 3:07-cv-00032 JCS

1   2.15   Authorization

2   Plaintiffs' Attorneys warrant and represent that they are fully authorized by

3   Plaintiffs, and the attorneys for Defendant warrant and represent that they are fully

4   authorized by Defendant, to take all appropriate action required or permitted by this

5   Agreement.  The parties will cooperate and use their best efforts to implement this

6   Agreement.  If the parties are unable to reach agreement on the form or content of any

7   document needed to implement this Agreement, the parties agree, in accordance with

8   section 2.13. above, to seek the assistance of retired United States Magistrate Edward A.

9   Infante.

10   2.16   Jurisdiction

11   Subject to the Court's approval, the Court will have continuing jurisdiction to

12   resolve any dispute which may arise with regard to the terms and conditions of this

13   Agreement that retired United States Magistrate Judge Edward A. Infante is unable to

14   resolve.  References to the Court also include any other courts that take jurisdiction of

15   the settled actions, or any to whom the Court has referred the matter.

16   2.17   Modification

17   This Agreement, and any of its parts, may be amended, modified, or waived only

18   by an express written instrument signed by all parties or their successors-in-interest.

19   2.18   Successors

20   This Agreement will be binding upon, and inure to the benefit of, the successors

21   of the parties.

22   2.19   California Law And Interpretation

23   All terms of this Agreement and its exhibits will be governed and interpreted by

24   and according to the laws of the State of California, without giving effect to any conflict

25   of law principles or choice of law principles.  However, if the Court determines that the

26   release of claims in section 2.9. above is unenforceable, for whatever reason, this entire

27   Agreement will become null and void *ab initio*.

28

2.20   Representation By Counsel

The parties have each been represented by counsel and have cooperated in the preparation of this Agreement.  This Agreement will not be construed against any party based on the role of the party in preparing this Agreement.

2.21   Counterparts

This Agreement may be executed in one or more counterparts.  All executed counterparts and each of them will be deemed to be one and the same instrument.  Any executed counterpart will be admissible in evidence to prove the existence and contents of this Agreement.

2.22   Incorporation Of Exhibits

All exhibits attached hereto are incorporated by reference and are a material part of this Agreement.  Any notice, order, judgment, or other exhibit that requires approval of the Court must be approved without material alteration from its current form in order for this Agreement to become effective.

2.23   Reasonableness Of Settlement

The parties believe that this is a fair, reasonable, and adequate settlement and have arrived at this settlement through arms-length negotiations, taking into account all relevant factors, present and potential.

2.24   Headings

The headings contained in this stipulation of settlement are for reference only and are not to be construed as a part of the Agreement.

2.25   No Prior Assignments

The parties represent, covenant, and warrant that they have not directly or indirectly, assigned or transferred to any person or entity any portion of any liability, claim, demand, action, cause of action, or rights herein released and discharged except as set forth herein.

STIPULATION OF SETTLEMENT
Case Nos. 3:06-cv-05778 JCS & 3:07-cv-00032 JCS

2.26   <u>Signatories</u>

The signatories listed below will execute this Agreement.  The parties agree that the classes are so numerous that it is impractical to have each class member execute this Agreement.  The Notice of Settlement will advise members of the Settlement Classes of the binding nature of the Agreement on each Settlement Class Member and explain the process for requesting exclusion from the settlement.

2.27   <u>Binding On Assigns</u>

This Agreement will be binding upon, and inure to the benefit of, the parties, and their respective heirs, trustees, executors, successors, legal administrators, and assigns.

2.28   <u>No Prevailing Party</u>

No party will be considered a prevailing party for any purpose.  This provision, however, shall have no effect on Plaintiffs' Attorneys' right to an award of Plaintiffs' Attorney's Fees as set forth in this Agreement.

2.29   <u>Public Comment</u>

A.      The parties agree that they will not publicize this settlement or the events and negotiations surrounding the Agreement in any way prior to the Effective Date.  After that time, the parties agree that they will acknowledge only that: "The action was resolved on a satisfactory basis."  In addition, Plaintiffs' Attorneys will be permitted to list the settlement on their websites.

B.      In the event that any of the parties believe a statement has been made that violates section 2.29.A., counsel for the parties will meet and confer informally in an effort to resolve the dispute.  If any such dispute cannot be resolved informally, it will be submitted to retired United States Magistrate Judge Edward A. Infante in accordance with section 2.13. above.  In the event that Magistrate Infante determines that a statement violates this provision, the parties agree that such a determination will be binding upon the offending party and the offending party must immediately cease and desist from making the statement or statements.  Additionally, the parties agree that

1   if a dispute concerning section 2.29.A. is referred to Magistrate Infante, the prevailing

2   party will be entitled to an award of reasonable attorney's fees and costs. The parties

3   also agree, however, that the prevailing party will not be entitled to any other monetary

4   relief.

5       2.30   Return Of Discovery

6           Plaintiffs agree to return to Defendant or destroy all discovery obtained from

7   Defendant during the course of the instant action, as well as the related actions of

8   *Johnson v. RGIS Inventory Specialists*, No. 1:05-cv-00389 (E.D. Tex. 2005), *Davidson*

9   *v. RGIS Inventory Specialists*, No. 1:06-cv-0681-MC (E.D. Tex. 2005), and *Rogers v.*

10  *RGIS*, No. 0506-06727 (Or. Cir. Ct.), within 60 calendar days of the Effective Date.

11  This includes all copies of such discovery, whether in hardcopy or electronic format.

12  Plaintiffs will notify Defendant in writing if they elect to destroy discovery. Plaintiffs

13  agree not to send or otherwise disseminate discovery to any other individual or entity

14  before its return or destruction.

15      2.31   Waiver Of Right To Object

16          By signing this Agreement, Plaintiffs agree to be bound by its terms. Named

17  Plaintiffs agree not to request to be excluded from the settlement and not to object to

18  any of the terms of the settlement. Any request for exclusion by Named Plaintiffs or

19  any objection by Named Plaintiffs will be void and have no force and effect. Likewise,

20  Defendant agrees to be bound by the terms of this settlement and agrees not to object to

21  any of the terms of the settlement. Non-compliance by Defendant with this paragraph

22  will be void and have no force and effect.

23      2.32   Dismissal

24          Upon entry of a final order approving this Agreement, Plaintiffs will dismiss the

25  instant action with prejudice.

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2.33   <u>Entire Agreement</u>

After this Agreement is fully executed by all parties, it will constitute the entire Agreement of the parties.  No oral representations, warranties, inducements, or writings have been made by any party concerning this Agreement, other than those expressly stated herein.

[THIS SPACE INTENTIONALLY LEFT BLANK]

1  WITNESS HEREOF, the parties have caused this Agreement to be executed by their

2  duly authorized attorneys:

3

4  Dated: July 8, 2010                By _____
                                          Trisha Wren
5                                         Plaintiff

6

7  Dated: July ___, 2010              By _____
                                          Cynthia Piper
8                                         Plaintiff

9

10

11 Dated: July ___, 2010              By _____
                                          Kevin Barnes
12                                        Plaintiff

13

14 Dated: July ___, 2010              By _____
                                          Kimberly Cassara
15                                        Plaintiff

16

17 Dated: July ___, 2010              By _____
                                          Lisa Cunningham-Gibson
18                                        Plaintiff

19

20

21 Dated: July ___, 2010              By _____
                                          Margaret Cruz Boze
22                                        Plaintiff

23

24 Dated: July ___, 2010              By _____
                                          Kathlene Feige
25                                        Plaintiff

26

27

28

1 │ WITNESS HEREOF, the parties have caused this Agreement to be executed by their

2 │ duly authorized attorneys:

3

4 │ Dated: July ___, 2010          By _____

5 │                                   Trisha Wren
                                      Plaintiff
6

7 │ Dated: July _2_, 2010          By _Cynthia Piper_

8 │                                   Cynthia Piper
                                      Plaintiff
9

10
11 │ Dated: July ___, 2010          By _____

12 │                                   Kevin Barnes
                                      Plaintiff
13

14 │ Dated: July ___, 2010          By _____

15 │                                   Kimberly Cassara
                                      Plaintiff
16

17 │ Dated: July ___, 2010          By _____

18 │                                   Lisa Cunningham-Gibson
                                      Plaintiff
19

20 │ Dated: July _8_, 2010          By _____

21 │                                   Margaret Cruz Boze
22 │                                   Plaintiff

23

24 │ Dated: July ___, 2010          By _____

25 │                                   Kathlene Feige
                                      Plaintiff
26

27

28

WITNESS HEREOF, the parties have caused this Agreement to be executed by their
duly authorized attorneys:

Dated: July ___, 2010       By _____
                                   Trisha Wren
                                   Plaintiff

Dated: July ___, 2010       By _____
                                   Cynthia Piper
                                   Plaintiff

Dated: July 9, 2010       By _____
                                   Kevin Barnes
                                   Plaintiff

Dated: July ___, 2010       By _____
                                   Kimberly Cassara
                                   Plaintiff

Dated: July ___, 2010       By _____
                                   Lisa Cunningham-Gibson
                                   Plaintiff

Dated: July ___, 2010       By _____
                                   Margaret Cruz Boze
                                   Plaintiff

Dated: July ___, 2010       By _____
                                   Kathlene Feige
                                   Plaintiff

1 | WITNESS HEREOF, the parties have caused this Agreement to be executed by their
2 | duly authorized attorneys:
3
4 | Dated: July ___, 2010                    By _____
5 |                                              Trisha Wren
6 |                                              Plaintiff
7 | Dated: July ___, 2010                    By _____
8 |                                              Cynthia Piper
9 |                                              Plaintiff
10
11 | Dated: July ___, 2010                   By _____
12 |                                             Kevin Barnes
13 |                                             Plaintiff
14 | Dated: July _7_, 2010                    By _____
15 |                                             Kimberly Cassara
16 |                                             Plaintiff
17 | Dated: July ___, 2010                    By _____
18 |                                             Lisa Cunningham-Gibson
19 |                                             Plaintiff
20
21 | Dated: July ___, 2010                    By _____
22 |                                             Margaret Cruz Boze
23 |                                             Plaintiff
24 | Dated: July ___, 2010                    By _____
25 |                                             Kathlene Feige
26 |                                             Plaintiff
27
28

WITNESS HEREOF, the parties have caused this Agreement to be executed by their duly authorized attorneys:

Dated: July __, 2010

By _____
Trisha Wren
Plaintiff

Dated: July __, 2010

By _____
Cynthia Piper
Plaintiff

Dated: July __, 2010

By _____
Kevin Barnes
Plaintiff

Dated: July __, 2010

By _____
Kimberly Cassara
Plaintiff

Dated: July 13 2010

By _____
Lisa Cunningham-Gibson
Plaintiff

Dated: July __, 2010

By _____
Margaret Cruz Boze
Plaintiff

Dated: July __, 2010

By _____
Kathlene Feige
Plaintiff

30

WITNESS HEREOF, the parties have caused this Agreement to be executed by their duly authorized attorneys:

Dated:  July ___, 2010                    By _____
                                             Trisha Wren
                                             Plaintiff

Dated:  July ___, 2010                    By _____
                                             Cynthia Piper
                                             Plaintiff

Dated:  July ___, 2010                    By _____
                                             Kevin Barnes
                                             Plaintiff

Dated:  July ___, 2010                    By _____
                                             Kimberly Cassara
                                             Plaintiff

Dated:  July ___, 2010                    By _____
                                             Lisa Cunningham-Gibson
                                             Plaintiff

Dated:  July ___, 2010                    By _____
                                             Margaret Cruz Boze
                                             Plaintiff

Dated:  July 13, 2010                     By _____
                                             Kathlene Feige
                                             Plaintiff

Dated: July 8, 2010

By _Norma Linda Garcia_
Norma Garcia
Plaintiff

Dated: July ___, 2010

By _____
Melanie Manos
Plaintiff

Dated: July ___, 2010

By _____
Margaret Martinez
Plaintiff

Dated: July ___, 2010

By _____
Michelle Pease
Plaintiff

Dated: July ___, 2010

By _____
Cheryl Pierson
Plaintiff

Dated: July ___, 2010

By _____
Sally Rosenthal
Plaintiff

Dated: July ___, 2010

By _____
Tephine Saites
Plaintiff

Dated: July ___, 2010

By _____
Tammy Schnars
Plaintiff

Dated: July ___, 2010          By _____
                                  Norma Garcia
                                  Plaintiff

Dated: July 8, 2010            By _____
                                  Melanie Manos
                                  Plaintiff

Dated: July ___, 2010          By _____
                                  Margaret Martinez
                                  Plaintiff

Dated: July ___, 2010          By _____
                                  Michelle Pease
                                  Plaintiff

Dated: July ___, 2010          By _____
                                  Cheryl Pierson
                                  Plaintiff

Dated: July ___, 2010          By _____
                                  Sally Rosenthal
                                  Plaintiff

Dated: July ___, 2010          By _____
                                  Tephine Saites
                                  Plaintiff

Dated: July ___, 2010          By _____
                                  Tammy Schnars
                                  Plaintiff

31

Dated: July __, 2010     By _____
Norma Garcia
Plaintiff

Dated: July __, 2010     By _____
Melanie Manos
Plaintiff

Dated: July 8, 2010     By *Margaret Martinez*
Margaret Martinez
Plaintiff

Dated: July __, 2010     By _____
Michelle Pease
Plaintiff

Dated: July __, 2010     By _____
Cheryl Pierson
Plaintiff

Dated: July __, 2010     By _____
Sally Rosenthal
Plaintiff

Dated: July __, 2010     By _____
Tephine Saites
Plaintiff

Dated: July __, 2010     By _____
Tammy Schnars
Plaintiff

1

2   Dated: July __, 2010           By _____
                                      Norma Garcia
3                                     Plaintiff

4

5   Dated: July __, 2010           By _____
                                      Melanie Manos
6                                     Plaintiff

7

8   Dated: July __, 2010           By _____
                                      Margaret Martinez
9                                     Plaintiff

10

11  Dated: July 8, 2010            By _Michelle Pease_____
                                      Michelle Pease
12                                    Plaintiff

13

14

15  Dated: July __, 2010           By _____
                                      Cheryl Pierson
16                                    Plaintiff

17

18  Dated: July __, 2010           By _____
                                      Sally Rosenthal
19                                    Plaintiff

20

21  Dated: July __, 2010           By _____
                                      Tephine Saites
22                                    Plaintiff

23

24

25  Dated: July __, 2010           By _____
                                      Tammy Schnars
26                                    Plaintiff

27

28
                              31

1

Dated: July __, 2010                By _____
                                        Norma Garcia
2                                       Plaintiff

3

4

Dated: July __, 2010                By _____
5                                       Melanie Manos
                                        Plaintiff
6

7

8

Dated: July __, 2010                By _____
                                        Margaret Martinez
9                                       Plaintiff

10

11

Dated: July __, 2010                By _____
12                                      Michelle Pease
                                        Plaintiff
13

14

Dated: July 7, 2010                 By _____
15                                      Cheryl Pierson
                                        Plaintiff
16

17

18

Dated: July __, 2010                By _____
                                        Sally Rosenthal
19                                      Plaintiff

20

21

Dated: July __, 2010                By _____
22                                      Tephine Saites
                                        Plaintiff
23

24

Dated: July __, 2010                By _____
25                                      Tammy Schnars
                                        Plaintiff
26

27
                                        31
28

1

2     Dated: July ___, 2010          By _____
                                        Norma Garcia
3                                       Plaintiff

4

5     Dated: July ___, 2010          By _____
                                        Melanie Manos
6                                       Plaintiff

7

8     Dated: July ___, 2010          By _____
                                        Margaret Martinez
9                                       Plaintiff

10

11    Dated: July ___, 2010          By _____
                                        Michelle Pease
12                                      Plaintiff

13

14

15    Dated: July ___, 2010          By _____
                                        Cheryl Pierson
16                                      Plaintiff

17

18    Dated: July __, 2010           By Sally Rosenthal
                                        Sally Rosenthal
19                                      Plaintiff

20

21    Dated: July ___, 2010          By _____
                                        Tephine Saites
22                                      Plaintiff

23

24

25    Dated: July ___, 2010          By _____
                                        Tammy Schnars
26                                      Plaintiff

27
                                      31
28                          STIPULATION OF SETTLEMENT
                   Case Nos. 3:06-cv-05778 JCS & 3:07-cv-00032 JCS

Dated: July ___, 2010            By _____
                                    Norma Garcia
                                    Plaintiff

Dated: July ___, 2010            By _____
                                    Melanie Manos
                                    Plaintiff

Dated: July ___, 2010            By _____
                                    Margaret Martinez
                                    Plaintiff

Dated: July ___, 2010            By _____
                                    Michelle Pease
                                    Plaintiff

Dated: July ___, 2010            By _____
                                    Cheryl Pierson
                                    Plaintiff

Dated: July ___, 2010            By _____
                                    Sally Rosenthal
                                    Plaintiff

Dated: July 8, 2010              By _____
                                    Zephine Saites
                                    Plaintiff

Dated: July ___, 2010            By _____
                                    Tammy Schnars
                                    Plaintiff

1

Dated: July ___, 2010          By _____

2                                   Norma Garcia
                                    Plaintiff
3

4

Dated: July ___, 2010          By _____

5                                   Melanie Manos
                                    Plaintiff
6

7

8    Dated: July ___, 2010          By _____

9                                   Margaret Martinez
                                    Plaintiff
10

11   Dated: July ___, 2010          By _____

12                                  Michelle Pease
                                    Plaintiff
13

14

15   Dated: July ___, 2010          By _____

16                                  Cheryl Pierson
                                    Plaintiff
17

18   Dated: July ___, 2010          By _____

19                                  Sally Rosenthal
                                    Plaintiff
20

21   Dated: July ___, 2010          By _____

22                                  Tephine Saites
                                    Plaintiff
23

24

25   Dated: July 8, 2010            By _____

26                                  Tammy Schnars
                                    Plaintiff
27

28
                                    31
                       STIPULATION OF SETTLEMENT
              Case Nos. 3:06-cv-05778 JCS & 3:07-cv-00032 JCS

Dated: July ___, 2010      By _____
                    Rebecka Shelton
                    Plaintiff

Dated: July ___, 2010      By _____
                    Victoria Thompson
                    Plaintiff

Dated: July ___, 2010      By _____
                    Nicole Verhick
                    Plaintiff

Dated: July ___, 2010      By _____
                    Brent Whitman
                    Plaintiff

Dated: July ___, 2010      By _____
                    Guy B. Wallace
                    SCHNEIDER WALLACE COTTRELL
                      BRAYTON KONECKY LLP
                    Attorneys for Plaintiffs

Dated: July ___, 2010      By _____
                    David Borgen
                    GOLDSTEIN, DEMCHAK, BALLER,
                      BORGEN & DARDARIAN
                    Attorneys for Plaintiffs

Dated: July ___, 2010      By _____
                    Peter Schneider
                    GRADY SCHNEIDER
                    Attorneys for Plaintiffs

1

2    Dated: July ___, 2010          By _____
                                        Rabecka Sheldranti
3                                       Plaintiff

4

5    Dated: July 28, 2010           By _____
                                        Victoria Thompson
6                                       Plaintiff

7

8    Dated: July ___, 2010          By _____
                                        Nicole Verbick
9                                       Plaintiff

10

11

12   Dated: July ___, 2010          By _____
                                        Brent Whitman
13                                      Plaintiff

14

15   Dated: July ___, 2010          By _____
                                        Guy B. Wallace
16                                      SCHNEIDER WALLACE COTTRELL
                                          BRAYTON KONECKY LLP
17                                      Attorneys for Plaintiffs

18

19   Dated: July ___, 2010          By _____
                                        David Borgen
20                                      GOLDSTEIN, DEMCHAK, BALLER,
                                          BORGEN & DARDARIAN
21                                      Attorneys for Plaintiffs

22

23

24   Dated: July ___, 2010          By _____
                                        Peter Schneider
25                                      GRADY SCHNEIDER
                                        Attorneys for Plaintiffs

26

27

28
                                   32

1

2    Dated: July ___, 2010          By _____
                                       Rabecka Sheldranti
3                                      Plaintiff

4

5    Dated: July ___, 2010          By _____
                                       Victoria Thompson
6                                      Plaintiff

7

8    Dated: July 7, 2010            By _____
                                       Nicole Verbick
9                                      Plaintiff

10

11   Dated: July ___, 2010          By _____
                                       Brent Whitman
12                                     Plaintiff

13

14

15   Dated: July ___, 2010          By _____
                                       Guy B. Wallace
16                                     SCHNEIDER WALLACE COTTRELL
                                          BRAYTON KONECKY LLP
17                                     Attorneys for Plaintiffs

18

19   Dated: July ___, 2010          By_____
                                       David Borgen
20                                     GOLDSTEIN, DEMCHAK, BALLER,
                                          BORGEN & DARDARIAN
21                                     Attorneys for Plaintiffs

22

23

24   Dated: July ___, 2010          By_____
                                       Peter Schneider
25                                     GRADY SCHNEIDER
                                       Attorneys for Plaintiffs
26

27

                                            32
28   ─────────────────────────────────────────────────────────
                              STIPULATION OF SETTLEMENT
                      Case Nos. 3:06-cv-05778 JCS & 3:07-cv-00032 JCS

Dated: July __, 2010          By _____
                                  Rabecka Sheldranti
                                  Plaintiff


Dated: July __, 2010          By _____
                                  Victoria Thompson
                                  Plaintiff


Dated: July __, 2010          By _____
                                  Nicole Verbick
                                  Plaintiff


Dated: July /3 2010           By _Morgan Darth Claiming_
                                  Brent Whitman  _Successor the_
                                  Plaintiff       _estate of Brent Whitman_


Dated: July __, 2010          By _____
                                  Guy B. Wallace
                                  SCHNEIDER WALLACE COTTRELL
                                    BRAYTON KONECKY LLP
                                  Attorneys for Plaintiffs


Dated: July __, 2010          By _____
                                  David Borgen
                                  GOLDSTEIN, DEMCHAK, BALLER,
                                    BORGEN & DARDARIAN
                                  Attorneys for Plaintiffs


Dated: July __, 2010          By _____
                                  Peter Schneider
                                  GRADY SCHNEIDER
                                  Attorneys for Plaintiffs

STIPULATION OF SETTLEMENT
Case Nos. 3:06-cv-05778 JCS & 3:07-cv-00032 JCS

1

Dated: July ___, 2010           By _____
2                                      Rabecka Sheldranti
                                       Plaintiff
3

4

5    Dated: July ___, 2010           By _____
                                       Victoria Thompson
6                                      Plaintiff

7

8    Dated: July ___, 2010           By _____
                                       Nicole Verbick
9                                      Plaintiff

10

11

Dated: July ___, 2010           By _____
12                                     Brent Whitman
                                       Plaintiff
13

14

15   Dated: July 9, 2010            By _Guy B. Wallace_____
                                       Guy B. Wallace
16                                     SCHNEIDER WALLACE COTTRELL
                                       BRAYTON KONECKY LLP
17                                     Attorneys for Plaintiffs

18

19   Dated: July 9, 2010            By _____
20                                     David Borgen
                                       GOLDSTEIN, DEMCHAK, BALLER,
21                                     BORGEN & DARDARIAN
                                       Attorneys for Plaintiffs
22

23

24   Dated: July ___, 2010           By _____
                                       Peter Schneider
25                                     GRADY SCHNEIDER
                                       Attorneys for Plaintiffs
26

27

28

Dated: July ___, 2010                By _____
                                        Rabecka Sheldranti
                                        Plaintiff


Dated: July ___, 2010                By _____
                                        Victoria Thompson
                                        Plaintiff


Dated: July ___, 2010                By _____
                                        Nicole Verbick
                                        Plaintiff


Dated: July ___, 2010                By _____
                                        Brent Whitman
                                        Plaintiff


Dated: July ___, 2010                By _____
                                        Guy B. Wallace
                                        SCHNEIDER WALLACE COTTRELL
                                          BRAYTON KONECKY LLP
                                        Attorneys for Plaintiffs


Dated: July ___, 2010                By _____
                                        David Borgen
                                        GOLDSTEIN, DEMCHAK, BALLER,
                                          BORGEN & DARDARIAN
                                        Attorneys for Plaintiffs


Dated: July 9th, 2010                By _____
                                        Peter Schneider
                                        GRADY SCHNEIDER
                                        Attorneys for Plaintiffs

1

Dated:  July ___, 2010        By_____
                                   Jose R. Mata
2

3                                  BAILEY PINNEY PC
                                   Attorneys for Plaintiffs
4

5

6    Dated:  July ___, 2010        By_____
                                   Jeffrey M. Brinza
7                                  Secretary and General Counsel
                                   Defendant, RGIS LLC (erroneously sued as
8                                  RGIS Inventory Specialists, Inc.)

9

10   Dated:  July ___, 2010        By_____
                                   Joel M. Cohn
11                                 AKIN GUMP STRAUSS HAUER & FELD LLP
12                                 Attorneys for defendant, RGIS LLC
                                   (erroneously sued as RGIS Inventory Specialists,
13                                 Inc.)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF SETTLEMENT
Case Nos. 3:06-cv-05778 JCS & 3:07-cv-00032 JCS

1  Dated: July ___, 2010       By_____

2

3                             Jose R. Mata
                             BAILEY PINNEY PC
                             Attorneys for Plaintiffs

4

5  Dated: July _9_, 2010       By_____

6                             Jeffery M. Brinza
                             Secretary and General Counsel

7                             Defendant, RGIS LLC (erroneously sued as
                             RGIS Inventory Specialists, Inc.)

8

9

10  Dated: July ___, 2010       By_____

11                             Joel M. Cohn
                             AKIN GUMP STRAUSS HAUER & FELD LLP

12                             Attorneys for defendant, RGIS LLC
                             (erroneously sued as RGIS Inventory Specialists,

13                             Inc.)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   Dated: July ___, 2010                 By_____
                                             Jose R. Mata
3                                            BAILEY PINNEY PC
                                             Attorneys for Plaintiffs
4

5

6   Dated: July ___, 2010                 By_____
                                             Jeffery M. Brinza
7                                            Secretary and General Counsel
                                             Defendant, RGIS LLC (erroneously sued as
8                                            RGIS Inventory Specialists, Inc.)

9

10  Dated: July _7_, 2010                  By_____
                                             Joel M. Cohn
11                                           AKIN GUMP STRAUSS HAUER & FELD LLP
                                             Attorneys for defendant, RGIS LLC
12                                           (erroneously sued as RGIS Inventory Specialists,
                                             Inc.)
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28