CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   (310) 229-1000
Facsimile:    (310) 229-1001
cconway@akingump.com
gknopp@akingump.com

JOEL M. COHN (*pro hac vice*)
WILLIAM F. ALLEN (*pro hac vice*)
MICHAEL S. MCINTOSH (*pro hac vice*)
KELLY M. SCINDIAN (*pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone:   (202) 887-4000
Facsimile:    (202) 887-4288
jcohn@akingump.com
ballen@akingump.com
mmcintosh@akingump.com
kscindian@akingump.com

Attorneys for RGIS, LLC (erroneously sued as
RGIS Inventory Specialists, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, *et al.*, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>RGIS INVENTORY SPECIALISTS, LLC; RGIS, LLC and DOES 1-25, Inclusive<br><br>　　　　　Defendants. | Case No.   3:06-CV-05778 JCS;<br>　　　　　　3:07-CV-00032 JCS<br><br>[~~PROPOSED~~] ORDER TO CONTINUE DATE TO FILE SUPPLEMENTAL BRIEF RE PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Judge:  Joseph C. Spero |

1  The Court having read and considered the Parties' Stipulation to Continue Date to
2  File Supplemental Brief re Preliminary Approval of Class Action Settlement, and good
3  cause appearing, IT IS HEREBY ORDERED as follows:
4  The date for the Parties to file a supplemental brief regarding preliminary
5  approval of the proposed class action settlement shall be continued from August 5, 2010
6  to August 10, 2010.
7  **IT IS SO ORDERED.**
8
9  Dated: 08/06/10  _____
10  Honorable Joseph C. Spero
   United States District Judge

1

[PROPOSED] ORDER TO CONTINUE DATE TO FILE SUPPLEMENTAL BRIEF