Todd M. Schneider (SBN 158253)
tschneider@schneiderwallace.com
Guy B. Wallace (SBN 176151)
gwallace@schneiderwallace.com
Andrew P. Lee (SBN 245903)
alee@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Class Counsel
[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, and Does 1-25 Inclusive,<br><br>Defendants. | Case Nos. 3:06-cv-05778 JCS; 3:07-cv-00032 JCS<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**STIPULATION AND [proposed] ORDER GRANTING EXTENSION OF DEADLINE TO FILE PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES, AND PLAINTIFFS' MOTION FOR SERVICE AWARDS FOR THE NAMED PLAINTIFFS AND CLASS REPRESENTATIVES**<br><br>The Honorable Joseph C. Spero |

## STIPULATION

Whereas pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement (Dkt. No. 851), Plaintiffs' Motion for Reasonable Attorneys' Fees, Costs, and Expenses and Plaintiffs' Motion for Service Awards for the Named Plaintiffs and Class Representatives are due to be filed on December 2, 2010, fourteen days before the deadline to file objections and exclusions;

Whereas Plaintiffs request a one day extension of this deadline because Plaintiffs' Counsel was required to prepare for and appear at the December 1, 2010 class certification hearing in *Lieber v. County of Marin*, Case No. CV 082718 (Superior Court of California, Marin County), a systemic disability access class action;

Whereas defendant does not oppose such an extension;

It is hereby stipulated by the parties, by and through their counsel of record, that the deadline for filing Plaintiffs' Motion for Reasonable Attorneys' Fees, Costs, and Expenses and Plaintiffs' Motion for Service Awards for the Named Plaintiffs and Class Representatives should, subject to the Court's approval, be extended by one day to December 3, 2010.

Dated: December 1, 2010                     Respectfully submitted,

                                            SCHNEIDER WALLACE
                                            COTTRELL BRAYTON
                                            KONECKY LLP

                                    By:     */s/ Guy B. Wallace*
                                            Guy B. Wallace
                                            Counsel for Plaintiffs

Dated: December 1, 2010                     Respectfully submitted,

                                            AKIN GUMP STRAUSS
                                            HAUER & FELD LLP

                                    By:     */s/ Michael McIntosh*
                                            Michael McIntosh
                                            Counsel for Defendants

---

STIPULATION AND ORDER GRANTING EXTENSION OF DEADLINE TO FILE PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES, AND PLAINTIFFS' MOTION FOR SERVICE AWARDS FOR THE NAMED PLAINTIFFS
*Wren & Piper v. RGIS,* Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS

1

# ORDER
### [proposed]

Having considered the parties' stipulation, and good cause appearing, it is hereby ORDERED that the deadline for filing Plaintiffs' Motion for Reasonable Attorneys' Fees, Costs, and Expenses and Plaintiffs' Motion for Service Awards for the Named Plaintiffs and Class Representatives be extended by one day. The new deadline for the filing of these motions is December 3, 2010.

IT IS SO ORDERED

Dated: December   2    , 2010



_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

---

STIPULATION AND ORDER GRANTING EXTENSION OF DEADLINE TO FILE PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES, AND PLAINTIFFS' MOTION FOR SERVICE AWARDS FOR THE NAMED PLAINTIFFS
*Wren & Piper v. RGIS,* Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS
2

Additional counsel:

David Borgen (SBN 099354)
dborgen@gdblegal.com
James Kan (SBN 240749)
jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Peter Schneider, *pro hac vice*
pschneider@gsnlaw.com
Keith Grady, *pro hac vice*
kgrady@gsnlaw.com
GRADY SCHNEIDER, LLP
801 Congress, Suite 400
Houston, TX 77002
Telephone: (713) 228-2200
Facsimile: (713) 228-2210

Jose R. Mata (SBN 83724)
jmata@wagelawyer.com
BAILEY PINNEY PC
1498 SE Mill Plain Boulevard, Suite 100
Vancouver, WA 98683
Telephone: (360) 567-2551
Facsimile: (360) 567-3331

---

STIPULATION AND ORDER GRANTING EXTENSION OF DEADLINE TO FILE PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES, AND PLAINTIFFS' MOTION FOR SERVICE AWARDS FOR THE NAMED PLAINTIFFS
*Wren & Piper v. RGIS,* Case No. 3:06-cv-05778 JCS & Case No. 3:07-cv-00032 JCS
3