UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, Does 1-25 Inclusive,<br><br>Defendants. | Case Nos.: 3:06-cv-05778 JCS<br>　　　　　　3:07-cv-00032 JCS<br><br>[~~JOINTLY PROPOSED~~] ORDER GRANTING PARTIES' JOINT MOTION FOR APPROVAL OF ALTERNATIVE FORMS OF NOTICE OF CLASS SETTLEMENT TO SELECT GROUPS OF INDIVIDUALS<br><br>Judge: Hon. Joseph C. Spero |

On November 19, 2010, the parties filed a joint motion (Dkt. No. 855) requesting that the Court approve alternative forms of notice of class settlement to select groups of individuals for whom they believed that the notice of class settlement previously approved by the Court (*see* Dkt. No. 851) was inappropriate.  In particular, the parties have proposed that an alternative form of notice be sent to 4,388 individuals who filed written consents to participate as opt-in plaintiffs in plaintiffs Fair Labor Standard Act (FLSA) claims pursuant to 29 U.S.C. § 216(b), but who, according to the available time and payroll data from defendant's databases, did not work any hours in a position covered by this action during the three years preceding the filing of their consent form—the maximum limitations period under the FLSA. *See* 29 U.S.C. § 255.  Additionally, the parties have proposed a second alternative form of notice for 2,510 individuals who, following the Court's order certifying plaintiffs' state law claims for class-action treatment pursuant to Fed. R. Civ. P. 23 (*see* Order re Pls.' Mot. for Class Certification, Dkt. No. 694), were sent notice in 2009 informing them of the certification and giving

them an opportunity to "opt out" of those class action claims, but who, according to the available time and payroll data, do not meet any of definitions of those certified classes.

The Court held a telephonic hearing on this motion December 3, 2010. All parties were represented by counsel. The Court having read and considered the parties' joint motion for approval of alternative forms of notice of class settlement to select groups of individuals, the pleadings in support thereof, and the arguments of counsel during the hearing, and for good cause appearing, IT IS HEREBY ORDERED that:

1.) The alternative form of notice attached hereto as exhibit A is approved to be sent to the 4,388 individuals listed in exhibit 1 of the stipulation filed with the parties' joint motion (Dkt. No. 851-1); and

2.) The alternative form of notice attached hereto as exhibit B is approved to be sent to the 2,510 individuals listed in exhibit 3 of the stipulation filed with the parties' joint motion (Dkt. No. 851-1).

IT IS SO ORDERED.

Dated: 12/07/10

_____
Honorable Joseph C. Spero
United States Magistrate Judge