1  | Todd M. Schneider (SBN 158253)
2  | Guy B. Wallace (SBN 176151)
   | Andrew Lee (SBN 245903)
3  | SCHNEIDER WALLACE COTTRELL
   |    BRAYTON KONECKY LLP
4  | 180 Montgomery Street, Suite 2000
   | San Francisco, CA 94104
5  | Telephone:    (415) 421-7100
   | Facsimile:    (415) 421-7105
6  | tschneider@schneiderwallace.com
   | gwallace@schneiderwallace.com
7  |
   | Attorneys for plaintiffs Trisha Wren and
8  | Cynthia Piper, *et al.*
   |
9  | [Additional counsel appear on next page]
10 |

Catherine A. Conway (SBN 98366)
Akin Gump Strauss Hauer &
   Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:    (310) 229-1000
Facsimile:    (310) 229-1001
cconway@akingump.com

Joel M. Cohn (*pro hac vice*)
Michael S. McIntosh (*pro hac vice*)
AKIN GUMP STRAUSS HAUER &
   FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone:    (202) 887-4000
Facsimile:    (202) 887-4288
jcohn@akingump.com
mmcintosh@akingump.com

11 | Attorneys for RGIS, LLC (erroneously
   | sued as RGIS Inventory Specialists, Inc.)
12 |

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA

15 | TRISHA WREN and CYNTHIA PIPER,    ) Case Nos.:  3:06-cv-05778 JCS
   | et al., individually and behalf of others )            3:07-cv-00032 JCS
16 | similarly situated,                        )
   |                                            ) STIPULATION AND ~~PROPOSED~~
17 | Plaintiffs,                                ) ORDER DISPENSING WITH
   |                                            ) HEARING ON PARTIES' JOINT
18 | v.                                         ) MOTION TO CONVERT JANUARY
   |                                            ) 28, 2011 FINAL SETTLEMENT
19 | RGIS Inventory Specialists, LLC, RGIS,     ) APPROVAL HEARING TO
   | LLC, Does 1-25 Inclusive,                  ) HEARING FOR TENTATIVE FINAL
20 |                                            ) SETTLEMENT APPROVAL AND
   | Defendants.                                ) FOR APPROVAL OF MODIFIED
21 |                                            ) FORMS OF NOTICE OF CLASS
   |                                            ) ACTION SETTLEMENT
22 |                                            )
   |                                            )
23 |                                            ) Judge: Hon. Joseph C. Spero
24 |
25 |
26 |
27 |
28 |

1 | Additional counsel:

2 | David Borgen (SBN 099354)
3 | dborgen@gdblegal.com
James Kan (SBN 240749)
4 | jkan@gdblegal.com
5 | GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN
6 | 300 Lakeside Drive, Suite 1000
7 | Oakland, CA  94612
Telephone:  (510) 763-9800
8 | Facsimile:  (510) 835-1417

9 |
Peter Schneider, *pro hac vice*
10 | pschneider@gsnlaw.com
11 | Keith Grady, *pro hac vice*
kgrady@gsnlaw.com
12 | GRADY SCHNEIDER, LLP
13 | 801 Congress, Suite 400
Houston, TX  77002
14 | Telephone:  (713) 228-2200
15 | Facsimile:  (713) 228-2210

16 |
Jose R. Mata (SBN 83724)
17 | jmata@wagelawyer.com
BAILEY PINNEY PC
18 | 1498 SE Mill Plain Boulevard, Suite 100
19 | Vancouver, WA  98683
Telephone:  (360) 567-2551
20 | Facsimile:  (360) 567-3331

21

22

23

24

25

26

27

28

## STIPULATION

WHEREAS the relevant facts in support of the parties' concurrently filed Joint Motion To Convert January 28, 2011 Final Settlement Approval Hearing to Hearing for Tentative Final Settlement Approval And For Approval Of Modified Forms Of Notice Of Class Action Settlement (dkt. no. 990) ("the Motion") are fully set forth in that motion, the memorandum of points and authorities in support of that motion, its supporting exhibits, and the proposed order submitted.

WHEREAS the parties agree concerning the importance of mailing notice of the proposed class action settlement this action to the 1,872 persons impacted by the Motion as soon possible.

WHEREAS the parties believe that waiting to decide the Motion until after a formal hearing may unnecessarily delay the mailing of notice to those persons.

WHEREAS the parties agree that no hearing or oral argument in support of the Motion is necessary.

It is HEREBY STIPULATED by the parties, by and through their counsel of record, that, subject to the Court's agreement, that the need for a hearing on the Motion should be dispensed with, and that the Court should decide the Motion on the basis of the papers submitted without a hearing or oral argument from the parties.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION AND ORDER DISPENSING WITH HEARING ON JOINT MOT. TO CONVERT JAN. 28, 2010 HEARING
CASE NOS.:  3:06-CV-05778 JCS, 3:07-CV-00032 JCS

1   Dated:  December 27, 2010          Respectfully submitted,

2                                      By  /s/ Michael S. McIntosh

3
                                       CATHERINE A. CONWAY (SBN 98366)
4                                      AKIN GUMP STRAUSS HAUER & FELD LLP
                                       2029 Century Park East, Suite 2400
5                                      Los Angeles, CA 90067
                                       Telephone:   (310) 229-1000
6                                      Facsimile:    (310) 229-1001
                                       cconway@akingump.com
7
                                       JOEL M. COHN (*pro hac vice*)
8                                      MICHAEL S. MCINTOSH (*pro hac vice*)
                                       AKIN GUMP STRAUSS HAUER & FELD LLP
9                                      1333 New Hampshire Avenue, N.W.
                                       Washington, DC 20036
10                                     Telephone:   (202) 887-4000
                                       Facsimile:    (202) 887-4288
11                                     jcohn@akingump.com
                                       mmcintosh@akingump.com
12
                                       Attorneys for defendant RGIS, LLC
13

14                                     By  /s/ Guy B. Wallace

15
                                       GUY B. WALLACE (SBN 176151)
16                                     SCHNEIDER WALLACE COTTRELL
                                          BRAYTON KONECKY LLP
17                                     180 Montgomery Street, Suite 2000
                                       San Francisco, CA 94104
18                                     Telephone:   (415) 421-7100
                                       Facsimile:    (415) 421-7105
19                                     gwallace@schneiderwallace.com

20
                                       Attorneys for Plaintiffs Trisha Wren and Cynthia
21                                     Piper, *et al.*

22

23

24

25

26

27

28

1

[~~PROPOSED~~] ORDER

2          Having considered the parties' stipulation, and good cause appearing, it is

3 HEREBY ORDERED that the Court will not hold a hearing on the parties' Joint Motion

4 To Convert January 28, 2011 Final Settlement Approval Hearing to Hearing for

5 Tentative Final Settlement Approval And For Approval Of Modified Forms Of Notice

6 Of Class Action Settlement (dkt. no. 990).  Instead, the Court will decide that motion

7 based on the pleadings submitted to the Court, including the parties' notice of motion

8 and motion, the memorandum of points and authorities in support of the motion, the

9 parties' proposed order, and any relevant materials previously filed in this action.

10          IT IS SO ORDERED

11

                                                January 3, 2011
12      Dated: ~~December _____, 2010~~

13

14



15          HON. JOSEPH C. SPERO

16          United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28