Todd M. Schneider (SBN 158253)
tschneider@schneiderwallace.com
Guy B. Wallace (SBN 176151)
gwallace@schneiderwallace.com
Andrew P. Lee (SBN 245903)
alee@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiffs and Class
[Additional counsel appear on next page]

Catherine A. Conway (SBN 98366)
Gregory W. Knopp (SBN 237615)
AKIN GUMP STRAUSS HAUER &
FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
cconway@akingump.com
gknopp@akingump.com

Joel M. Cohn (pro hac vice)
Michael S. McIntosh (pro hac vice)
AKIN GUMP STRAUSS HAUER &
FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jcohn@akingump.com
mmcintosh@akingump.com

Attorneys for RGIS, LLC (erroneously
sued as RGIS Inventory Specialists, Inc.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, Does 1-25 Inclusive,<br><br>Defendants. | Case Nos.: 3:06-cv-05778 JCS<br>            3:07-cv-00032 JCS<br><br>CLASS AND COLLECTIVE ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF DEADLINE FOR SUPPLEMENTAL SUBMISSION IN SUPPORT OF PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES AND SERVICE AWARDS**<br><br>Honorable Joseph C. Spero |

Additional counsel:

David Borgen (SBN 099354)
dborgen@gdblegal.com
James Kan (SBN 240749)
jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Peter Schneider, *pro hac vice*
pschneider@gsnlaw.com
Keith Grady, *pro hac vice*
kgrady@gsnlaw.com
GRADY SCHNEIDER, LLP
801 Congress, Suite 400
Houston, TX 77002
Telephone: (713) 228-2200
Facsimile: (713) 228-2210

Jose R. Mata (SBN 83724)
jmata@wagelawyer.com
BAILEY PINNEY PC
1498 SE Mill Plain Blvd, Suite 100
Vancouver, WA 98683
Telephone: (360) 567-2551
Facsimile: (360) 567-3331

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

STIPULATION AND [PROPOSED] ORDER RE SUPPLEMENTAL SUBMISSION IN SUPPORT OF
PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES AND SERVICE AWARDS
Case Nos.: 3:06-cv-05778 JCS, 3:07-cv-00032 JCS

# STIPULATION

WHEREAS the parties have submitted a proposed class settlement in the above-captioned matter;

WHEREAS the Court granted preliminary approval of the proposed class settlement on September 16, 2010;

WHEREAS the Court heard Plaintiffs' Unopposed Motion for Final Approval of Settlement on January 28, 2011;

WHEREAS the Court ordered Plaintiffs to file any unfiled objections to the proposed settlement, supplemental attorney declarations in support of Plaintiffs' Counsel's fee application, and declarations from the named Plaintiffs and class representatives in support of Plaintiffs' Motion for Service Awards to the Named Plaintiffs, Class Representatives, and Opt-In Plaintiff Lund;

WHEREAS a further hearing on this motion is scheduled for March 25, 2011;

WHEREAS the Court ordered Plaintiffs to file these supplemental papers by February 28, 2011;

WHEREAS Plaintiffs' Counsel have encountered difficulties in contacting each of the twenty-five named Plaintiffs and class representatives to obtain their declarations;

WHEREAS Plaintiffs seek to extend the February 28, 2011 deadline by fourteen (14) days to March 14, 2011;

WHEREAS Defendant does not oppose such an extension;

//
//
//
//
//
//
//

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that the February 28, 2011 deadline to file the aforementioned supplemental papers be extended by fourteen (14) days to March 14, 2011.

IT IS SO STIPULATED.

Dated: February 25, 2011  SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP

By: /s/
ANDREW P. LEE
Attorneys for Plaintiffs

Dated: February 25, 2011  AKIN GUMP STRAUSS HAUER & FELD, LLP

By: /s/
MICHAEL S. MCINTOSH
Attorneys for Defendants

I, Andrew P. Lee, am the ECF User whose ID and password are being used to file this Stipulation and [proposed] Order Regarding Extension of Deadline for Supplemental Submission in Support of Final Approval of Class Action Settlement. In compliance with General Order 45, X.B., I attest that Michael McIntosh has concurred in this filing.

## ORDER

The Court, having reviewed the parties' stipulation, and good cause appearing, hereby extends the February 28, 2011 deadline by fourteen (14) days. Plaintiffs have until March 14, 2011 to file the unfiled objections, supplemental attorney declarations, and named Plaintiff and class representative declarations.

IT IS SO ORDERED.

Dated: Feb. 28, 2011

HON. JOSEPH C. SPERO
United States Magistrate Judge