Todd M. Schneider (SBN 158253)
tschneider@schneiderwallace.com
Guy B. Wallace (SBN 176151)
gwallace@schneiderwallace.com
Andrew P. Lee (SBN 245903)
alee@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for the Plaintiff Classes
[Additional counsel appear on next page]

Catherine A. Conway (SBN 98366)
AKIN GUMP STRAUSS HAUER &
FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
cconway@akingump.com

Joel M. Cohn (*pro hac vice*)
Michael S. McIntosh (*pro hac vice*)
AKIN GUMP STRAUSS HAUER &
FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jcohn@akingump.com
mmcintosh@akingump.com

Attorneys for RGIS, LLC (erroneously sued as RGIS Inventory Specialists, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, Does 1-25 Inclusive,<br><br>Defendants. | Case Nos.: 3:06-cv-05778 JCS<br>3:07-cv-00032 JCS<br><br>CLASS AND COLLECTIVE ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE DISTRIBUTION OF SETTLEMENT FUNDS<br><br>Honorable Joseph C. Spero |

Additional counsel:

David Borgen (SBN 099354)
dborgen@gdblegal.com
James Kan (SBN 240749)
jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Peter Schneider, *pro hac vice*
pschneider@gsnlaw.com
Keith Grady, *pro hac vice*
kgrady@gsnlaw.com
GRADY SCHNEIDER, LLP
801 Congress, Suite 400
Houston, TX  77002
Telephone: (713) 228-2200
Facsimile:  (713) 228-2210

Jose R. Mata (SBN 83724)
jmata@wagelawyer.com
BAILEY PINNEY PC
1498 SE Mill Plain Blvd, Suite 100
Vancouver, WA 98683
Telephone: (360) 567-2551
Facsimile: (360) 567-3331

## STIPULATION

WHEREAS the parties have agreed to settle the matters of *Wren & Piper v. RGIS Inventory Services LLC* for the gross settlement amount of $27,000,000 (Dkt. No. 932);

WHEREAS the Court granted final approval of the class action settlement in the matters of *Wren & Piper v. RGIS Inventory Services LLC* on April 1, 2011 (Dkt. No. 932);

WHEREAS the Court granted Plaintiffs' Motion for Service Awards on April 1, 2011 (Dkt. No. 932);

WHEREAS the Court granted in part Plaintiffs' Motion for an Award of Reasonable Attorneys' Fees and Costs on April 1, 2011 and May 13, 2011 (Dkt. Nos. 932 & 940);

WHEREAS the approved Settlement Agreement provides that all portions of the gross settlement amount not allocated to plaintiffs' attorneys' fees and costs (Settlement Agreement § 2.12(B)), service awards to named plaintiffs and class representatives (*id.* at § 2.12(D)), charges and costs incurred by the settlement administrator (*id.* at § 2.12(E)), or penalties under California's Private Attorney General Act (PAGA) (*id.* at § 2.8) will be apportioned among the settlement class members (*id.* at §§ 2.7, 2.8, & 2.12(A));

WHEREAS the amount of the settlement fund remaining after deductions for Court-approved attorneys' fees and costs, service awards, settlement administrator's charges and costs, and PAGA penalties is $12,995,851.28, as detailed below:

| TOTAL SETTLEMENT AMOUNT | $27,000,000.00 |
|---|---|
| Attorneys' Fees Awarded (Dkt. No. 932) | -$11,307,449.62.00 |
| Costs to Schneider Wallace Cottrell Brayton Konecky LLP (Dkt. No. 932) | -$1,598,589.41 |
| Costs to Grady Schneider LLP (Dkt. No. 940) | -$217,323.64 |
| Costs to Goldstein Demchak Baller Borgen & | -$24,000.00 |

| | |
|---|---|
| Dardarian (Dkt. No. 940) | |
| Costs to Bailey Pinney & Associates LLC (Dkt. No. 940) | -$107,427.39 |
| Amount Reserved for Future Attorneys' Fees (Dkt. No. 932) | -$144,375.57 |
| Twenty $5,000 Service Awards (Dkt. No. 932) | -$100,000.00 |
| One $2,500 Service Award (Dkt. No. 932) | -$2,500.00 |
| Two $1,000 Service Awards (Dkt. No. 932) | -$2,000.00 |
| One $500 Service Award (Dkt. No. 932) | -$500.00 |
| Amount Allocated to PAGA (Dkt. No. 932 at n.4) | -$100,000.00 |
| Settlement Administration Costs Incurred by Rust Consulting, Inc.[1] | -$399,983.09 |
| TOTAL REMAINING | $12,995,851.28 |

WHEREAS settlement class members are guaranteed at least $12,599,452.37 of the settlement amount (Dkt. No. 932 at 12, 45 & Dkt. No. 940 at 4);

WHEREAS individual settlement awards will likely be distributed by July 22, 2011;

WHEREAS the parties agree that, based on prior difficulty in identifying and/or locating eligible class members, $150,000.00 should be held in reserve ("Reserve Fund") for the sole purpose of funding settlement awards for eligible settlement class members who may be inadvertently omitted from the initial settlement fund distribution, and for paying Rust Consulting for any administration charges or costs associated with providing settlement awards to such individuals;

WHEREAS the establishment of the Reserve Fund would not prevent the full $12,599,452.37 guaranteed to settlement class members from being distributed to

---

[1] The total settlement administration costs incurred by Rust Consulting is based on its June 15, 2011 invoice. A copy of that invoice is attached to the Declaration of Brendan McInerney, attached hereto as Exhibit A.

such individuals (i.e., $12,995,851.28 - $150,000.00 = $12,845,851.28);

WHEREAS the parties agree that any amount remaining in the Reserve Fund 180 days after distribution of the individual settlement awards will be distributed evenly to the *cy pres* recipients identified in the Settlement Agreement (Settlement Agreement § 2.12(G)).

Accordingly, the parties HEREBY STIPULATE to the following: (1) based on prior difficulty in identifying and/or locating eligible class members, a Reserve Fund in the amount of $150,000.00 will be withheld from the settlement fund for the sole purpose of providing settlement awards to eligible settlement class members who may be inadvertently omitted from the initial settlement fund distribution, and to pay Rust Consulting, Inc. for any related administration charges and/or costs in excess of the $399,983.09 already included in its June 15, 2011 invoice; and (2) any residual monies left in the Reserve Fund 180 days after the initial distribution of the individual settlement awards will be distributed evenly to the *cy pres* recipients identified in Section 2.12(G) of the Settlement Agreement.

IT IS SO STIPULATED.

Dated: June 16, 2011	SCHNEIDER WALLACE
	COTTRELL BRAYTON KONECKY LLP

	By:  /s/
	ANDREW P. LEE
	Attorneys for Plaintiffs

Dated: June 16, 2011	AKIN GUMP STRAUSS HAUER & FELD, LLP

	By:  /s/
	MICHAEL S. MCINTOSH
	Attorneys for Defendants

I, Andrew P. Lee, am the ECF user whose ID and password are being used to file this Stipulation and [proposed] Order Regarding Distribution of Settlement Funds. In compliance with General Order 45, X.B., I attest that Michael McIntosh has concurred in this filing.

ORDER

The Court, having reviewed the parties' stipulation, and good cause appearing, hereby ORDERS as follows:  (1) a Reserve Fund in the amount of $150,000.00 will be withheld from the settlement fund for the sole purpose of providing settlement awards to eligible settlement class members who may be inadvertently omitted from the initial settlement fund distribution, and to pay Rust Consulting, Inc. for any related administration charges and/or costs in excess of the $399,983.09 already included in Rust Consulting's June 15, 2011 invoice; and (2) any residual monies left in the Reserve Fund 180 days after the initial distribution of the individual settlement awards will be distributed evenly to the *cy pres* recipients identified in Section 2.12(G) of the Settlement Agreement.

IT IS SO ORDERED.

Dated: June 20, 2011

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge