Todd M. Schneider (SBN 158253)
tschneider@schneiderwallace.com
Guy B. Wallace (SBN 176151)
gwallace@schneiderwallace.com
Andrew P. Lee (SBN 245903)
alee@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for the Plaintiff Classes
[Additional counsel appear on next page]

Catherine A. Conway (SBN 98366)
AKIN GUMP STRAUSS HAUER &
FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
cconway@akingump.com

Joel M. Cohn (*pro hac vice*)
AKIN GUMP STRAUSS HAUER &
FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jcohn@akingump.com

Attorneys for RGIS, LLC (erroneously sued as RGIS Inventory Specialists, Inc.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA WREN and CYNTHIA PIPER, et al., individually and behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RGIS Inventory Specialists, LLC, RGIS, LLC, Does 1-25 Inclusive,<br><br>Defendants. | Case Nos.:  3:06-cv-05778 JCS<br>              3:07-cv-00032 JCS<br><br>CLASS AND COLLECTIVE ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE DISTRIBUTION OF SETTLEMENT FUNDS<br><br>Honorable Joseph C. Spero |

Additional counsel:

David Borgen (SBN 099354)
dborgen@gdblegal.com
James Kan (SBN 240749)
jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Jose R. Mata (SBN 83724)
jmata@wagelawyer.com
BAILEY PINNEY PC
1498 SE Mill Plain Blvd, Suite 100
Vancouver, WA 98683
Telephone: (360) 567-2551
Facsimile: (360) 567-3331

## STIPULATION

WHEREAS the parties have agreed to settle the matters of *Wren & Piper v. RGIS Inventory Services LLC* for the gross settlement amount of $27,000,000 (Dkt. No. 932);

WHEREAS the Court granted final approval of class action settlement in the matters of *Wren & Piper v. RGIS Inventory Services LLC* on April 1, 2011 (Dkt. No. 932);

WHEREAS the claims administrator, Rust Consulting LLC, distributed 64,714 individual settlement awards to the settlement class on or about July 23, 2011;

WHEREAS out of the 64,714 settlement award checks that were distributed in July 2011, approximately 18,221 remain un-cashed.  These settlement award checks are approximately categorized as follows:

| Check Value | Number of Un-Cashed Checks |
| --- | --- |
| Greater than $3,000 | 29 |
| Between $2,000 and $2,999 | 33 |
| Between $1,000 and $1,999 | 158 |
| Between $500 and $999 | 334 |
| Between $400 and $499 | 172 |
| Between $300 and $399 | 197 |
| Between $200 and $299 | 450 |
| Between $100 and $199 | 1,478 |
| Between $50 and $99 | 2,589 |
| Less than $49 | 12,781 |

WHEREAS $1,435,696.18 remains in the Settlement Fund as a result of the un-cashed settlement award checks;

WHEREAS the Court approved a $150,000.00 Reserve Fund for the purpose of funding settlement awards for eligible settlement class members who were

inadvertently omitted from the initial distribution of settlement awards, and for paying Rust Consulting for any administration fees and costs associated with providing settlement awards to such individuals (Dkt. No. 942);

WHEREAS seven inadvertently omitted settlement class members and one settlement class member seeking an award adjustment made valid claims on the Reserve Fund;

WHEREAS Rust Consulting LLC distributed a combined total of $18,173.26 to the omitted settlement class members on or about March 2, 2012;

WHEREAS $131,826.74 remains in the Reserve Fund;

WHEREAS the combined balance of the Settlement Fund and the Reserve Fund amounts to $1,567,522.92;

WHEREAS Drogin, Kakigi & Associates has incurred $54,400 in unpaid fees and costs for calculating individual settlement awards pursuant to the Settlement Agreement subsequent to December 2010;

WHEREAS Rust Consulting LLC has incurred $95,737.54 in unpaid fees and costs arising out of the administration of the settlement herein;

WHEREAS the parties hereby stipulate to the following distribution of the remaining settlement funds:

1. Drogin, Kakigi & Associates shall be paid $54,400 from the Settlement Fund within 10 days of the date of the Court's approval of this Stipulation;
2. Rust Consulting LLC shall be paid $95,737.54 from the Settlement Fund within 10 days of the date of the Court's approval of this Stipulation;

//
//
//

3. Rust Consulting LLC shall conduct "manual" address traces to attempt to locate the 923 class members who are entitled to settlement awards greater than $300 and who have not cashed their settlement award checks. These searches shall be paid for by Reserve Fund money, and are estimated to cost between $12,000 and $25,000.

IT IS SO STIPULATED.

Dated: March 20, 2012                    SCHNEIDER WALLACE
                                         COTTRELL BRAYTON KONECKY LLP

                                         By:  /s/
                                         ANDREW P. LEE
                                         Attorneys for Plaintiffs

Dated: March 20, 2012                    AKIN GUMP STRAUSS HAUER & FELD LLP

                                         By:  /s/
                                         CATHERINE A. CONWAY
                                         Attorneys for Defendants

I, Andrew P. Lee, am the ECF user whose ID and password are being used to file this Stipulation and [proposed] Order Regarding Distribution of Settlement Funds. In compliance with General Order 45, X.B., I attest that Cathy Conway has concurred in this filing.

## ORDER

The Court, having reviewed the parties' stipulation, and good cause appearing, hereby ORDERS as follows:

1. Drogin, Kakigi & Associates shall be paid $54,400 from the Settlement Fund within 10 days of the date of the Court's approval of this Stipulation;

2. Rust Consulting LLC shall be paid $95,737.54 from the Settlement Fund within 10 days of the date of the Court's approval of this Stipulation;

3. Rust Consulting LLC shall conduct "manual" address traces to attempt to locate the 923 class members who are entitled to settlement awards greater than $300 and who have not cashed their settlement award checks. A maximum of $25,000 of Reserve Fund money may be used to conduct these searches.

IT IS SO ORDERED.

Dated: March 21, 2012



_____
HON. _____
United States Magistrate Judge